UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : No. 14-cr-274 (MAS)
:
: Hon. Michael A. Shipp
v. :
:
MARIJAN CVJETICANIN :

Pursuant to Fed. R. Crim. P. 12.4, the United States Attorney for the District of New Jersey (Francisco J. Navarro, Assistant United States Attorney, appearing) files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity alleged in the above-reference matter.   This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose.   The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information.

**Name of Organizational Victim:** Automatic Data Processing, Inc.

**Parent Corporation:** None

**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** None

**Name of Organizational Victim:** Broadridge Financial Solutions,Inc.

**Parent Corporation:** None

**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** None

**Name of Organizational Victim:**   Wildes & Weinberg, P.C.
**Parent Corporation:** None

**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** None

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

By: Francisco J. Navarro
Assistant United States Attorney

DATE: May 22, 2015