1

CASE NAME:              US VS. MARIJAN CVJETICANIN

EXHIBIT NWEINBERGBER:         01 Track 1

DATE:                January 10, 2013

PARTICIPANTS:        STEVEN WEINBERG [WEINBERG]
                         MARIJAN CVJETICANIN   [MARIJAN]


ABBREVIATIONS:

[Brackets]             Transcriber's notes

[U/I]                  Unintelligible conversation

Plain text            Words spoken in English

[Ph]                   Phonetic rendering

**NAME**             **ORIGINAL LANGUAGE**

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

[BEGINNING OF RECORDING]

WEINBERG: [SIGH] [ASIDE: I am speaking with Marijan now. It is, uh, January tenth (10th).] Hello!

MARIJAN: Mister Weinberg! Good morning! How are you doing?

WEINBERG: I'm okay, Marijan; thank you for...

MARIJAN: Very good sir! You called me yesterday, sorry that I miss your call [U/I] a crazy day, but happy to [U/I] with you today.

[VOICES OVERLAP]

WEINBERG: Thank you for your call. I have, I have a number of things to discuss with you. Do you have time to talk to me now?

MARIJAN: Yes I do, yes I do, please.

WEINBERG: The first thing I want to talk about is simple, is a case of Sanjay Duboi [Ph].

MARIJAN: Yes.

WEINBERG: His 485 was denied.

MARIJAN: Correct.

WEINBERG: Does he know that?

MARIJAN: I believe so.

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

WEINBERG:       Did, well, I, I…was he told?  That's the, uh, you filed a motion to reconsider; you filed papers that I see.  I don't…

[VOICES OVERLAP]

MARIJAN:        [U/I] they denial, de', denial was an error.  Basically…

WEINBERG:       I agree it was an error.  I looked at it and reviewed it.

MARIJAN:        Yeah.

WEINBERG:       But do you think he knows?

MARIJAN:        I don't remember; I believe that I discuss with him.  I told him and everything else.  Uh, I, I… I, I, honestly don't remember answer with a, directly to that question, but as long as I remember I did discuss with him.  I told him what happened.

WEINBERG:       Okay.  That, that'll, that's enough of that.  Alright, um, let me get out my…

MARIJAN:        It; that is a clear error on the side of immigration.  So, I'm, I'm sure I talked to, because I was skeptic to tell them that they made an error. Eh, eh…

WEINBERG:       Well, they did make an error, because they looked at the other petition…

MARIJAN:        Exactly…

WEINBERG:       … Which was denied.

| **NAME** | **ORIGINAL LANGUAGE** |
|---|---|
| MARIJAN: | Exactly, exactly.  [U/I]. |
| WEINBERG: | And by some happen stance, they denied it.  Alright, let's not worry about that for the moment. |
| MARIJAN: | Good. |
| WEINBERG: | Uh, I'm want to; I'm going to keep going down on my list of things here. |
| MARIJAN: | Very good. |
| WEINBERG: | Next.  I spoke to you about a, a matter which was Rina Nazareth. |
| MARIJAN: | Ah-hah. |
| WEINBERG: | And I told you that Rina Nazareth, we spoke to about the ads that were placed. |
| MARIJAN: | Yeah. |
| WEINBERG: | Rina Nazareth said to me that you spoke to her and told her that she had to pay a ch', give a, a, a check for the ads. |
| MARIJAN: | Okay.  I don't think I did that, but okay. |

[VOICES OVERLAP]

| | |
|---|---|
| WEINBERG: | Okay, now let me tell you.  Who is Global Media New York Inc.? |
| MARIJAN: | It's one of the Flowerson's companies; that's one of the advertising |

5

| **NAME** | **ORIGINAL LANGUAGE** |
|---|---|

agents.

WEINBERG:     Okay, now, she wrote a check to Global Media New York Inc. for twelve hundred and thirteen, thirty one dollars.

MARIJAN:     Okay.

WEINBERG:     And it was endorsed.  Why would this ever be done?  I'm, I'm like, I, I can't even figure out why this would be done.

MARIJAN:     [U/I] it has to do with ADP; and not to do with us.

WEINBERG:     Of course it has to do with ADP.  It was for the ads that were ADP ads.

MARIJAN:     I [U/I] get it.  I would have to check what it is.

WEINBERG:     No, no, no.

MARIJAN:     I have no clue about the story.

WEINBERG:     Well, Marijan, there's no way that she would have wrote a check to these people without you asking her for the money, that's for sure!

MARIJAN:     Yeah, yeah, yeah, yeah; no, no, no, of course, of course, of course!  Of course, I, I don't, I don't remember what exactly happened.  I believe that this is a [U/I] for a green card to another firm!

WEINBERG:     No!

MARIJAN:     Okay.

6

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

WEINBERG:        No!

MARIJAN:         I'll, I'll, you know, send me a quick email, give me name. Let me check.  I'll see what it is.  It is written to who?  Global Media?

WEINBERG:        And endorsed, I think it's your endorsement on the back, as a matter of fact.

MARIJAN:         Okay.  Well it probably looks like mine; it's probably not mine, that doesn't matter.  Um, they wrote it to Global Media, I mean, you know, I'll check it, no problem.  But what is…what is the problem?

WEINBERG:        What is the problem?  Marijan, she paid for the ad then.

MARIJAN:         No she didn't pay for any ad!

WEINBERG:        That's what this is, the twelve hundred and thirty one dollars!

MARIJAN:         Yeah, but it's not for us!

WEINBERG:        What do you mean "not for us"?

MARIJAN:         Meaning it was for, for, for ADP ads.  And nothing to do with us. Even if she paid, probably has nothing to do with us.

WEINBERG:        Um, this makes no sense, what you're telling me now.

MARIJAN:         Well it probably doesn't because I have to look into that.  Uh, but, but, um…

WEINBERG:        She told me specifically she spoke to you.  She told me specifically that, uh, you told her that she needed to pay for the ad and that she

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | sent you a check.  I, I, I, this is, she definitely paid a check.  I got it here. |
| MARIJAN: | No, we would never do that.  I mean, ADP, if, if, if, if; we have that case.  ADP paid for that.  That must have been something else. |
| WEINBERG: | Uh, uh… |

[VOICES OVERLAP]

| MARIJAN: | It has to do with something else. |
| WEINBERG: | I'll just, just say it again.  I've looked; I don't see that ADP paid for this.  Um, I see this check… |
| MARIJAN: | That, that, that's what you need, that's what you need, you know, that the only thing, give me, send me, send me the name spelling of that case; let me look into that. |
| WEINBERG: | I will send you an email. |
| MARIJAN: | There's no, no reason for us to do anything like this, that, that; that doesn't make any sense. |
| WEINBERG: | Okay. |
| MARIJAN: | You know, so, so basically, basically; send, [U/I] yeah, email, but with a name.  I mean, you know, names, basically, basically [U/I]. |
| WEINBERG: | I'll send you a copy of the check. |
| MARIJAN: | Okay.  Okay.  Okay, now what is she saying now?  She wants the |

| **NAME** | **ORIGINAL LANGUAGE** |
|---|---|
| | money back? |
| WEINBERG: | No! |

[VOICES OVERLAP]

| MARIJAN: | Why is she saying that? |
| WEINBERG: | She's not saying that at all!  I'm saying that, that is, that is, a, a, a, a, such violation of the regulations, I can't stand it… |
| MARIJAN: | Of course. |
| WEINBERG: | … I couldn't understand why that would ever be done! |
| MARIJAN: | No, no clue about that. |
| WEINBERG: | And I have to return the money to her! |
| MARIJAN: | Right, right, right.  No, no, no, forget about it.  No, no, no, no, no, just, uh; let me, let me check, let me check that.  I'll, I'll, I'll get to the bottom of the story. |
| WEINBERG: | Alright. |
| MARIJAN: | I believe; I believe that that's not true.  I believe it's, it's for another green card or something like this, but she's really hiding it.  Now why would she say that to you?  I don't know! |

[VOICES OVERLAP]

| WEINBERG: | She wouldn't say it to me if wasn't… Why would she hide it?!  She |

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | wouldn't tell me then! |

MARIJAN: Yeah, yeah, yeah.  I know why.  I feel like these Indians are sometimes crazy, so we'll, we'll…

WEINBERG: I, I understand, but what I think is that he didn't bill them, and I think you asked her for the money.  That's what I think, but alright.

