UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIJAN CVJETICANIN | Criminal Action No. 14-274 (MAS)<br><br>**ORDER** |

**THIS MATTER** having come before the Court for oral argument on Defendant's renewed motion in limine (ECF No. 59) to redact certain evidence, and the Court having considered the arguments set forth by the parties, for the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 23rd day of June 2015, **ORDERED** that Defendant's renewed motion in limine (ECF No. 59) is DENIED.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**