UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE:  TRENTON                              DATE OF PROCEEDINGS
                                             June 24, 2015

JUDGE MICHAEL A. SHIPP

COURT REPORTER:  CATHY FORD

                                             Docket #  CR. 14-274

TITLE OF CASE:
UNITED STATES OF AMERICA
        v.
MARIJAN CVJETICANIN
                PRESENT

APPEARANCES:
Francisco Navarro,  AUSA for Government
Dennis Carletta, AUSA for Government
Lorraine Gauli-Rufo, Esq., CJA for Defendant
Thomas Ambrosio,  Esq., CJA for Defendant
Rick Patel, Special Agent, Department of Homeland Security
Wilma Sierra, Defense Investigator

NATURE OF PROCEEDINGS:    **JURY TRIAL**
Trial w/jury continued before the Honorable Michael A. Shipp as to defendant Marijan Cvjeticanin.
Steven Weinberg resumed for the United States.
        Lunch Break: 12:15 PM- 12:45 PM
Steven Weinberg resumed for the United States
Special Agent Rick Patel sworn for the United States
Jury excused 2:30 PM
Hearing on oral motion from the Defendant to exclude certain evidence.
Ordered the document be amended according to the Court's ruling on the record.
Trial w/jury adjourned until 6/25/15 at 9:30AM.


Time commenced: 9:40 AM
Time Adjourned: 2:40 PM
Total Time: 4hr 30min

                                             s/*Nativelis Rodriguez*
                                             DEPUTY CLERK