UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON                                    DATE OF PROCEEDINGS
                                                   June 25, 2015

JUDGE MICHAEL A. SHIPP

COURT REPORTER: CATHY FORD

                                                   Docket # CR. 14-274

TITLE OF CASE:
UNITED STATES OF AMERICA
         v.
MARIJAN CVJETICANIN
                    PRESENT
APPEARANCES:
Francisco Navarro, AUSA for Government
Dennis Carletta, AUSA for Government
Lorraine Gauli-Rufo, Esq., CJA for Defendant
Thomas Ambrosio, Esq., CJA for Defendant
Rick Patel, Special Agent, Department of Homeland Security
Wilma Sierra, Defense Investigator

NATURE OF PROCEEDINGS:     **JURY TRIAL**
Trial w/jury continued before the Honorable Michael A. Shipp as to defendant Marijan Cvjeticanin.
Mark DiGidio sworn for the United States.
Patricia Sacristan sworn for the United States.
Elizabeth Sielewonczuk sworn for the United States.
David Turetsky sworn for the United States.
Special Agent David Rowinski sworn for the United States.
United States Rests.
         Lunch Break: 12:05 PM - 12:35 PM
Jury Not Present
Defendant moves for Judgment of Acquittal. Ordered Motion Denied. Decision read into the record.
Defendant waives right to testify. Colloquy of Defendant conducted by the Court.
Jury Present
Counsel for Defendant reads stipulation into record.
Defendant Rests.
Jury Excused 1:10 PM
Jury Charge Conference held.
Defendant moves for Judgment of Acquittal. Ordered Motion Denied for the same reasons set forth previously.
Trial w/jury adjourned until 6/29/15 at 9:30AM.

Time commenced: 9:35 AM
Time Adjourned: 1:20 PM
Total Time: 4hr 15 min

                                                   s/*Nativelis Rodriguez*
                                                   DEPUTY CLERK