UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE:  TRENTON                                             DATE OF PROCEEDINGS
                                                                              June 29, 2015

JUDGE MICHAEL A. SHIPP

COURT REPORTER:  CATHY FORD

                                                                              Docket #  CR. 14-274

TITLE OF CASE:
UNITED STATES OF AMERICA
         v.
MARIJAN CVJETICANIN
                    PRESENT

APPEARANCES:
Francisco Navarro,  AUSA for Government
Dennis Carletta, AUSA for Government
Lorraine Gauli-Rufo, Esq., CJA for Defendant
Thomas Ambrosio,  Esq., CJA for Defendant
Rick Patel, Special Agent, Department of Homeland Security
Wilma Sierra, Defense Investigator


NATURE OF PROCEEDINGS:    **JURY TRIAL**
Trial w/jury continued before the Honorable Michael A. Shipp as to defendant Marijan Cvjeticanin.
Jury Not Present
Hearing on Defendant's oral motion re selection of juror alternates. Government joins in motion. Ordered Motion Granted.
Jury Present.
Jury Charged.
Dennis Carletta Closed for the United States
Thomas Ambrosio Closed for Defendant Marijan Cvjeticanin
 Francisco Navarro Closed on rebuttal for the United States
Ordered Alternates be Selected
Alternates Selected as follows:#13, 14, 15, 16
Ordered CSO Joseph McGinty sworn
Jury Deliberations commenced: 12:10 PM
Ordered Jury Lunch be provided by Café Antonio (16).
Jury Communication #1 received 1:10 PM
Jury Communication #2 received 2:28 PM
Jury Communication #3 received 2:57 PM
Jury Communication #4 received 3:35 PM
Jury returned to courtroom with Verdict 3:50 PM
Verdict: Guilty on Counts 1-9 of the Second Superseding Indictment.
Ordered Jury Polled; all jurors concur with verdict as rendered by the foreperson.
Ordered Jury Dismissed.
Ordered Sentencing set for 8/25/15 at 11:00 AM
Hearing on the United States' oral motion for the Defendant to be remanded.
Ordered motion Denied.
Ordered conditions of bail be modified as follows: Home detention with electronic monitoring;

business/employment restrictions; all previously imposed conditions of release are to remain in full effect. Trial w/jury adjourned.

Time commenced: 9:45 AM
Time Adjourned: 4:45 PM
Total Time:4 hr 25 min

s/*Nativelis Rodriguez*
DEPUTY CLERK