## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARIJAN CVJETICANIN

Criminal Action No. 14-274 (MAS)

### VERDICT SHEET

### COUNT ONE

With respect to Count One, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilt____ X ____      Not Guilty_____

### COUNT TWO

With respect to Count Two, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty____ X ____      Not Guilty_____

### COUNT THREE

With respect to Count Three, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty____ X ____      Not Guilty_____

Foreperson's Signature            6/29/15
                                  Date

## COUNT FOUR

With respect to Count Four, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty_____X_____    Not Guilty_____

## COUNT FIVE

With respect to Count Five, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty_____X_____    Not Guilty_____

## COUNT SIX

With respect to Count Six, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty_____X_____    Not Guilty_____

## COUNT SEVEN

With respect to Count Seven, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty_____X_____    Not Guilty_____

---

Foreperson's Signature                    6/29/15
                                           Date

2

## COUNT EIGHT

With respect to Count Eight, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty___X___     Not Guilty_____

## COUNT NINE

With respect to Count Nine, we the jury, unanimously, find MARIJAN CVJETICANIN:

Guilty___X___     Not Guilty_____

Foreperson's Signature                Date 6/29/15