UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | NOTICE OF MOTION |
| | : | CRIM. NO.14-274 (MAS) |
| MARIJAN CVJETICANIN | : | |
| Defendant. | : | |

Francisco Navarro, Esq.,
Assistant United States, Attorney
970 Broad Street
Newark, NJ 07102

Please take notice that, Mr. Cvjeticanin, through his attorney, Lorraine Gauli-Rufo, will Move before this Court for the following post-trial relief:

(1) A New Trial, pursuant to Fed. R. Crim. Pro. 33, and

(2) A Judgment of Acquittal pursuant to Fed. R. Crim. Pro. 29.

The defense respectfully requests a briefing schedule for filing the briefs in support of the above motions.

/s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
Attorney for the Marijan Cvjeticanin

Dated: July 7, 2015