**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIJAN CVJETICANIN | Criminal Action No. 14-274 (MAS)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on Defendant's notice of motion for post-trial relief pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure and request for a briefing scheduling, and the Court having considered Defendant's request,

**IT IS** on this 9th day of July 2015, **ORDERED** that:

1. Defendant's moving brief shall be filed by **July 13, 2015**;

2. The Government's opposition brief shall be filed by **July 27, 2015**; and

3. Defendant's reply brief shall be filed by **August 3, 2015**.

 s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**
