UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA          CR. 14-274

                                  Jury Communication # 1
-v-

MARIJAN CVJETICANIN

need newspapers for Count One & Five

DATE: 6/29/15                     TIME: 1:10 pm

FOREPERSON: