UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA			CR. 14-274

						Jury Communication # 10

-v-

MARIJAN CVJETICANIN

What is going on? We have been waiting for over an hour!

DATE: 10/29/15					TIME: 238

FOREPERS(