UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA               CR. 14-274

                                       Jury Communication #3

        -v-

MARIJAN CVJETICANIN

we have a verdict

DATE: 6/29/15                          TIME: 2:57pm

FOREPERS: