UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA            CR. 14-274

                                    Jury Communication # 3
           -v-

MARIJAN CVJETICANIN

# WE HAVE A VERDICT!

DATE: 6/29/15                       TIME: 3:35

FOREPERSON: