# Exhibit A

Best regards,
Rachel Einbund, Esq.

Law Office of Rachel Einbund, PC
118 East 28th Street, Suite 1005
New York, NY 10016
Tel. (212) 252-2125
Fax (212) 252-2169
Cell (917) 826-5169
rachel@lo-re.com
www.lo-re.com


============ Forwarded message ============
From : <NewImmigrant@aol.com>
To : <rachel@lo-re.com>
Date : Tue, 07 Jul 2015 12:53:07 -0500
Subject : FINAL INVOICE FOR MS. ANA RAKOCEVIC GREEN CARD APPLICATION
============ Forwarded message ============

Dear Ms. Einbund:

As per my previous e-mail, enclosed please find final invoice for your client ▇▇▇▇▇▇ Green Card application. I would appreciate your forwarding this invoice to ▇▇▇▇▇ for payment purposes and kindly let me know if your office can accept service of process if ▇▇▇▇▇ does not want to pay the invoice.

Sincerely,

Mr. Marijan Cvjeticanin, Esq.

Attorney-at-Law

Empire State Counsel (2011)

Admitted to State and Federal Courts

Main Office Hotline: 718-213-5700

<u>Please send all overnight mail and correspondence to our Long Island Office:</u>

Mr. Marijan Cvjeticanin, Esq.
6 Lt. John Olsen Lane
Saint James, New York 11780
Tel. 631-584-0000
Fax. 631-584-0044
www.marijanlaw.com

# MARIJAN CVJETICANIN, ESQ.
## ATTORNEY AT LAW

Admitted in New York
State and Federal Courts

July 4, 2015



RE: ▬▬▬
___Immigration Application (Green Card)___

ACCOUNT STATEMENT AND BALANCE- FINAL INVOICE

Dear ▬▬▬

Our office has received a communication from another attorney regarding the substitution of the counsel in this matter and in this respect w e are hereby pleased to acknowledge the request and provide a full accounting of fees and expenses for your account as a final invoice (at least up to this point in your immigration proceedings):

1) Funds received as per invoice of 01/06/2015: $5,150, no new funds were received after 01/06/2015;

2) Fees and expenses:

- Extension of tourist visa filing in September 2013:
  Legal fee: $500 (after a volume discount)
  Filing fee: $290

- Extension of tourist visa filing in January 2014:
  Legal fee: $500 (after a volume discount)
  Filing fee: $290

1

6 Lt. John Olsen Lane, Saint James, NY 11780, U.S.A.
Phone: 631-584-0000 • Fax: 631-584-0044 • E-mail: mcvjetican@aol.com

- Immigrant Petition I-140 Preparation and Filing:
  Legal fee: $2,000
  Filing fee: 580

- Adjustment of Status, Employment Authorization (EAD), Advance Parole and Pertaining documents drafting and preparation:
  Legal fee: $1,900

- Loss of B-2 visa volume discount due to the cancellation of services and counsel substitution:
  $1,000

- 4 in-house or outside consultations and meetings in Manhattan and Queens offices of 2 hours each:
  $800

- For phone calls and e-mail updates, questions review and replies – total of 4 hours:
  $1,200

- For administrative support services, including copying – total of 3 hours:
  $150

Total legal fees and expenses: $9,210.00

Current and final account balance due: $4,060

As per invoice dated January 6, 2015, please note that the above captioned invoice assumes that the presumed Green Card sponsor/employer in this matter, ███████████, will indeed pay $2,000 labor certification employer fee as mandated by the applicable federal labor and immigration regulations, stated in the previous invoice and as per invoice previously forwarded to ███████████.

Please do not hesitate to contact our office if you have any questions or need further clarification regarding the above captioned invoice.

Sincerely,

*[signature]*

Marijan Cvjeticanin, Esq.

2

**LAW OFFICES OF MR. MARIJAN CVJETICANIN, P.C.**
6 LT. JOHN OLSEN LANE
SAINT JAMES, NEW YORK 11780
TEL. 718-639-1600, FAX 631-584-0044
WWW.MARIJANLAW.COM

# Invoice

| | |
|---|---|
| Number | 1018 |
| Date | 7/7/2015 |

**Bill To:** [redacted]

**Ship To:** [redacted]

| Description | Amount |
|---|---|
| In reference to legal services and expenses for permanent residence (Green Card) application, as per Account Statement of July 4, 2015 | $4,060.00 |

| | |
|---|---|
| Amount Paid | $0.00 |
| Amount Due | $4,060.00 |

| | |
|---|---|
| Discount | $0.00 |
| Shipping Cost | $0.00 |
| Sub Total | $4,060.00 |
| 0.00% on $0.00 | $0.00 |
| 0.00% on $0.00 | $0.00 |
| Total | $4,060.00 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $4,060.00 | $0.00 | $0.00 | $0.00 | $4,060.00 |