# Exhibit B

## Navarro, Francisco (USANJ)

| | |
|---|---|
| **From:** | Lorraine <lgaulirufo@gmail.com> |
| **Sent:** | Wednesday, July 15, 2015 10:37 AM |
| **To:** | Navarro, Francisco (USANJ) |
| **Cc:** | Thomas Ambrosio; Carletta, Dennis (USANJ) |
| **Subject:** | Re: Cvjeticanin |

This was demonstrative evidence and the contents of it were explained on the record. And quite frankly Fran, putting everything in perspective, I think this pales in comparison to the serious issues involved with removing admitted evidence out of the court room. And note, these are not simply allegations on our part, this is something you admitted to doing on the record. As to our piece of paper that we used in closing, my recollection is that you used this in your closing as well...I am not sure it was returned to us. Please check your documents. Thank you

Sent from my iPhone

On Jul 15, 2015, at 9:54 AM, Navarro, Francisco (USANJ) <Francisco.Navarro@usdoj.gov> wrote:

> Lorraine –
>
> That is a **serious** problem for us in light of the claims you made against us in your motion. Please keep us posted.
>
> Thanks,
> Fran
>
> **Francisco J. Navarro**
> Assistant United States Attorney
> United States Attorney's Office
> District of New Jersey
> 970 Broad Street
> Newark, New Jersey 07102
>
> Tel: (973) 645-2515
> Fax: (973) 645-3497
> Cell: (862) 754-2191
> francisco.navarro@usdoj.gov
>
> **From:** Lorraine Gauli-Rufo [mailto:lgaulirufo@gmail.com]
> **Sent:** Tuesday, July 14, 2015 6:40 PM
> **To:** Navarro, Francisco (USANJ)
> **Cc:** Thomas Ambrosio
> **Subject:** Re: Cvjeticanin
>
> Fran, we can't seem to find it - neither a hard copy or online.
> I will continue looking for it. Lorraine
>
> On Tue, Jul 14, 2015 at 4:53 PM, Navarro, Francisco (USANJ) <Francisco.Navarro@usdoj.gov> wrote:

1

Tom/Lorraine –

We have received and reviewed your motion. Can you provide us with a copy of the chart that was presented to the jury during your closing? Because it was not in evidence, we do not have a copy and would like to reference it in our response.

Fran

**Francisco J. Navarro**

Assistant United States Attorney
United States Attorney's Office

District of New Jersey
970 Broad Street

Newark, New Jersey  07102

Tel:  (973) 645-2515

Fax: (973) 645-3497

Cell: (862) 754-2191
francisco.navarro@usdoj.gov


--



**Lorraine Gauli-Rufo, Esq.,
LGR Law, LLC
130 Pompton Avenue
Verona, New Jersey 07044
(973) 239-4300**

www.lgaulirufo.com

2

This e-mail contains information from the law firm LGR Law, LLC and is intended only for the person or entity to which it is addressed.  This email may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information contained within it by anyone other than the intended recipient or an employee or agent responsible for delivering the message to the intended recipient is prohibited. If you have received this e-mail in error, please call LGR Law, LLC and destroy the original message and all copies.