# Exhibit C

FLOWERSON HOLDINGS, INC.

PMB# H248, 2nd Floor
244 Fifth Avenue
New York, NY 10001

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/6/11 | 860-ADP |

**BILL TO**

Automatic Data Processing, Inc.
Elizabeth Sielewonczuk
1 ADP Blvd, Roseland NJ 07068
AVID NUMBER V459521
Re: GHARE, Tanuja

| DESCRIPTION | AMOUNT |
|---|---|
| Advertising in The Sunday Edition of the Star Ledger in March 2011 | 842.00 |
| Advertising in The Sunday Edition of the Star Ledger in April 2011 | 842.00 |
| Advertising in The Computer World Magazine in April 2011 - PERM Green Card Professional Position Recruitment Requirement | 1,044.00 |
| Internet Advertising for 30 Days | 150.00 |
| Resumes Acceptance Service for PERM Recruitment Report | 250.00 |

Reg - Dept - Acct - Sub - Prod - Snt
987  5521  845  00000  000     3,128.00

Approvals  E. Sielewonczuk

GOVERNMENT EXHIBIT 65

Please pay to FLOWERSON HOLDINGS - PMB# h248, 244 Fifth Avenue, 2nd Floor, New York, NY 10001

**Total** $3,128.00