# Exhibit D

**U.S. Department of Labor**

Employment and Training Administration
Office of Foreign Labor Certification
Atlanta National Processing Center
Harris Tower
233 Peachtree Street, Suite 410
Atlanta, GA 30303

July 19, 2012

AUTOMATIC DATA PROCESSING, INC.
c/o WILDES & WEINBERG, P.C.
Steven L. Weinberg
Wildes & Weinberg, P.C.
515 Madison Avenue, 6th Floor New York, NY 10022

ETA Case Number: ▬▬▬▬▬
Alien's Name: TANUJA SUBHASH GHARE
Occupation: Computer Software Engineers, Systems Software, 15-1032.00
Date of Acceptance for Processing: October 21, 2011

Dear AUTOMATIC DATA PROCESSING, INC.

The United States Department of Labor has made a determination on your Application for Permanent Employment Certification (ETA Form 9089) pursuant to Departmental regulations at 20 CFR §656.24 and as required by the Immigration and Nationality Act, as amended.

**Form ETA 9089 has been certified and is enclosed.** This certification must be attached to the I-140 petition and filed with the appropriate office of the United States Citizenship and Immigration Services.

Sincerely,

William L. Carlson, Ph.D.
National Certifying Officer

CC: AUTOMATIC DATA PROCESSING, INC.
Enclosure(s): ETA Form 9089



GOVERNMENT EXHIBIT 2

OMB Approval: 1205-0451  
Expiration Date: 08/31/2014

**Application for Permanent Employment Certification**  
**ETA Form 9089**  
**U.S. Department of Labor**



Please read and review the filing instructions before completing this form. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/pdf/9089inst.pdf

Employing or continuing to employ an alien unauthorized to work in the United States is illegal and may subject the employer to criminal prosecution, civil money penalties, or both.

### A. Refiling Instructions

| | |
|---|---|
| 1. Are you seeking to utilize the filing date from a previously submitted Application for Alien Employment Certification (ETA 750)? | ☐ Yes  ☑ No |
| 1-A. If Yes, enter the previous filing date | |
| 1-B. Indicate the previous SWA or local office case number OR if not available, specify state where case was originally filed | |

### B. Schedule A or Sheepherder Information

| | |
|---|---|
| 1. Is this application in support of a Schedule A or Sheepherder Occupation? | ☐ Yes  ☑ No |

If Yes, do NOT send this application to the Department of Labor. All applications in support of Schedule A or Sheepherder Occupations must be sent directly to the appropriate Department of Homeland Security office.

### C. Employer Information (Headquarters or Main Office)

| 1 | Employer's name |
| --- | --- |
| | AUTOMATIC DATA PROCESSING, INC. |
| 2. | Address 1 |
| | 1 ADP BLVD. |
| | Address 2 |
| | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| ROSELAND | NJ | UNITED STATES OF AMERICA | 07068 |

| 4. Phone number | Extension |
|---|---|
| 973-974-5000 | 5062 |

| 5. Number of employees | 6. Year commenced business |
|---|---|
| 45000 | 1961 |

| 7. FEIN (Federal Employer Identification Number) | 8. NAICS Code |
|---|---|
| ███ | ███ |

| 9. Is the employer a closely held corporation, partnership, or sole proprietorship in which the alien has an ownership interest, or is there a familial relationship between the owners, stockholders, partners, corporate officers, incorporators, and the alien? | ☐ Yes  ☑ No |
|---|---|

### D. Employer Contact Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).

| 1. Contact's last name | First name | Middle initial |
|---|---|---|
| Berwanger | Laura | |
| 2. Address 1 | | |
| 1 ADP Blvd. | | |
| Address 2 | | |

| 3. City | State/Province | Country | Postal code |
|---|---|---|---|
| Roseland | NJ | UNITED STATES OF AMERICA | 07068 |

| 4. Phone number | Extension |
|---|---|
| ███ | ███ |

| 5. E-mail address |
|---|
| ███ |

OMB Approval: 1205-0451  
Expiration Date: 08/31/2014

**Application for Permanent Employment Certification**
**ETA Form 9089**
**U.S. Department of Labor**



### E. Agent or Attorney Information (if applicable)

| 1. Agent or attorney's last name | First name | Middle initial |
|---|---|---|
| Weinberg | Steven | L |