MARIJAN: Well…

WEINBERG: You had to ask her for the money, there's no way around it!

MARIJAN: But have we, do we have this case?  Is there any [U/I].

[VOICES OVERLAP]

WEINBERG: Yes!  We filed a labor certification, of course!  You gave me the ads!

MARIJAN: Ah!  Okay, okay.  Okay, so it's not that, it's not that she paid for nothing; okay.

WEINBERG: No!  It's not that she paid for nothing!  It's that she paid for something that she should never have paid for!

MARIJAN: Right, right, right, right, right; exactly, exactly, exactly.  Okay!  Look, send the name, send me the [U/I].  But remember [U/I] paid with ADP would never be Global Media, so [U/I].  That's how I know.  That's how I know.  But let me see what it is; and don't worry, I'll get back to you.

WEINBERG: Alright, now let me ask you about Prokupchuk.

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| MARIJAN: | Yes. |
| WEINBERG: | Okay. |
| MARIJAN: | Yeah. |

[VOICES OVERLAP]

| | |
|------|------|
| WEINBERG: | What about Prokupchuck? |
| MARIJAN: | Uh, I want to ask you, what's wrong with the ads?  You got the ads. |
| WEINBERG: | They weren't the right ads! |
| MARIJAN: | No, they must be.  That, these are his ads, that's him. |
| WEINBERG: | They; listen, they're not the same texts and they have no date on them! |
| MARIJAN: | Date is a problem.  That's a problem, but the text, that, that's what it is. |
| WEINBERG: | So, uh, uh, wait; wait, wait one (1) second.  What do you mean the date's a problem?  What does that mean? |
| MARIJAN: | If, if there are no dates in the copy of the ads, that's an issue, that's an issue.  But the text is, it must be the correct one.  Or we have a major problem or, or, or, or… |

[VOICES OVERLAP]

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**WEINBERG:** No Marijan!  I don't have a problem, the company has a problem!  I don't believe the ads were ever placed!

**MARIJAN:** No, not exactly.

**WEINBERG:** No, Marijan!  This is where we're going to have our problem.

**MARIJAN:** Ah-hah.

**WEINBERG:** I'm going to tell you now.  I think the ads weren't placed.  I think, I think that we alleged the ads were placed, you billed for the ads…

[VOICES OVERLAP]

**MARIJAN:** Uh-huh.

**WEINBERG:** … And I think they weren't placed.  That's my thought.  I think that you profited from this!

**MARIJAN:** No, you're going too far.

**WEINBERG:** Marijan!  I know I'm going too far.  I don't want to go this far, but everything points to that!  There are no ads!

**MARIJAN:** Well, but what is it that we sent to you?  What is, what is it, what is it that the ads that which we sent to you?

**WEINBERG:** They were for a different experience!  Different job description!

**MARIJAN:** Well it means that the ads were mixed.  Meaning, meaning, meaning that, you know, we, we mixed, we mixed the ads.  Either, either the [U/I] advertise at all we all were [U/I] ads, but not that this

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | wasn't advertised.  This was… |
| WEINBERG: | Okay, now here's the issue. |
| MARIJAN: | Because I just mixed another one, I don't know where is, [U/I] same email, so this morning which I checked yesterday… |
| WEINBERG: | Marijan I'm checking on cases now that I… |

[VOICES OVERLAP]

| MARIJAN: | Right, right… |
| WEINBERG: | I have approved labor certifications. |
| MARIJAN: | But you and I advertise the same thing and then Rafael comes back and says [U/I]. |

[VOICES OVERLAP]

| WEINBERG: | Forget, please, let's not get into that.  Let's get into what was done… |
| MARIJAN: | [U/I] no more. |

[VOICES OVERLAP]

| WEINBERG: | Let's get into what was done, where your agency sent out bills that were paid by ADP.  Where we then filed labor certifications, based upon the fact that ads were supposed to be placed. |
| MARIJAN: | Right. |

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**WEINBERG:**   You completed all forms, you did the advertising, supposedly; now I'm finding that I can't find the ads. And you know what I'm thinking?  I'm starting to think that you didn't place the ads.

**MARIJAN:**   Well, I'm just telling you that you're wrong and now I'm, I'm hoping we didn't mix anything, but you know, if we did, we did.  But, but, uh we definitely have that.  I mean, it, it, it came out of his file.  We do have a problem, because some of these files in here, they are mixed.  We have like five hundred (500) to eight hundred (800) of them that we have to correctly file and put back in the file, because I'm not…

**WEINBERG:**   Please, I don't care about anything right now, except this one case.

**MARIJAN:**   [U/I].

[VOICES OVERLAP]

**WEINBERG:**   But this case, I believe if I investigate, is going to be symptomatic of other things that happened.

**MARIJAN:**   No, because you have the ads there.  This is, what, what, what maybe symptomatic is maybe, yeah, we mixed them or something, but it was, the case was definitely advertised.  There are no doubts about it.  That's why you have it in front of you.

**WEINBERG:**   Marijan, I'm going to ask you a question now, this is important.

**MARIJAN:**   Yes.

**WEINBERG:**   I have six (6) labor certifications that I received since you left here.

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

MARIJAN:        Yes.

WEINBERG:       Each one of these have I-140's that are going to be filed.

MARIJAN:        Yes.

WEINBERG:       I will not file any I-140's unless I could have the ads.

MARIJAN:        Ah-hah.

WEINBERG:       Now, will I find ads that have been placed for all of these cases?

MARIJAN:        Yes… Uh, there are no problems with this, I'm telling you.  I mean it's, it's, it's, I'll see what it is, in mean time I'll basically, basically, uh, uh, uh, this particular case, if I can find anything else or anything, you know, it's somebody's else file, but you have the ads, I mean, you clearly…

WEINBERG:       And how about if I contact Seattle Times and they tell me there were no ads placed on that day for this, uh, uh, for this, uh, request?

MARIJAN:        It's possible, right, it's possible, it's possible that the date's a little bit off on, on the actual labor cert.  But it's basically, basically not possible that we, uh, didn't place them at all.  [U/I] they could have been placed a week earlier, a week later or something like this, yes.  That, I allowed that.  Um…

WEINBERG:       You allowed that?

MARIJAN:        You, you, it's definitely, it's possible!  I mean, you know, that they mixed that, yes.  Uh, when we are producing it and everything else.  But we basically, basically have, have definitely ad for this.  I mean

| **NAME** | **ORIGINAL LANGUAGE** |
|---|---|
| | it's, that's why I sent it to you. |
| WEINBERG: | I'm sitting here with my mouth open.  So, what we're, what you're saying to me is that you think you advertised, but it may not have been the right day, it may have been another time and you don't know. |
| MARIJAN: | Yeah!  I'm, I'm sure we advertised, that's what I'm telling you.  We definitely advertised, there are no doubts about this.  Um… |
| WEINBERG: | And that we billed, and that you sent them a bill for three thousand dollars and you believe that you advertised this application. |
| MARIJAN: | Well, we, we totally did.  I mean, yes, yes, yes, we clearly did.  Um… |
| WEINBERG: | No, Marijan, you don't have the ads; you didn't give me the ads.  I'm trying to get the ads now for a month.  I don't have the ads.  You sent me ads that weren't for this job and I don't know what the hell to say about that. |
| MARIJAN: | Um, well if there is a minor difference between the text of the ad and text was there, you know that, these things happen.  But, on the other hand, we definitely have them.  I mean I, I did send it to you.  Uh, why it didn't have a date?  I can check it.  You know [U/I], maybe the copy was a little bit poor, maybe was not clear, but I can definitely get it [U/I]. |

[VOICES OVERLAP]

| WEINBERG: | And Kathy sent it to us!  We come back, we go back to her "Kathy, we want the date."  She doesn't send us anything.  Who's Kathy, by the way? |
|---|---|
| MARIJAN: | A person who works with me. |

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**WEINBERG:**      Uh-huh.