**2. Firm name**
WILDES & WEINBERG, P.C.

| 3. Firm EIN | 4. Phone number | Extension |
|---|---|---|

**5. Address 1**
Wildes & Weinberg, P.C.

**Address 2**
515 Madison Avenue, 6th Floor

| 6. City | State/Province | Country | Postal code |
|---|---|---|---|
| New York | NY | UNITED STATES OF AMERICA | 10022 |

**7. E-mail address**

### F. Prevailing Wage Information (as provided by the State Workforce Agency)

| 1. Prevailing wage tracking number (if applicable) | 2. SOC/O*NET(OES) code |
|---|---|
| P10010356583471 | 15-1032.00 |

| 3. Occupation Title | 4. Skill Level |
|---|---|
| Computer Software Engineers, Systems Software | Level II |

**5. Prevailing wage**   $ 87,256.00   Per (Choose only one): [ ] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [✓] Year

**6. Prevailing wage source (Choose only one):** [✓] OES  [ ] CBA  [ ] Employer Conducted Survey  [ ] DBA  [ ] SCA  [ ] Other

**6-A. If Other is indicated in question 6, specify:**

| 7. Determination date | 8. Expiration date |
|---|---|
| 01/18/2011 | 06/30/2011 |

### G. Wage Offer Information

**1. Offered wage**
From: $ 99,379.00   To: (Optional) $
Per: (Choose only one): [ ] Hour  [ ] Week  [ ] Bi-Weekly  [ ] Month  [✓] Year

### H. Job Opportunity Information (Where work will be performed)

**1. Primary worksite (where work is to be performed) address 1**
15 WATERVIEW BLVD

**Address 2**

| 2. City | State | Postal code |
|---|---|---|
| PARSIPPANY | NJ | 07054 |

**3. Job title**
TECHNOLOGIES CONSULTANT

**4. Education: minimum level required.**
[ ] None  [ ] High School  [ ] Associate's  [✓] Bachelor's  [ ] Master's  [ ] Doctorate  [ ] Other

**4-A. If Other is indicated in question 4, specify the education required:**

**4-B. Major field of study**
COMPUTER SCIENCE

**5. Is training required in the job opportunity?**  [ ] Yes  [✓] No
**5-A. If Yes, number of months of training required:**

---

ETA Form 9089   This Certification is valid from 07/19/2012 to 01/15/2013   Page 2 of 15

ETA Case Number:

OMB Approval: 1205-0451  
Expiration Date: 08/31/2014

Application for Permanent Employment Certification  
ETA Form 9089  
U.S. Department of Labor



### H. Job Opportunity Information Continued

| | |
|---|---|
| **5-B.** Indicate the field of training: | |
| **6.** Is experience in the job offered required for the job? ☑ Yes ☐ No | **6-A.** If Yes, number of months experience required: 60 |
| **7.** Is there an alternate field of study that is acceptable? | ☑ Yes ☐ No |
| **7-A.** If Yes, specify the major field of study: ENGINEERING (ANY), INFORMATION SYSTEMS | |
| **8.** Is there an alternate combination of education and experience that is acceptable? | ☑ Yes ☐ No |
| **8-A.** If Yes, specify the alternate level of education required: ☐ None ☐ High School ☐ Associate's ☐ Bachelor's ☑ Master's ☐ Doctorate ☐ Other | |
| **8-B.** If Other is indicated in question 8-A, indicate the alternate level of education required: | |
| **8-C.** If applicable, indicate the number of years experience acceptable in question 8: 1 | |
| **9.** Is a foreign educational equivalent acceptable? ☑ Yes ☐ No | |
| **10.** Is experience in an alternate occupation acceptable? ☑ Yes ☐ No | **10-A** If Yes, number of months experience in alternate occupation required: 12 |
| **10-B.** Identify the job title of the acceptable alternate occupation: CONSULTANT, SOFT DEVE, APP TECH ANY SUITABLE COMBINATION OF EDUCATION, | |
| **11.** Job duties – If submitting by mail, add attachment if necessary. Job duties description must begin in this space. See Attachment | |
| **12.** Are the job opportunity's requirements normal for the occupation? *If the answer to this question is No, the employer must be prepared to provide documentation demonstrating that the job requirements are supported by business necessity.* | ☐ Yes ☑ No |
| **13.** Is knowledge of a foreign language required to perform the job duties? *If the answer to this question is Yes, the employer must be prepared to provide documentation demonstrating that the language requirements are supported by business necessity.* | ☐ Yes ☑ No |
| **14.** Specific skills or other requirements – If submitting by mail, add attachment if necessary. Skills description must begin in this space. Higher than normal job opportunity requirements stem from the fact that the position offered herein is a highly complex information technology position and the requirements bear a reasonable relationship to the employer's global business presence and activities. | |