**MARIJAN:**      But, you know, I'll, I'll check it.  If I have it in a file, I'll send you the…

**WEINBERG:**      Marijan, this is becoming very serious, Marijan.  We have a situation where the company has paid you hundreds of thousands of dollars for ads that were supposed to be placed.

**MARIJAN:**      Uh-huh.

[VOICES OVERLAP]

**WEINBERG:**      I don't know, and I'm doubting now, that these ads were placed, placing everyone in great jeopardy here.

**MARIJAN:**      I understand, but Mister Weinberg I…

**WEINBERG:**      I didn't get the money for these ads!  I didn't do that, you did.  Did we place the ads?

**MARIJAN:**      Of course we did!

**WEINBERG:**      This is vital!

**MARIJAN:**      Of cour'; I, I'm telling you.  Of course that, we did, and that's what you have in front of you.  Uh…

**WEINBERG:**      No I don't have in front of me!  I got an ad that has nothing to do with this application!

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

MARIJAN:          [U/I]

WEINBERG:         Doesn't have the same requirements!  Doesn't have the same job, doesn't have the same computer, doesn't have, uh, it's not the same!

MARIJAN:          That doesn't, that doesn't mean they didn't do it.  The question is, you know, whether, whether, whether, uh, uh it relates to this particular case.  So, whether we mixed something, yes it's possible, but he has so many; that, I, I can allow for that.

WEINBERG:         And…

MARIJAN:          You know, but, but...

                         [VOICES OVERLAP]

WEINBERG:         I understand the negligence that's going on here, but is it negligence?  That's the issue; I mean God!

MARIJAN:          Well it's not even negligence.  It, it, they're only, some strict [U/I] it doesn't matter, because you have any suitable combination in the, in the ads, really doesn't matter.

WEINBERG:         What matters is, was the ad placed?

MARIJAN:          But really it's for the job, it cannot be that it's different job, I mean it is, it is for the job; you are really, you know, they are… but I can once again checking the file and I, I can try to figure out they don't have anything else.  I told you I have a problem with a number of these cases, simply because I have to go through all the ads and, and, and, and put them into proper, proper folders with everything else, and, uh, you know, I can do it.  You know, at the moment we have basically, basically, uh, uh, an audit or something like this I'll

**NAME**                    **ORIGINAL LANGUAGE**

                            be really happy to do that.

WEINBERG:                   What did the, what did you say?  You…

MARIJAN:                    I think, we have audit or something I'll be happy to do it, I'll go
                            audit, I'll, I'll buy…

WEINBERG:                   I, not only do I have audit; I have to tell you it's not only just audits
                            Marijan.

MARIJAN:                    Ah-hah.

WEINBERG:                   I cannot file the I-140 petitions unless I see the ads, because now I
                            am doubting whether the ads were placed, which puts everyone in
                            great jeopardy.

MARIJAN:                    Ah-hah.

WEINBERG:                   Great jeopardy.  So, all I'm asking now is the agency that
                            supposedly placed the ads give me proof.  We are going to go back
                            to the Times and ask in every case for them to give us, um, uh,
                            verify.  And I'm afraid what I'm going to find out is something I don't
                            want to see. Now…

MARIJAN:                    You won't have any, I'm telling you, you won't have any now.

WEINBERG:                   I'm just sitting here, uh, uh; I'm sitting here trying to stay calm
                            Marijan.  But the, the fact of the matter is that I've asked you many
                            times, since this was discovered, to be honest with me.  And I'm,
                            what I'm getting is I'm not getting the responses.  You're telling me
                            "oh, maybe there was a mistake; maybe this."  But no where do I
                            get what I'm supposed to get, which is, from an agency that paid
                            thousands of dollars, ads, were they placed?  I'm not seeing them
                            placed Marijan, that's very bad!

**NAME**                    **ORIGINAL LANGUAGE**

MARIJAN:            Well, where would you get this?  What you have in front of you?

WEINBERG:          Prokupchuck?

MARIJAN:            Yes.

WEINBERG:          I got it from you!  You are alleging that it was placed!

MARIJAN:            I… Exactly!  So, [U/I].

[VOICES OVERLAP]

WEINBERG:          I don't know when this ad was placed!  I'm starting to think that this ad was placed God know's when for another job!  And you're just giving it to me!

MARIJAN:            Well, theoretically, yes.  They're you know, this is, this is theoretically what can ha', what can happen, but you're looking it in a very negative way.

WEINBERG:          Yes I am!

MARIJAN:            If you find…

[VOICES OVERLAP]

WEINBERG:          I'm looking at it very negatively!  There's no question.

MARIJAN:            You, you, you try; you try to find the reason why, why there is a problem.  What I'm trying…

**NAME**                          **ORIGINAL LANGUAGE**

[VOICES OVERLAP]

WEINBERG:        No!  I'm trying to solve the problem Marijan!  All I want is the damn ads! I just want to prove that we did what we said we were going to do!  That's all!  I don't want anything, I don't want to be negative; being negative is a disaster for me!

MARIJAN:          Right and you have it in front of you.  Basically that, that's probably that I can send you about this case, that's, that's what I have.

WEINBERG:        Yeah, but there's no date on it!

MARIJAN:         So, there's no date; I can look, if I can get it, I can look if I can get it, basically affidavit or publication or something like this, where they've got ten (10) fifteen (15) ads that I send you last couple of months; they're all perfectly fine, because I double checked and I…

WEINBERG:        'Cause those are new ads!  Marijan, those are new ads.  The old ads; what I'm getting at is before you left here, I don't know if you did what you were supposed to do.

MARIJAN:         I did that!

WEINBERG:        You billed for it, that's for sure.  You billed on these cases the minute the request came in, you billed!  But were the ads placed?  That's the question.

MARIJAN:         Yes, yes they were and I have a thousands of the old ads.  I have thousands; [STUTTERS] if I didn't have, how would I come up to this one; you know what I mean?

WEINBERG:        Yes!  You have a warehouse of old ads!

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**MARIJAN:**        Yes!

**WEINBERG:**       God know when they run, I agree on that; but did you place this ad as you said you would?  Did you, you billed them for three thousand dollars for an ad that was supposedly placed July fifteenth (15th).  Was the ad placed July fifteenth (15th)?

**MARIJAN:**        Yes.

**WEINBERG:**       And if not, why, where did you get the date July fifteenth (15th) from?

**MARIJAN:**        Whate', whatever the day it is, yes.  I don't know about this, uh, uh, this specific case, but I mean, I'm telling you that's what I have! And I send you basically what I have, if I didn't I wouldn't have been able to do it.  Am I right?

**WEINBERG:**       No, you have one ad that was placed God knows when!  You may have that, but you might be passing off as being this ad that you billed them for!

**MARIJAN:**        Well, I wouldn't go that far, because that is a little bit too complicated.  But look, theoretically, yes I understand what you mean.  But, you, you are, you are now telling me that you are now will now be need it if it's not even being created.