ETA Form 9089   This Certification is valid from 07/19/2012 to 01/15/2013   Page 3 of 15

ETA Case Number: ▊▊▊▊▊▊▊▊

OMB Approval: 1205-0451
Expiration Date: 08/31/2014

**Application for Permanent Employment Certification**
**ETA Form 9089**
**U.S. Department of Labor**



### H. Job Opportunity Information Continued

| # | Question | Answer |
|---|---|---|
| 15. | Does this application involve a job opportunity that includes a combination of occupations? | ☐ Yes ☑ No |
| 16. | Is the position identified in this application being offered to the alien identified in Section J? | ☑ Yes ☐ No |
| 17. | Does the job require the alien to live on the employer's premises? | ☐ Yes ☑ No |
| 18. | Is the application for a live-in household domestic service worker? | ☐ Yes ☑ No |
| 18-A. | If Yes, have the employer and the alien executed the required employment contract and has the employer provided a copy of the contract to the alien? | ☐ Yes ☐ No ☐ NA |

### I. Recruitment Information

**a. Occupation Type – All must complete this section.**

| # | Question | Answer |
|---|---|---|
| 1. | Is this application for a professional occupation, other than a college or university teacher? Professional occupations are those for which a bachelor's degree (or equivalent) is normally required. | ☑ Yes ☐ No |
| 2. | Is this application for a college or university teacher? If Yes, complete questions 2-A and 2-B below. | ☐ Yes ☑ No |
| 2-A. | Did you select the candidate using a competitive recruitment and selection process? | ☐ Yes ☐ No |
| 2-B. | Did you use the basic recruitment process for professional occupations? | ☐ Yes ☐ No |

**b. Special Recruitment and Documentation Procedures for College and University Teachers – Complete only if the answer to question I.a.2-A is Yes.**

| # | Field | Value |
|---|---|---|
| 3. | Date alien selected: | |
| 4. | Name and date of national professional journal in which advertisement was placed: | |
| 5. | Specify additional recruitment information in this space. Add an attachment if necessary. | |

**c. Professional/Non-Professional Information – Complete this section unless your answer to question B.1 or I.a.2-A is YES.**

| # | Field | Value |
|---|---|---|
| 6. | Start date for the SWA job order | 08/08/2011 |
| 7. | End date for the SWA job order | 09/07/2011 |
| 8. | Is there a Sunday edition of the newspaper in the area of intended employment? | ☑ Yes ☐ No |
| 9. | Name of newspaper (of general circulation) in which the first advertisement was placed: | THE STAR LEDGER |
| 10. | Date of first advertisement identified in question 9: | 05/01/2011 |
| 11. | Name of newspaper or professional journal (if applicable) in which second advertisement was placed: | THE STAR LEDGER  ☑ Newspaper  ☐ Journal |

ETA Form 9089      This Certification is valid from 07/19/2012 to 01/15/2013      Page 4 of 15

ETA Case Number: 

OMB Approval: 1205-0451
Expiration Date: 08/31/2014

**Application for Permanent Employment Certification**
ETA Form 9089
U.S. Department of Labor



### I. Recruitment Information Continued

**12. Date of second newspaper advertisement or date of publication of journal identified in question 11:**
05/08/2011

**d. Professional Recruitment Information** – Complete if the answer to question I.a.1 is YES or if the answer to I.a.2-B is YES. Complete at least 3 of the items.