**WEINBERG:**       No!  I'm, I'm looking at something!

[VOICES OVERLAP]

**MARIJAN:**        [U/I] supposed to do that?  [LAUGHS].

**WEINBERG:**       I'm, I'm looking at it and I'm telling you, they're going to look at it; they're going to say that we billed them or you billed them for three

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | thousand dollars; where is the ad that we supposedly billed them for?  Not once, not twice, not ten times, not twenty times, but more.  There's hundreds of thousands of dollars in bills here for ads that were placed, supposedly. |
| MARIJAN: | Right.  Well, it's in front of you!  That's, that's the best that we can produce at this time.  And I can look if I am, you know, depending on when you have a deadline if there is anything else, you know, better than I, than this that I can do. |
| WEINBERG: | And what…?  Uh, uh… |
| MARIJAN: | Same goes for everything, everything else.  You know, I'll, I'll go through the files.  I told you I had a problem, uh, with couple of them, may take a little bit more, you know, to basically, basically arrange and get all of this done; but you know, [U/I]. |

[VOICES OVERLAP]

| WEINBERG: | No, I don't want… again, I don't want to get anything done.  I only want copies of what was done! |
| MARIJAN: | But [U/I] you said, that's what I said, get done, meaning identify ad, which ad belongs to whom.  You know, uh, uh for each of these files.  And you definitely, you'll definitely have them.  It's, it's, basically the same way you have this one. |
| WEINBERG: | Yeah, but I don't have, uh, you, the same?  What do you mean the same way I have this one?  The one I have is not for this uh, uh, this application, okay?  That's my feeling, strongly.  I can't pass it off as that, and I will not pass it off as that.  Uh, I, I can't even tell them when the hell the ad was placed!  There's no dates on it!  I asked your company for this.  I've asked your company for this for, for weeks now and I didn't get it! |

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

MARIJAN:          Right.

WEINBERG:         So what I think is, you never placed the ad and you billed them erroneously.  That's my thinking.

MARIJAN:          My… All I'm telling you, yeah I respectfully disagree with that, uh, and the best that I can produce right now is what you have.  Now, I will check once again to see if I can either find another ad which belongs to this particular person, or the same one, at least that has the date.  Uh, that basically that, you know, it, it's July or August, or whatever, two thousand, two thousand and twelve that we need to have.  I telling you…

[VOICES OVERLAP]

WEINBERG:         Unbe', it's unbelievable what you're telling me Marijan.  It's just unbelievable what you're telling me.

MARIJAN:          What else would you do?  I mean I, I obviously have to double check since you're telling me, I didn't even look at that this was [U/I]; I didn't even look into that.  Basically that this doesn't belongs to this person or basically belongs to someone else, but I don't believe so, I think that you are wrong.  But, uh, I'll double check it.  It's not, it's not a problem.

WEINBERG:         And as I am, what I am now doing, I'm just telling you Marijan, every application that I send out, if it was based on a labor cert that was filed under your review I am calling the a', the newspapers and getting copies of the ads.  I'm not doing great here, you know, Marijan.

MARIJAN:          Okay.

WEINBERG:         I'm not doing great.  If you [U/I]  to believe exactly what I said.

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**MARIJAN:** Uh, well we'll go one by one, we'll check it; we'll see what we have. I'm flooded with [U/I] what am I supposed to do?

**WEINBERG:** You've been telling me this for months now. And I still don't have the ad.

**MARIJAN:** Well, look at how, look at how many ads we have. Look at how many we had previously.

**WEINBERG:** What does that matter? Uh, [STUTTERS], you know I'm just like, you billed thousands of dollars for these ads. Okay? Thousands of dollars for these ads!

**MARIJAN:** Yes, yes.

**WEINBERG:** You profited handsomely from this.

**MARIJAN:** Not really, but…

**WEINBERG:** Oh, my God! Marijan…

**MARIJAN:** That, that does', doesn't matter, that, that doesn't matter.

**WEINBERG:** I know! You don't want to talk about that. I understand that! You profited handsomely from this and now you can't even produce evidence that you did what you said you did!

**MARIJAN:** I can easily produce it; you just have it in front of you.

**WEINBERG:** What do you mean? You can't produce Prokopuhck's ad, you can't!

| **NAME** | **ORIGINAL LANGUAGE** |
|---|---|
| MARIJAN: | Well… |
| WEINBERG: | The one you gave me wasn't the ad! |
| MARIJAN: | Right, this is the ad you… |
| WEINBERG: | It wasn't the text that's in the file; it wasn't the text that was printed out.  It wasn't any of those things! |
| MARIJAN: | It [U/I]. |

[VOICES OVERLAP]

| | |
|---|---|
| WEINBERG: | It can't be a mistake!  You placed the ad!  No one else in this office placed the ad, but you! |
| MARIJAN: | Right, right, right; and this is the ad that which belongs to that person. |
| WEINBERG: | And it doesn't have the same job description?  Or the same qualifications? |
| MARIJAN: | Well, well…  If that's what you're telling me is a little bit of a problem, but once again it's covered in any, in any suitable, or whatever… |
| WEINBERG: | No it's not covered by any suitable, come on man!  Don't give me that! |
| MARIJAN: | No… |

**NAME**                          **ORIGINAL LANGUAGE**

[VOICES OVERLAP]

WEINBERG:          It's not covered by any suitable!

MARIJAN:          For the worst, for the worst case scenario.  My, my bigger problem is the, is the dates on the ad.  Now, that's that's an [U/I], that's an [U/I].  This is, this is where I have an issue.  And also, but, once again, look, I have that name and, and I'll, I'll look into that, I'll be more than happy…

WEINBERG:          Marijan I have an audit that's due now!

MARIJAN:          I…

WEINBERG:          I've been telling you that forever!  Now!!  And I still don't have it.

MARIJAN:          I understand, I, I sent you the best I had Mister Weinberg.  I, I don't want to tell you what to do, because, you know, you have a couple a lot of problems with the same case, because of audit.  You probably don't have a corporate ad, and you probably don't have a, uh, uh, employer referral program, so really, you know, I'm, I'm really…

WEINBERG:          I, I, I won't ask you why I don't have those.  Why don't I have those Marijan?

MARIJAN:          Well, because normally, normally, you know, we, we would put it in a different place; from there to the file.  It is, it was a complicated procedure which I had, because I had to do it that way, but it doesn't matter.  You know, I'll, I'll, I did my best regarding the ads to send them to you.  Now, whether you want to ask for [U/I] of that, or what you want to do, there'd be a refund… I'll be more than happy to.  But, on the other hand, look, I really did the advertisements.  I mean if, if, if it's, that, that, that is the fact.  Um…

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**WEINBERG:** No, I, I, I don't, I'm not facing that fact.  I don't have, I have nothing to show you did the advertising; absolutely zero to show you did the advertisement!

**MARIJAN:** But you have it in front of you.

**WEINBERG:** I have an ad!  That's all I have an, is an ad!  That doesn't mean it was for this individual!  That doesn't mean it was done in this century!  All it means is that there's an ad!

**MARIJAN:** Correct, correct, correct.  I agree, but it was done.  Uh, uh, and you're only saying that because there is a date missing, so, they are, depends on how you interpret that.  But, uh, as I'm saying that, that, that I can produce right now.  I can look, I didn't mean send to you right now, I can look if I have anything else for this individual.  I'll be more than happy to do that.

**WEINBERG:** Marijan…

**MARIJAN:** And that's the best I can tell you right now, I mean it's, it's, it's…

**WEINBERG:** You're walking a tight rope here Marijan, you're walking a real tight rope here Marijan.

**MARIJAN:** Well, but yeah I, I…

[VOICES OVERLAP]

**WEINBERG:** The company, ADP, the, the, the company, there, there, there, there, there are thoughts about his, um, wh', what went on here, why would they bill this if the ad wasn't placed?  Where is the ad?  You don't have it, um, how about other cases?  Do we have the ads exactly?  Uh, are you telling me that if I have a half a dozen cases, yeah and then the ads that were placed, all of them were a

**NAME**                    **ORIGINAL LANGUAGE**

                            mistake?