| | |
|---|---|
| 13. Dates advertised at job fair  From:  To: | 14. Dates of on-campus recruiting  From:  To: |
| 15. Dates posted on employer web site  From: 05/15/2011 To: 06/01/2011 | 16. Dates advertised with trade or professional organization  From:  To: |
| 17. Dates listed with job search web site  From: 08/29/2011 To: 09/29/2011 | 18. Dates listed with private employment firm  From:  To: |
| 19. Dates advertised with employee referral program  From: 06/01/2011 To: 06/15/2011 | 20. Dates advertised with campus placement office  From:  To: |
| 21. Dates advertised with local or ethnic newspaper  From:  To: | 22. Dates advertised with radio or TV ads  From:  To: |

### e. General Information – All must complete this section.

| | |
|---|---|
| 23. Has the employer received payment of any kind for the submission of this application? | ☐ Yes ☑ No |
| 23-A. If Yes, describe details of the payment including the amount, date and purpose of the payment: | |
| 24. Has the bargaining representative for workers in the occupation in which the alien will be employed been provided with notice of this filing at least 30 days but not more than 180 days before the date the application is filed? | ☐ Yes ☐ No ☑ NA |
| 25. If there is no bargaining representative, has a notice of this filing been posted for 10 business days in a conspicuous location at the place of employment, ending at least 30 days before but not more than 180 days before the date the application is filed? | ☑ Yes ☐ No ☐ NA |
| 26. Has the employer had a layoff in the area of intended employment in the occupation involved in this application or in a related occupation within the six months immediately preceding the filing of this application? | ☐ Yes ☑ No |
| 26-A. If Yes, were the laid off U.S. workers notified and considered for the job opportunity for which certification is sought? | ☐ Yes ☐ No ☐ NA |

### J. Alien Information (This section must be filled out. This information must be different from the agent or attorney information listed in Section E).

| 1. Alien's last name  GHARE | First name  TANUJA | Full middle name  SUBHASH |
|---|---|---|
| 2. Current address 1 | | |
| Address 2 | | |

| 3. City  PARSIPPANY | State/Province  NJ | Country  UNITED STATES OF AMERICA | Postal code  07054 |
|---|---|---|---|

| 4. Phone number of current residence | |
|---|---|
| 5. Country of citizenship  INDIA | 6. Country of birth  INDIA |
| 7. Alien's date of birth | 8. Class of admission  H-1B |
| 9. Alien registration number (A#) | 10. Alien admission number (I-94) |

11. Education: highest level achieved relevant to the requested occupation:
☐ None ☐ High School ☐ Associate's ☐ Bachelor's ☑ Master's ☐ Doctorate ☐ Other

---

ETA Form 9089      This Certification is valid from 07/19/2012 to 01/15/2013      Page 5 of 15

ETA Case Number:

OMB Approval: 1205-0451  Application for Permanent Employment Certification
Expiration Date: 08/31/2014  ETA Form 9089
U.S. Department of Labor



## J. Alien Information Continued

| | |
|---|---|
| 11-A. If Other indicated in question 11, specify | |
| 12. Specify major field(s) of study<br>INFORMATION SYSTEMS | |
| 13. Year relevant education completed<br>2003 | |
| 14. Institution where relevant education specified in question 11 was received<br>PACE UNIVERSITY | |
| 15. Address 1 of conferring institution<br>1 MARTINE AVE | |
| Address 2 | |
| 16. City  State/Province  Country  Postal code<br>WHITE PLAINS  NY  UNITED STATES OF AMERICA  10606 | |
| 17. Did the alien complete the training required for the requested job opportunity, as indicated in question H.5? | ☐ Yes ☐ No ☒ NA |
| 18. Does the alien have the experience as required for the requested job opportunity indicated in question H.6? | ☒ Yes ☐ No ☐ NA |
| 19. Does the alien possess the alternate combination of education and experience as indicated in question H.8? | ☒ Yes ☐ No ☐ NA |
| 20. Does the alien have the experience in an alternate occupation specified in question H.10? | ☒ Yes ☐ No ☐ NA |
| 21. Did the alien gain any of the qualifying experience with the employer in a position substantially comparable to the job opportunity requested? | ☐ Yes ☒ No ☐ NA |
| 22. Did the employer pay for any of the alien's education or training necessary to satisfy any of the employer's job requirements for this position? | ☐ Yes ☒ No |
| 23. Is the alien currently employed by the petitioning employer? | ☒ Yes ☐ No |