                            [BACKGROUND: CAR HORN]


MARIJAN:        Well, I'm not going to say that; [U/I] whatever you need I'll, um; you know I'll find it, don't worry about it.


WEINBERG:       Don't tell me not to worry about it.


MARIJAN:        Well I'm not going to tell you that it's a mistake.  You, you know if it is it is; if it's not, you know, basically I'll find them.  But I, uh, look I have so many ads that we, exactly what you're saying, you basically say it correctly, what you say it's like a warehouse full of them.  Uh, that, which, which I have, so I'm confident that I have them.  That I'll be able to find them, you know, I'm sure I will.  Uh, uh, if we have a deadline, you know, I'm sorry.  You know, if you miss the deadline, you know, you miss it.  You know, we'll go from there.  But, but, uh, I'll definitely do my best.  But I'm very confident I have it Mister Weinberg because I know I have them.  I've seen them, but, but...


WEINBERG:       Let me give you a little information, okay?


MARIJAN:        Yeah.


WEINBERG:       I contacted the Times, Seattle Times.


MARIJAN:        Uh-huh.


WEINBERG:       They told me there was no ad placed on that day.  Okay?  They told me there was no ad placed on that day.


MARIJAN:        They... okay.  That still doesn't mean anything.  It doesn't even mean that it wasn't done, but okay.  They may have told you that just to get rid of you.  Like when you contact New York Times you

| **NAME** | **ORIGINAL LANGUAGE** |
|----------|----------------------|
| | ask them for something, you know something, you say [U/I]. |

[VOICES OVERLAP]

**WEINBERG:**    I… Marijan…

**MARIJAN:**    Look, what you're doing, you're opening some sort of investigation.

**WEINBERG:**    Of course I am!

**MARIJAN:**    And, and…

**WEINBERG:**    I find out that someone who worked for me charged my client over a hundred thousand dollars this year, last year in ads.  Now I'm finding I can't even get copies of the damn ads!  Why?

**MARIJAN:**    Well, you have it in front of you, but look, you and I are fighting over, over, over, uh, there's absolutely no point in fighting over them.  Whatever you need, I have them; I will send it to you.  Yes, if I have a little bit of a problem with, with dates, and a little bit of a problem with the job description, hopefully I don't, [U/I] someone to blame…

[VOICES OVERLAP]

**WEINBERG:**    I'm going to tell you now.  Under, under no circumstances…

[VOICES OVERLAP]

**MARIJAN:**    [U/I] changing it.

**WEINBERG:**    Under no circumstances am I going to let, uh, my client perjure

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | themselves.  Under no circumstances.  I would rather… |
| MARIJAN: | But, but [U/I]. |
| WEINBERG: | I would rather give them my dri', my, my lawyers license then do that.  I am telling you that now!  This is serious stuff Marijan.  Do not lie to me!  The, it's going to go, do not do this!  I, I, I, I'm just like sitting here so upset that you can even say to me that there are ads that are dates that, "you know maybe it didn't go in that day, maybe it was another day…"  God!  Ma'… How…? |
| MARIJAN: | But you are getting upset for no reason.  That's what I am trying to tell you. |
| WEINBERG: | How could I get upset for no reason?  Again… |
| MARIJAN: | You… |

[VOICES OVERLAP]

| WEINBERG: | How much of thousands of dollars were paid. |
| MARIJAN: | Yeah. |
| WEINBERG: | To your company for services that you, uh, that, that, [STUTTERS] that, that, that supposedly you did.  Now, if those services weren't rendered I, uh, this is not good man.  This ain't good, this ain't one situation.  This is many situations. |
| MARIJAN: | Yes, yes.  I, I agree with you and I'll tell you once again, we'll have all the copies of the ads.  Uh, if it happens, okay, you know like this, then it happens; hopefully it won't, but, uh, you know that's why you have so many, basically and, uh, we'll be able to prove.  You know, because one is the thing is, you know if the mistake is that, whoever did it, did it.  You know if we mixed it, we mixed it.  But it |

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | doesn't mean that we don't have them at all.  I tried to tell you, point you in a, in a, in a, in a, in a, in the wrong direction.  I don't mind you checking, because I understand you have position that you have to be certain before you file a [U/I] or something.  Uh, which is perfectly fine, but my real issue is, uh, the fact that, you know, I'm trying to do my best in giving you what I have, um, given the circumstances. |
| WEINBERG: | I don't know what the circumstances are…given the circumstances.  I'm like so lost by everything you're saying, because nothing you're saying to me makes any sense.  And I think you're talking around in a circle, 'cause that's how you talk.  I, uh, nothing makes any sense!  That you didn't, you did place the ads, but they weren't on the day, that they were different, that they, "I think I did, I…" |
| MARIJAN: | No, I'm not saying that, I'm not saying that; I, look, I'm only saying that placed, yes.  That's what I'm saying.  I'm not saying that they are necessarily on the date, I looked there; I don't even know where you're reading that this is July or, or whatever, uh, uh, basically from.  Uh… |
| WEINBERG: | And, and Marijan, and, uh, uh, just let me throw a little extra here. |
| MARIJAN: | Yeah. |
| WEINBERG: | The fact that you billed for thirty one hundred dollars for these ads. |
| MARIJAN: | Yes. |
| WEINBERG: | You're telling me that you paid thirty one hundred dollars to place the ad? |
| MARIJAN: | Yes. |
| WEINBERG: | Okay.  No problem. |

**NAME**                      **ORIGINAL LANGUAGE**

MARIJAN:              Meaning, you know; whatever was billed was done.

WEINBERG:            Whatever was billed was billed…

[VOICES OVERLAP]

MARIJAN:              [U/I].

WEINBERG:            Whatever was billed was what was charged.  Right?

MARIJAN:              Right, right.

WEINBERG:            By the newspaper!

MARIJAN:              Well, no.

WEINBERG:            And you didn't use this as a profit setter to charge a little extra?

MARIJAN:              Yeah, there was a little, yes, of course there was a little extra.

WEINBERG:            Well you charged them three hundred twenty five (325) dollars on top of it for other services, but the bill was for the ad was a stated cost!

MARIJAN:              Exactly, exactly.  And then it seemed okay, seemed okay to cost [U/I] there.  That's, that's what it is, you do the [U/I]…

WEINBERG:            No problem, uh, we will look at that.  I will look at that.

MARIJAN:              So, that, that's [U/I].  Um, look, once again, I'll look again in this one, if you do need anything else I'm really happy to send you whatever I have.  But I'm telling you, what, what, I, I, I like the way

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | how you put it I have a warehouse full of ads.  Um, and you know, we'll come to the bottom of it. |
| WEINBERG: | There's no bo'… |
| MARIJAN: | Okay? |
| WEINBERG: | … The bottom, no it's not okay!  The bottom of this is I need to get this stuff done now!  Now!  I have to file I-140's now!  I am of doubt that you even placed ads.  That is a disaster! |
| MARIJAN: | No, it's not a disaster… |
| WEINBERG: | And, and ADP will be informed of this!  When I inform them of this, because I'm finished with my review, what do you think their counsel is going to do when I inform them of this? |
| MARIJAN: | I don't know what they're going to do and whatever they do, you know, we'll, we'll go from there.  We'll, we'll explain, we'll defend, we'll, you know.  Uh, uh, but I'll find, I'm sure we'll find them.  I think you're going too far. |
| WEINBERG: | Okay. |
| MARIJAN: | That's, that's what I think, between you and me; you know.  But, once again, whatever you need you let me know and uh, I'll send you the ones that I have currently that, you know, basically, basically we completed the advertisement for everything else I'll send you.  And whatever else that you need I'll be really happy to, uh, uh, uh… |
| WEINBERG: | And, and, and let me ask you one more question.  On, on these… |
| MARIJAN: | Yeah. |

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

WEINBERG:     [SIGH] Putting this on the A D P re', uh, referral program.