## K. Alien Work Experience

List all jobs the alien has held during the past 3 years. Also list any other experience that qualifies the alien for the job opportunity for which the employer is seeking certification.

a. **Job 1**

| | |
|---|---|
| 1. Employer name<br>AUTOMATIC DATA PROCESSING, INC | |
| 2. Address 1<br>15 WATERVIEW BLVD | |
| Address 2 | |
| 3. City  State/Province  Country  Postal code<br>PARSIPPANY  NJ  UNITED STATES OF AMERICA  07054 | |
| 4. Type of business<br>BUSINESS FINANCIAL SOLUTIONS | 5. Job title<br>TECHNOLOGIES CONSULTANT |
| 6. Start date<br>08/01/2010 | 7. End date | 8. Number of hours worked per week<br>40 |

Job 1 continued on next page

OMB Approval: 1205-0451
Expiration Date: 08/31/2014

**Application for Permanent Employment Certification**
**ETA Form 9089**
**U.S. Department of Labor**



### K. Alien Work Experience Continued

**9. Job details** (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

See Attachment

---

**b. Job 2**

| | |
|---|---|
| 1. Employer name | AUTOMATIC DATA PROCESSING, INC |
| 2. Address 1 | Emplyer Services Group IT Business Unit |
| Address 2 | 5 ADP BLVD |
| 3. City | ROSELAND |
| State/Province | NJ |
| Country | UNITED STATES OF AMERICA |
| Postal code | 07068 |
| 4. Type of business | INFORMATION TECHNOLOGY |
| 5. Job title | SYSTEMS SOFTWARE ENGINEER |
| 6. Start date | 02/01/2004 |
| 7. End date | 08/01/2010 |
| 8. Number of hours worked per week | 40 |

**9. Job details** (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

See Attachment

---

**c. Job 3**

| | |
|---|---|
| 1. Employer name | RCM TECHNOLOGIES |
| 2. Address 1 | 10 WATERVIEW BLVD |
| Address 2 | |
| 3. City | PARSIPPANY |
| State/Province | NJ |
| Country | UNITED STATES OF AMERICA |
| Postal code | 07054 |
| 4. Type of business | INFORMATION TECHNOLOGY |
| 5. Job title | CONSULTANT |
| 6. Start date | 02/07/2003 |
| 7. End date | 01/25/2010 |
| 8. Number of hours worked per week | 40 |

Job 3 continued on next page

---

OMB Approval: 1205-0451  
Expiration Date: 08/31/2014

**Application for Permanent Employment Certification**  
ETA Form 9089  
U.S. Department of Labor



### K. Alien Work Experience Continued

9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.)

See Attachment.-

### L. Alien Declaration

*I declare under penalty of perjury that Sections J and K are true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

*In addition, I further declare under penalty of perjury that I intend to accept the position offered in Section H of this application if a labor certification is approved and I am granted a visa or an adjustment of status based on this application.*

| 1. Alien's last name | First name | Full middle name |
|---|---|---|
| GHARE | TANUJA | SUBHASH |
| 2. Signature *Tanuja Ghare* | | Date signed 08/7/2012 |

Note – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail. If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

### M. Declaration of Preparer

| 1. Was the application completed by the employer? If No, you must complete this section. | ☐ Yes | ☑ No |
|---|---|---|