MARIJAN:      Yeah.

WEINBERG:     Was that done?

MARIJAN:      Yes.

[BACKGROUND: TELEPHONE RINGS]

WEINBERG:     How was that initiated?

MARIJAN:      Oh, you know, with a manager.  They would, um, they would agree basically, basically all the time.  Uh, uh, the, the problem itself was done.  I'm sure you remember our discussion about it.

WEINBERG:     I know our discussion about it.  I want to know that it was done. Not with Elizabeth…

MARIJAN:      Uh, yes, because…

WEINBERG:     Because Elizabeth didn't place it there, the manager placed it in the referral program.

MARIJAN:      No the manager didn't place, the manager approved to [U/I] the file and basically that, uh, the program was done.  Because the program is, uh, all the time.  Basically, basically in, in, in the process.

WEINBERG:     But you have to post the job opening on their website!

**NAME**                    **ORIGINAL LANGUAGE**

MARIJAN:              Correct.

WEINBERG:            And who did that?

MARIJAN:              Elizabeth did that or the manager or the HR person.  Somebody, somebody would normally do that for us.  Now you told me that you see [U/I] here, because Elizabeth apparently agreed to do everything by herself, which is really wonderful… Which she didn't want to do before, by the way.

WEINBERG:            Uh-huh.

MARIJAN:              And it's all, all in the file.  This is all properly documented in the file.  You might see the manager's approval of each of them in writing.  We would never send a case without it.  I wouldn't, I wouldn't touch it before we had managers approval.

WEINBERG:            Uh, well, approval of the job description, yes.

MARIJAN:              No, not the job description, all the jobs including corporate posting and including a referral program.

WEINBERG:            You said you…

                                    [VOICES OVERLAP]

MARIJAN:              We have... We have a…

WEINBERG:            …You, we sent that to the managers?

MARIJAN:              Right.  And you have that manager's approval in each and every file.  Which that is the proce', procedure which we use.

**NAME**                    **ORIGINAL LANGUAGE**

WEINBERG:          Manager okayed it you say.

MARIJAN:          Exactly [U/I].

                         [VOICES OVERLAP]

WEINBERG:          I'm writing it down so I have a, so I can go look at this and see if I, I
                         can make any semblance of truth out of this.

MARIJAN:          Which, which… just ask Camille, you can just ask Camille for each
                         and every file, you must have that, but I would not cross refer that.
                         It wouldn't even come to my office before he had that.  The
                         manager would approve the draft, basically in all of these problems,
                         he'd say "okay, this time is fine.  That's okay."  The file wouldn't
                         even come to me.

WEINBERG:          I agree the manager would approve, but who placed it on their
                         website for the referral program?

MARIJAN:          Uh, referral program was not placed on the website, it's the
                         corporate advertising.  The corporate that was placed.  You know,
                         but the manager, or the HR person, or in some instances was
                         Elizabeth for people who are around her, for people who are very
                         close to her.  And Broadridge had its own special person who was
                         doing that for me.

WEINBERG:          [SIGH].

MARIJAN:          But they changed it just before I left, but uh, that's what they had.

WEINBERG:          I'm sitting here and I'm trying to understand Marijan for your
                         benefit, not mine.

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**MARIJAN:** I know it's a couple of things, yes.

**WEINBERG:** I'm trying to understand what you're telling me and does it compute to be truthful and I hate to say it, but it doesn't.  The fact that the ads, uh, that, this is the thing that's got me totally crazy, the ads, the money and the ads.  Now, next question, how are we going to deal with the ads you didn't place and for which you billed?

**MARIJAN:** Well we'll compile the list of all them.

**WEINBERG:** We compiled a list already; we sent it to you twice.

**MARIJAN:** Well, you didn't because I followed; I have some cases, which I did actually advertise which you simply haven't received yet.  But that's okay.  We will...

[VOICES OVERLAP]

**WEINBERG:** What do you mean received?  What do you mean received?

**MARIJAN:** Well, because some, some of these, some of the ads on that, on that list have been run.  Uh, uh, uh…

**WEINBERG:** But you have no proof of that.

**MARIJAN:** That's okay, I mean, I, I have to go through them.  It's, so, basically [U/I] cannot do this, uh, or I'll start, you know, sending names or, or, or the ones that we are going to do the refund.  We'll send a nice and polite email to Elizabeth.  We'll send nice and polite email to Patricia.  We'll say these are the ones that we agree with Wildes & Weinberg, then we'll run it basically and we will just issue refunds. And I'll give the names, I'll give the amounts and then we'll cut a check…

**NAME**              **ORIGINAL LANGUAGE**

WEINBERG:          And, and, and when, and when is this going to happen Marijan?

MARIJAN:           Probably some time next week.  I have to go through the lists.  The,
                   the, the issue is it's [U/I] covered some of the cases which we
                   already advertise and which I actually even sent to you in the
                   meantime.  So I have to go through the list, we have to, you know,
                   come with agreement.  There was a question also, which we sent
                   you a couple of days ago regarding the large group of ADP cases;
                   uh, was just couple of days ago that basically they said, you know,
                   "don't, don't…" Rafael said "no, don't do it.  We'll do it ourselves."  I
                   am said, "Okay, you know…

WEINBERG:          Correct.

MARIJAN:           … No problem."

WEINBERG:          I have to do it myself.  Uh, you, you got to realize that.

MARIJAN:           That, yeah. Look if you insist on that, that's fine.  I mean it, that's
                   okay with me, no problem.

WEINBERG:          Not only do I insist on it, it's the only way I can be sure it's done
                   Marijan.

MARIJAN:           Well, I once again I respectfully disagree about it, because you did
                   get all the ads, but, I mean, you know it's…

WEINBERG:          I don't have Prokupchuk' ad.

MARIJAN:           But, but…

WEINBERG:          I don't have other ads.  I don't have, the files don't have ads in
                   them.

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

MARIJAN: Well, you have them all, so go one by one, you'll see.  You know, but, but once again, as I said, you need, you receive all of them.  The ones that are on the list, the ones that they said no, we already placed, we won't place.  Because, you know, as I said in that one case it looked to me that I received from my advertising agent from Seattle Times, speaking of The Seattle Times.  Um, I received, uh, basically, basically also Bettina's ads and when I look at them and they all looked identical to my ads; except that I can recognize Bettina's because the name of the ad agency is there.  So, so that's how I figured out it's not me, it's Bettina.  Uh, I also forgot [U/I] this ident', almost identical ads.  I mean I, I…

WEINBERG: I know the jobs are very similar Marijan.

MARIJAN: Yes, yes…

WEINBERG: You know that and I know that!

MARIJAN: That's what happened to [U/I].

[VOICES OVERLAP]

WEINBERG: But I use a separate ad for everything.  And I have dates that the ads were supposed to be placed; dates.

MARIJAN: Right.

WEINBERG: I didn't prepare that.  You prepared that!  You told me when the dates were!  What the hell!  If you didn't have the, if the ads weren't placed on that day, why would you ever write down the day?

MARIJAN: Well, they were, they were.  Let me double check that, but you know, once again Mister Weinberg, I don't have a copy of the file.  I don't have a petition entitled, you know, to figure it out now.  But speaking of that that may be a little bit of a problem, but not a big

**NAME**                    **ORIGINAL LANGUAGE**

one.  I think the problems with ads that you have it doesn't have date, which that's, that's my bigger problem not the job description or the job title, because that's so similar that, that possible could be, could be, could be a problem.  Uh, but, but they, they basically that they, they are, uh, mixed, but, uh the real, the real issue with the copy, that we have ads without copies.  That's, that's a real issue.