*I hereby certify that I have prepared this application at the direct request of the employer listed in Section C and that to the best of my knowledge the information contained herein is true and correct. I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine, imprisonment up to five years or both under 18 U.S.C. §§ 2 and 1001. Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621.*

| 2. Preparer's last name | First name | Middle initial |
|---|---|---|
| WEINBERG | STEVEN | L |
| 3. Title ATTORNEY | | |
| 4. E-mail address | | |
| 5. Signature | | Date signed 09/04/2012 |

Note – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail. If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

---

ETA Form 9089    This Certification is valid from **07/19/2012** to **01/15/2013**    Page 8 of 15

ETA Case Number: ▆▆▆▆▆▆

OMB Approval: 1205-0451
Expiration Date: 08/31/2014

Application for Permanent Employment Certification
ETA Form 9089
U.S. Department of Labor



### N. Employer Declaration

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment:*

1. The offered wage equals or exceeds the prevailing wage and I will pay at least the prevailing wage.
2. The wage is not based on commissions, bonuses or other incentives, unless I guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage.
3. I have enough funds available to pay the wage or salary offered the alien.
4. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.
5. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.
6. The job opportunity is not:
   a. Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage; or
   b. At issue in a labor dispute involving a work stoppage.
7. The job opportunity's terms, conditions, and occupational environment are not contrary to Federal, state or local law.
8. The job opportunity has been and is clearly open to any U.S. worker.
9. The U.S. workers who applied for the job opportunity were rejected for lawful job-related reasons.
10. The job opportunity is for full-time, permanent employment for an employer other than the alien.

I hereby designate the agent or attorney identified in section E (if any) to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, I take full responsibility for the accuracy of any representations made by my agent or attorney.

I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained herein is true and accurate. *I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by a fine or imprisonment up to five years or both under 18 U S C §§ 2 and 1001  Other penalties apply as well to fraud or misuse of ETA immigration documents and to perjury with respect to such documents under 18 U.S.C. §§ 1546 and 1621*

| 1. Last name  BERNANGER | First name  LAURA | Middle Initial |
|---|---|---|
| 2. Title  DIRECTOR-HUMAN RESOURCES | | |
| 3. Signature | Date signed  8/16/2012 | |

*Note* – The signature and date signed do not have to be filled out when electronically submitting to the Department of Labor for processing, but must be complete when submitting by mail. If the application is submitted electronically, any resulting certification MUST be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

### O. U.S. Government Agency Use Only

Pursuant to the provisions of Section 212 (a)(5)(A) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed.

This Certification is valid from 07/19/2012 to 01/15/2013

| William L. Carlson | | 07/19/2012 |
|---|---|---|
| Signature of Certifying Officer | Date | Signed |

| A-11020-47278 | | 10/21/2011 |
|---|---|---|
| Case Number | | Filing Date |

OMB Approval: 1205-0451  Application for Permanent Employment Certification
Expiration Date: 08/31/2014
ETA Form 9089
U.S. Department of Labor



### P. OMB Information

*Paperwork Reduction Act Information Control Number 1205-0451*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

Respondent's reply to these reporting requirements is required to obtain the benefits of permanent employment certification (Immigration and Nationality Act, Section 212(a)(5)). Public reporting burden for this collection of information is estimated to average 1¾ hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate to the Division of Foreign Labor Certification * U.S. Department of Labor * Room C4312 * 200 Constitution Ave., NW * Washington, DC * 20210.
**Do NOT send the completed application to this address.**

### Q. Privacy Statement Information

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that the information provided herein is protected under the Privacy Act. The Department of Labor (Department or DOL) maintains a System of Records titled Employer Application and Attestation File for Permanent and Temporary Alien Workers (DOL/ETA-7) that includes this record.

Under routine uses for this system of records, case files developed in processing labor certification applications, labor condition applications, or labor attestations may be released as follows. In connection with appeals of denials before the DOL Office of Administrative Law Judges and Federal courts, records may be released to the employers that filed such applications, their representatives, to named alien beneficiaries or their representatives, and to the DOL Office of Administrative Law Judges and Federal courts; and in connection with administering and enforcing immigration laws and regulations, records may be released to such agencies as the DOL Office of Inspector General, Employment Standards Administration, the Department of Homeland Security, and the Department of State.