WEINBERG:               We have ads without dates.

MARIJAN:                Right, right, right; sorry.  The, the copies without the dates.  That's something I obviously have to rectify.  I have to figure out why is that happening and why did it happen.  But otherwise no doubt about the fact that the ads were run.  And once again if we, uh, mixed job descriptions, you know, which we shouldn't, we did.  But at least we know that this was sent.  And it's almost impossible, I, I have couple of times I tried to verify myself.  It's almost impossible to call them, even though the agents, whom I paid, with [U/I] credit card, they are difficult  to figure out after a couple of months if this was done or not.  Because they'll usually just hang up on you.  I'm, I'm telling you that's my experience.

WEINBERG:               Uh, uh, I'm going to be honest…

[VOICES OVERLAP]

MARIJAN:                And you have to know just to get in…

WEINBERG:               Uh, uh, I am beyond, I am beyond [SIGH] you choose this agent, you do this, you put, you bill for it.  You use an agent, but you still…

[VOICES OVERLAP]

MARIJAN:                No.

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|

**WEINBERG:** But you bill through your account…

**MARIJAN:** [U/I].

**WEINBERG:** … Um, for a "they bill you and you bill them;" and you bill, uh, the company.  Right?

**MARIJAN:** Yeah, yeah.

[VOICES OVERLAP]

**WEINBERG:** Why this was done, I don't know, but I could only imagine!

**MARIJAN:** No.  Well this was the fastest and the, the most efficient, and the easiest way of handling it.  Uh, let's put it this way.  But uh, if you look at all the previous cases, just, just look at the other cases that you have.  For example some of the ads that you have.  If you look at Mauricio and Broadridge, because it's not ADP, the ads are there.  The ads are in the file.  If you're looking at, at guide from the OPI, which I also did.  It was, uh, separate from ADP; the ads are in the file.  This was done this way only because they, they kept them basically, basically mixing ADP ads, so I had to pull some sort of a control over that.  But you can look, I'm telling you.  Look at Andrade file.  If you want to do your own research, look at the Andrade.  You'll have, you'll have the ads there.  Look at the last OPI…

**WEINBERG:** I'm glad we did the right thing, but this is not [STUTTERS]… I, I [SIGH]…

**MARIJAN:** Well I, I'm just telling you there's a separate system there.

**WEINBERG:** If you weren't, and, and you're telling me that if you weren't billing for this; if you weren't using your own agency that you would have

| NAME | ORIGINAL LANGUAGE |
|---|---|

let somebody else get away with this sloppy, sloppy manner?

MARIJAN: It's, it's not really sloppy, but, you know, okay.

WEINBERG: And because we used your agency, uh, thi', this occurs and because you're profiting from it, you let it occur!

MARIJAN: Well…

WEINBERG: It's true Marijan!  Come on!

MARIJAN: I didn't let it occur.  I mean, you know, we did the job and it basically, basically still doing it.  Um…

WEINBERG: We did the job and we haven't been caught for anything, but I think that there's a lot of stuff out there that I don't know about.  God, there's a lot out there!

MARIJAN: You do, but I'm telling you Mister Weinberg, if you, you, please write down; I don't remember the name of the last OPI case, because it was a long…

[VOICES OVERLAP]

WEINBERG: What [U/I].

MARIJAN: … Indian name remember.  I remember M', Mauricio Andrade.  If you look in the file, of Mauricio Andrade you will find the ad.  It is a reason for that, because they are all done.  The only difference is, is that there are a lot, maybe couple of months, three (3) or six (6) months, I did not put all the ads into files.  But it doesn't mean they don't have them.  These are two different things.  And you can look, I'm just telling you right now the Andrade's, they are, look in the Andrade's file.  You might have it there.  Uh, uh, I will still I-145 [Ph] pending, I think, or something like this.  Why, why would I lie?

| NAME | ORIGINAL LANGUAGE |
|------|-------------------|
| | Basically you have them in the file. |

[VOICES OVERLAP]

WEINBERG:            Marijan, I'm going to tell you now.

[VOICES OVERLAP]

MARIJAN:            If there was a problem.  If, uh, if they are [U/I] placing ads.

[VOICES OVERLAP]

WEINBERG:            You may ha', you, you may have to return a lot of money.  It would be; it would be…

[VOICES OVERLAP]

MARIJAN:            Okay, that's fine.

WEINBERG:            It would be wise for you to do the right thing and return that.

MARIJAN:            Of course.

WEINBERG:            So that no one could accuse you of profiting improperly from this.

MARIJAN:            No!

WEINBERG:            Um…

MARIJAN:            Why?

**NAME**                    **ORIGINAL LANGUAGE**

WEINBERG:          Be', Marijan, you're sitting on a volcano.


MARIJAN:           Yeah.


WEINBERG:          It could erupt.  Fair warning, it can erupt, if I can't prove certain things.  So I'm just telling you Marijan to do a good job and find these ads if they're placed, and do it now!  Because it would be in your better interest to do that.


MARIJAN:           Absolutely.  But I'm, and I'm telling you, why don't you check?  Instead of, we've been out of court for quite a while and both of ours are busy.  Please, look at the file I just, I'm just going to [U/I].


WEINBERG:          I'll check Andrade, but that doesn't prove anything!


                            [VOICES OVERLAP]


MARIJAN:           [U/I].


WEINBERG:          [U/I] his ad, it's great!  I'm happy it did.  I, why, I don't want this guy to be prejudice by anything that happened here.


MARIJAN:           It proves my, it proves my point.


WEINBERG:          What?  That you got an ad for him and you don't have an ad for ADP?


MARIJAN:           No, quite exactly.  See this is the problem with your thinking, you convince yourself that something is A, and you set your mind that something is A, while actually it's B.  If you can get off that thinking…

**NAME**                **ORIGINAL LANGUAGE**

WEINBERG:        I want to get off it!  Marijan, for my own good I want to get off of that.  But, don't you realize by giving me the Prokupchuk ad that isn't here for him, that it doesn't have a date, that, it, you are creating a circumstance here where you, where I believe that you're not telling me the truth!  Now…

                 [VOICES OVERLAP]

MARIJAN:         Sure, I…

WEINBERG:        Now, what, any normal person would think like I think!

MARIJAN:         No, it wouldn't.  I think that you're going too far…

WEINBERG:        And when I call the newspaper they tell me the ad was not in there then and when they then send me a copy of all of the advertisements on that day and it's not there!  Do you think that I believe the ad was placed that day?

MARIJAN:         Well, it may not be placed that day.  But once again, it may not be correct that it's not.  So, so you're right, it's, it's difficult.  You almost convince yourself that…

WEINBERG:        Of course I have, because I went to the source and they told me and they gave me evidence it wasn't placed!  So, what am I else, am I supposed to think?

MARIJAN:         Well, that maybe, you know, they didn't give you a correct advertisement or something like that.

WEINBERG:        Oh, yeah…

MARIJAN:         Uh…

**NAME**                        **ORIGINAL LANGUAGE**

WEINBERG:          … Maybe they're wrong.  Maybe the paper's wrong, even though
                        they gave…

MARIJAN:          Exactly, exactly.

WEINBERG:          … me all of the classified ads for the day.

MARIJAN:          But to go back; Mister Weinberg to go back to this, if you look at the
                        non - ADP and non – Broadridge cases, which we've done…

WEINBERG:          No.