Further relevant disclosures may be made in accordance with the Privacy Act and under the following circumstances: in connection with federal litigation; for law enforcement purposes; to authorized parent locator persons under Pub. L. 93-647; to an information source or public authority in connection with personnel, security clearance, procurement, or benefit-related matters; to a contractor or their employees, grantees or their employees, consultants, or volunteers who have been engaged to assist the agency in the performance of Federal activities; for Federal debt collection purposes; to the Office of Management and Budget in connection with its legislative review, coordination, and clearance activities; to a Member of Congress or their staff in response to an inquiry of the Congressional office made at the written request of the subject of the record; in connection with records management; and to the news media and the public when a matter under investigation becomes public knowledge, the Solicitor of Labor determines the disclosure is necessary to preserve confidence in the integrity of the Department, or the Solicitor of Labor determines that a legitimate public interest exists in the disclosure of information, unless the Solicitor of Labor determines that disclosure would constitute an unwarranted invasion of personal privacy.

## Addendum

### H. 11. Job duties

Design and develop software systems to analyze information in determining, recommending and planning to install a new system and existing system modifications; Develop and maintain automation scripts employing TCL/JACL Scripting language and .BAT (DOS Scripting) to integrate and operate applications within IBM WebSphere (all versions); Develop automation scripts (JACL Scripting language) created specifically for administering WebSphere and Shell Scripting for application manipulation within various environments, such as Development, Quality Assurance and others. Execute verification testing via the utilization of testing tools, including Mercury Quick Test Professional; Support the QA, RATE, Staging and Production Environments; Enhance existing software in order to resolve systems issues and generate application release packages for deployment to the production environment; Maintain the application's development, release and deployment scripts using XML and .BAT; Responsible for the overall Infrastructure system design, optimize deployment process and document the design specification and deployment instructions for integrated applications; Define the Rollout process and plans for future releases from QA to Production environments; Utilize P5 technologies that will help architect future Integration releases of application; Enhance the current deployment process to speed up the deployment and reduce maintenance window; Define new strategies for troubleshooting and addressing production outage issues to resolve matters quickly and Develop metrics to improve operational efficiency and increase the stability in Production environments

## Addendum

### K. Alien Work Experience Continued

**d. Job 4**

| 1. Employer name eTRANSITIONS, INC |||||
|---|---|---|---|---|
| 2. Address 1 11 GRANT MILL ROAD |||||
| Address 2 |||||
| 3. City LEBANON | State/Province NJ | | Country UNITED STATES OF AMERICA | Postal code 08833 |
| 4. Type of business INFORMATION TECHNOLOGY | | | 5. Job title SOFTWARE DEVELOPER | |
| 6. Start date 12/01/2001 | | 7. End date 01/31/2002 | 8. Number of hours worked per week 40 | |
| 9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.) MANAGER: ULKA RODGERS  PH: ▓▓▓▓▓▓▓▓ § Programmed in Java using Java-Com Bridge (JACOB) for MS-Word, to implement an Automated Document Generator. § Programmed an Applet to display .TIFF images in a browser using Java Advanced Imaging (JAI) |||||

| 1. Employer name |||||
|---|---|---|---|---|
| 2. Address 1 |||||
| Address 2 |||||
| 3. City | State/Province | | Country | Postal code |
| 4. Type of business | | | 5. Job title | |
| 6. Start date | | 7. End date | 8. Number of hours worked per week | |
| 9. Job details (duties performed, use of tools, machines, equipment, skills, qualifications, certifications, licenses, etc. Include the phone number of the employer and the name of the alien's supervisor.) |||||

## Addendum

### K. 9. Job 1 - Job Details

MANAGER: TVN REDDY PH: ███████

Design and develop the deployment Architecture diagrams for re-designed hosting infrastructure and deployment setup. The design illustrates the flow of key functionality across different integrated systems and tiers such as Web Tier to Application Tier to the Database Tier. Led the design the deployment methodology to decrease the downtime during maintenance window to perform system upgrades. Develop and maintain automation scripts employing TCL / JACL scripting language and .BAT (DOS scripting) to integrate and operate applications within IBM WebSphere
" Execute verification testing via the utilization of testing tools, including Silktest and Mercury Quick Test Professional
" Support the QA, RATE, Staging and Production Environments
" Develop automation scripts (JACL scripting language) created specifically for administering WebSphere 5.0 and Shell scripting for application manipulation within various environments such as Development, QA and others