MARIJAN:          … At least until the last six (6) months, you will see that the all, all
                        ads are there.  The issue is only really, really, the issue over, over
                        the way all the files are organized.  And I'm sure you'll be able to
                        complete them and you, know, have them all.  But that, that…

WEINBERG:          When?  When?  Uh, uh, and, look, so, what you're going to do on
                        Prokupchuk is look again, you're going to try and get me the date
                        on the ad…

                        [VOICES OVERLAP]

MARIJAN:          I look [U/I]… Do I have a choice?  Of course I have to…  I have to
                        figure it out!

                        [VOICES OVERLAP]

WEINBERG:          I need a, try and get me a date the ad was placed.

MARIJAN:          Yes, yes!  I have to figure it out, I have to go do', down to the
                        source, I have to go back to the credit card ad, to get down to the
                        [U/I].  I have to go, you know, basically do all of this and identify.

**NAME**                    **ORIGINAL LANGUAGE**

I'm going to have to look really now at the job descriptions which we have in the posting notice in the file and a copy of the ads which we sent.  And I'll let you know, you know, basically, basically why there is a discrepancy.  Because [U/I]…

[VOICES OVERLAP]

WEINBERG:        And as my, and as my audit is due within the next few days, when will you let me know this?

MARIJAN:         I, I think you're going to miss that deadline.  I don't think I can do that, that quickly, with a few days.  I, I, honestly between you and me, I don't think I can do it in two (2) to three (3) days, but I'm trying to do my best over the weekend, so, look whenever your, your audit deadline is.  I don't think I can do it in the next couple of days.  Uh, uh, but maybe near the weekend, maybe I'll be able to do it Saturday and Sunday.  Uh, uh, try to identify because I have to go down to like, I don't know, what is it?  May, June, July transactions.

WEINBERG:        I, I can't understand this.  Someone placed an ad, someone placed an order for an ad, supposedly, and you have no proof of knowing, this, this media company didn't do it.

MARIJAN:         No [U/I]…

WEINBERG:        You didn't do it, didn't any; don't have any records that you did this?

MARIJAN:         Of course I have records, but there's so many of them that I have to go through them.  And also, remember they're all mixed, because of the problem which I had, because of most of documentation was destroyed because of Hurricane Sandy.  So, basically all of this is mixed, all this basically, was…half of it was destroyed; and now I have to go through that, great, nobody answer my text messages.  But I have to find that for, for Flowerson basically, and for myself for two thousand twelve.  It's all great, I'm just saying that, if you ask me about Prokupchuk, you know I, I, let's call him Oleksii, uh, I'll go

**NAME**                    **ORIGINAL LANGUAGE**

on and do that.  And I'll try to do my best to come up with
something better, but I'm telling you I'm more concerned about the
fact that there are no dates printed on it.  Uh, uh than the fact that
job description may be slightly off.  And, uh, don't worry I'll get
back, if I have, I have it.  If I don't, I'll tell you "I have nothing, I
cannot find anything better than what I already sent."  Will let you
know.  Okay?

WEINBERG:            [SIGH].  Uh, uh, we're not done with this, by any stretch of the
imagination; not by any stretch, because I have to report to ADP
everything that's going on and boy, oh boy, oh boy!

MARIJAN:             Okay…

WEINBERG:            Boy, oh boy, oh boy!

MARIJAN:             so you…and I'm, you know, to go back to the refund, we'll start
creating the refund list.  I'll send a nice and polite email to them, I'll
let them know, and I'll start cutting checks.  I'll ask them, you know,
"to whom do you want the checks to be cut?"  We'll start cutting
checks to them, and that's it.  So we'll, you know, we'll get to the
bottom of this, we'll get this organized and everything will be okay.
Um, is this okay Mister Weinberg?  I really have to go now
[CHUCKLES].

WEINBERG:            I'm going to send you an email today asking you for ads in five (5)
different cases that I am filing, or want to file an I-140 in.

MARIJAN:             Ah-hah.

WEINBERG:            I'd like to see how you're going to answer me where these ads are.

MARIJAN:             Okay, I'll be happy to…

                          [VOICES OVERLAP]

**NAME**                    **ORIGINAL LANGUAGE**

WEINBERG:          And if you tell me in each of these five (5) cases the ads were, it's wrong, the dates are wrong, the texts are wrong, you're going to tell me the same thing for each of these five (5) cases.

MARIJAN:          No, I'm not going to say that, but you know, send me; let me see what it is.  And I'll get back to you.  Okay?

WEINBERG:          I have no choice, but to say okay.  Now, I am going to send you, 'cause you told me you'd look at this too, the check made to Global Media New York Inc. made out by Ni', Rina Nazareth.

MARIJAN:          Ah-hah.

WEINBERG:          For one, one thousand two hundred and thirty one dollars and forty four cents.  This woman's money must be returned to her.  Now, um, what are you going to do with this check?

MARIJAN:          I don't know, I mean I, I have to look what it is.

WEINBERG:          Uh-huh.

MARIJAN:          I have no clue.  But, uh…

WEINBERG:          Oh God…

MARIJAN:          … Let's see.  Send me that [U/I], give me a little bit of time and I'll [U/I]…

[VOICES OVERLAP]

WEINBERG:          You don't remember speaking to this woman and telling her that she has to give you check for this amount of money?

**NAME**                          **ORIGINAL LANGUAGE**


                                  [VOICES OVERLAP]


MARIJAN:              I don't remember, I, I, I remember…


WEINBERG:            Because definitely you had to speak to her or else she would not
                     have written a check!


MARIJAN:             Right, right, right.  I'll, I'll, I'll review if I have any notes I'll see if, if
                     anything in her, our advertising files will indicate that, but I, I, I really
                     have to; and I have to come up with A D P payment, I have to see
                     what it is.


WEINBERG:            There is none.


MARIJAN:             Okay.  Strange, but I'm, I'm sure I'll find it.


WEINBERG:            Okay, Marijan.  I, I, I don't…


                                  [VOICES OVERLAP]


MARIJAN:             Very well sir…


WEINBERG:            I will not belabor this anymore now, um, but I, I, [SIGH].  I…


MARIJAN:             We'll stay in touch, we'll stay in touch.


WEINBERG:            More than stay in touch!  I gotta speak to you Monday!  You gotta
                     tell me about Prokupchuk!


MARIJAN:             Yes, I'll make sure; if I have anything better definitely I will reach to
                     you.

**NAME**                          **ORIGINAL LANGUAGE**


[VOICES OVERLAP]


WEINBERG:        Now Kathy got… We sent Kathy sent us the, uh, advertisement. We sent Kathy an email two (2) days ago "where is the proof of the ad?  Where is the, uh, uh, uh, the date it was placed?  This isn't for the right parties!"  I don't get nothing back from her!  She don't say anything!


MARIJAN:        Okay, well send it to the same, same email address and if you know, share it with me, just address it to me.  I'll double check it; I'll go over everything to double check it.  Okay?


WEINBERG:        I have no choice but to say okay, only because I want to hang up the phone as much as you want me to get off the phone.


MARIJAN:        No, no I don't want you to get off the phone.  I am really busy, to be honest with you, I, I, as I said yesterday I will call you back today, I'm calling you back today.  Uh, uh, we'll go, just send me by email, particularly these names so that I can verify, and because the, some of them really don't mean anything to me.  Um…


WEINBERG:        Not only the names…


[VOICES OVERLAP]


MARIJAN:        And I'll get back to you.


WEINBERG:        … I will send you the name of the individual, the text of the ad that was supposed to be placed, and the dates that they were supposed to be placed.


MARIJAN:        Yeah, okay.  We'll be happy to check.  No problem.  Very good Mister Weinberg.

| **NAME** | **ORIGINAL LANGUAGE** |
|---|---|
| WEINBERG: | Thank you. |
| MARIJAN: | It's always nice talking to you, and, um, so we'll talk more next week. |
| WEINBERG: | Okay, Marijan. |
| MARIJAN: | Thank you, bye. |

[END OF RECORDING]