" Responsible for the overall Infrastructure system design, optimize deployment process and document the design specification and deployment instructions for integrated applications
" Define the Rollout process and plans for future releases from QA to Production environments
" Utilize F5 technologies that will help architect future Integration releases of Pay eXpert applications
" Enhance the current deployment process to speed up the deployment and reduce maintenance window
" Using Blade logic and other methodologies enhance the process to break up deployment units into smaller packages which reduces the deployment process significantly
" Define new strategies for troubleshooting and addressing production outage issues to resolve matters quickly
" Develop metrics to improve operational efficiency and increase the stability in Production environments
" Record analysis and solutions in the Problem log system for future support
" Develop architectural diagrams to illustrate the application workflow and highlight the application integration transactions
" Develop task plans and work with other project stakeholders, analysts, Development teams and infrastructure services to communicate the application architecture
Technologies and Languages: J2EE, Java v1.4, v1.5, EJB 2.0, 3.0, XML Beans, C, C ++, Visual C++, Visual Basic, JACL, Tcl/Tk, Assembly Language, Perl
Deployment Tools: Bladelogic v6, v7; IBM Datapower, F5 BigIP LTM
Web Servers: IIS v5, v6, Apache
Web Development Tools: HTML, XML, JavaScript, ASP, DreamWeaver, Fireworks, Flash 5.0, Crystal Reports
Troubleshooting: HP Sitescope, Business Availability Center, TeaLeaf
Version Control and SCM Software: Rational ClearCase, Rational ClearQuest, SVN, ANT, Maven
Application Packages: MS- Word, MS Excel, and MS-PowerPoint, MS-Visio
Database Management Systems: Oracle 8i, 9i, 10g, MS-Access, FoxPro for Windows, MySQL
Project Management Tools: MS- Project, MS-Visio
Operating Systems: MS-DOS, Windows 3.1, Windows 9x, Windows NT/2000/XP, Suse Linux, zLinux
JAVA IDEs: IBM Rational Team Concert (RTC) v2, Rational Application Developer, Oracle 9i- JDeveloper, Borland JBuilder, Visual J++

## Addendum

**K. 9. Job 2   - Job Details**

MANAGER TVN REDDY PH: ▮▮▮▮▮▮▮▮

Automated the entire build process using Perl, ANT and BAT scripting to generate builds based on code checked in to SVN and Clearcase with linking files checked in to specific Defect records in ClearQuest. The build process runs as a continuous build every 2 hours to generate and deploys code to the Application Servers.
§ Leads the documentation and creation of the Run book for the entire install process of the application. This includes documentation for new server builds, upgrade code for maintenance patches

º Design and develop software systems to analyze information in determining, recommending and planning to install a new system and existing system modifications
* Enhance existing software in order to resolve system issues and generate application release packages for deployment to the production environment
º Maintain the applications development, release and deployment scripts using XML and BAT

## Addendum

**K. 9. Job 3 - Job Details**

MANAGER: VICTORIA LYNN FINN PH:

§ Integration Builds and Hot-fixes, Installs and Build Verification Tests
§ Develop and maintain Automation scripts to Integrate and deploy applications on IBM WebSphere 4.5
§ Maintaining Development Integration environments for multiple release versions and provide Environment-related support to developers and QA & development testers
§ Maintain the Oracle 9i development database
§ Key player in the Change Management Process using version control software Rational ClearCase and ClearQuest
§ Work with Business Analysts to help with prioritizing production level application hot-fix requests

AUTOMATIC DATA PROCESSING, INC.
c/o WILDES & WEINBERG, P.C.
Steven L. Weinberg

Wildes & Weinberg, P.C.
515 Madison Avenue, 6th Floor
New York, NY 10022