# Exhibit E

# Sunday Star-Ledger

$2.00    **FINAL EDITION**    NJ.COM    MAY 1, 2011



## SUMMER AT THE CINEPLEX
Stephen Whitty offers a tipsheet on what movies to see. In Arts + Escapes

## What really happened in six-hour ordeal at Holland Tunnel

One eyewitness, trapped for half of it, recalls four gunshots, slow-speed chase

**By Bob Considine and Stephen Stirling**
STAR-LEDGER STAFF

The traffic was typical for a Friday night rush hour into New York City.

But Jay Hochberg soon found his heart racing faster than he could ever imagine. Because if this is more than a bluff, we are entering the Holland Tunnel.

"I heard four gunshots," Hochberg said. "The shooting was probably hundreds of feet behind me. But the acoustics being what they are in a tunnel, the shots sounded like they came from right behind me. Naturally, this got my attention."

The rearview mirror quickly became Hochberg's window to a surreal, underground world. He could see a white Jeep recklessly weaving through the crawling cars, eventually passing his Toyota. Then he saw the driver and passenger of the rogue vehicle sprint toward Manhattan on foot. Seconds later, he saw five Port Authority police officers chasing the men.

Ultimately, they would apprehend the driver, Jahaad Sanders, 19, and passenger, Lorenzo Dease, 24, both of Brooklyn, inside the tube, without any more shots being fired, authorities said. Both men were charged with multiple crimes yesterday.

But while the incident played out over just a few bizarre minutes, its impact was great. The Holland Tunnel closed for nearly six hours, snarling traffic inside the underwater crossing and stranding countless travelers in and around Hudson County.

According to Port Authority spokesman Steve Coleman, two police officers attempted to stop the 1994 Jeep Cherokee at about 6 p.m. after it made an illegal lane change beyond the toll plaza on the Jersey City side. At one point, Coleman said, one officer "felt threatened" as the driver allegedly attempted to use his car as a weapon. The vehicle dragged one officer about 15 feet as it made for the tunnel.

Police fired four shots, with one bullet striking Sanders in the forearm. Photographs provided by Hochberg show the back window of the Jeep was shot through.

Hochberg, a former Hackensack resident and current New Yorker, was
SEE **HOLLAND**, PAGE 7

---



**Tom Moran**
nj.com/moran

## Christie courting wrong side of history

What if Richard Nixon had refused to give up the Watergate tapes when the U.S. Supreme Court demanded them?

What if Al Gore had rejected the decision granting the presidency to George W. Bush, and instead called on his followers to storm the White House?

It's hard to imagine because it is an article of faith in America that the courts have the final word. Judges are the referees of democracy. Without them, we face chaos, raw power struggles and the loss of basic constitutional rights.

That's what we're taught as kids, and that's what America is preaching in places like Afghanistan and Iraq, where democracies are under construction.

But in New Jersey, not so much.

Gov. Chris Christie is threatening to defy the state Supreme Court if it requires him to spend more money on public schools.

"Be paying attention," he says, "because this is going to be a very important moment in the history of our state."

Important is one word to describe it. Appalling is another. Because if this is more than a bluff, we are entering a strange new zone. This is a power grab like no other in New Jersey history.

"It's a big deal," says professor Robert Williams of Rutgers School of Law in Camden. "It would really be a constitutional crisis. What the governor is suggesting is to defy the basic structure of our government. It's pretty extraordinary."

You have to wonder how far this governor would go. Once he crosses this line, would he also defy rulings on housing, or the environment, or
SEE **MORAN**, PAGE 7

---

| PEOPLE MAKING MORE THAN THE GOVERNOR | LOWEST FULL-TIME SALARY | HIGHEST FULL-TIME SALARY | GOV. CHRIS CHRISTIE'S SALARY |
|---|---|---|---|
| 273 | $24,960.16 | $216,924.00 | $175,000 |



Marlene Witter of Newark has dinner with her children, from left, Ronald, 19, Arrionah, 10 months, and Aminah, 11, along with family friend Latasha Davis. Witter is one of 17,775 full-time state employees making less than $45,000 a year.
TIM FARRELL/THE STAR-LEDGER

# THE BOTTOM LINE ON STATE PAY
### Analysis: Some public workers well-paid, some well below middle class

**By Ginger Gibson**
STATEHOUSE BUREAU

With her family seated around a small kitchen table in her Newark apartment, Marlene Witter scoops chunks of salmon baked with cabbage and carrots out of a plastic bowl she uses as a serving dish for the dinner she whipped up for her four children after getting home from work.

As everyone — including the youngest, 10-month-old Arrionah — holds hands, Aminah, 11, says the prayer: "Thank you God for the food you have gave and the clothes on our backs. Amen."

Witter, 39, a single mother, works as a nurse's assistant at Greystone Park Psychiatric Hospital. In addition to paying for day care and rent, she's helping her son Ronald, 19, attend culinary school, and daughter Felicia, 21, pursue a nursing degree.

A full-time state worker, Witter does it on a $43,578.41 a year salary. She is one of 17,775 full-time state employees making less than $45,000 a year, according to a Star-Ledger analysis of the 2010 state payroll.

"I would love for (Gov. Chris Christie) to live off that salary," said Witter. "The working families are the ones who are losing."

Christie has made state employee pay and benefits one of Trenton's hottest topics as the contracts for 50,000 unionized workers are set to expire in June. Saying the state can't afford the cost anymore, the governor wants state employees to kick in more for their health insurance and pensions and says those in contract talks shouldn't get any pay hikes. He sometimes calls their unions greedy.

But while politicians debating the issue use broad strokes and general terms in describing the state worker, The Star-Ledger analysis reveals a diverse work force that includes a wide range of jobs, levels of education — and compensation.

The analysis shows the median state worker salary — the point where half make more and half make less — was $62,267 last year for the 83,542 union and non-union employees in the three branches of state government.

On its face, that would mean a "typical" state worker is paid less in New Jersey than the median salary for a municipal police officer, who makes $90,672, but more than the median salary for a teacher, who makes
SEE **SALARY**, PAGE 12

### GARDEN STATE PAY SCALE BY THE NUMBERS
The state's payroll is varied and includes employees ranging from cafeteria workers and doctors.

| | |
|---|---|
| Median salary for state workers | $62,267.55 |
| Median CWA member | $63,363.01 |
| Non-union employee median | $99,154.01 |
| Cabinet member | $141,000 |

| | |
|---|---|
| Number of people on the payroll with an annual salary in 2010 | 83,542 |
| Number of people making less than $50,000 | 25,302 |
| Number of people making more than $100,000 | 6,026 |

Sources: 2010 N.J. Treasury payroll data, U.S. Department of Labor, U.S. Census Bureau
THE STAR-LEDGER

---



TODAY: Mostly sunny, with a high near 66°.
TONIGHT: Mostly cloudy, with a low around 47°.
MORE: Enter your ZIP code at nj.com/weather for hour-by-hour local forecasts.

News, Sec. One
2 Lottery
17 Obituaries
2 Weather
23 Counties
15 New Jersey

Business, Sec. 3
2 Business N.J.
4 Market Watch
5 Your Money

Arts + Escapes, Sec. 4
2 Flash
5 TV
6 Museums
7 Fashion
8 Sudoku
9 Crossword
8 Advice
9 Horoscopes
10 Travel









**Sandals GRANDE ANTIGUA**
SAVE UP TO 65%*
NON-STOP JET SERVICE TO ANTIGUA
Sandals Grande Antigua has been voted the World's Most Romantic Resort. Set on the most beautiful beach, the spectacular gardens of the Caribbean Grove and the sophisticated all-suite Mediterranean Village unfold with every land and water sport, and 10 exceptional restaurants. It truly is the best of both worlds.
Call 1-800-SANDALS • sandals.com
**More Quality Inclusions Than Any Other Resorts On The Planet**


CARDELS 800-783-0399
GOVERNMENT EXHIBIT 289

SUNDAY, MAY 1, 2011         THE STAR-LEDGER CLASSIFIED or call 1-800-501-2100 to place your ad.         SECTION TEN   PAGE 7

## JOBS

| JOB | JOB LOCATION | WEB ID |
|---|---|---|

**Solution Architect** — Florham Park, NJ
Accenture LLP seeks a Solution Architect in Florham Park, NJ to work with the customer & end-users to define application & technical req's, ensuring that the technical direction is consistent with the client's long-term strategy. Lead application & technical architecture analysis, design, & implementation, & ensure that the product fulfills the req's. Work with the support unit to determine how the application is supported in production, including back-ups, disaster recovery, system performance, & project mgmt. Perform LAN & WAN load analysis & sizing/capacity planning. Position requires a Bachelor's degree, or its foreign equiv., in Info. Tech., Comp. Sci., Mgmt Info. Sys., Comp. Eng'g, or a closely rel'd technical or comp.-related field plus 5 years of progressively-responsible, post-baccalaureate experience in the job offered or in a closely-related technology/solution architecting position. Applicant must also have professional exp.: Providing technical leadership on client engagements, including serving as a resource to the project team & the client by evaluating & proposing technical alternatives for resolving business & technology issues; defining a complete technical infrastructure environment; mapping customer req's to technology capability & identify gaps & omissions in the end-to-end solution; documenting & communicating the status of progress against plans, taking corrective action as necessary; & reviewing project deliverables for completeness, quality, & compliance with established project standards. Apply on line at: www.accenture.com [Select Careers; United States; Florham Park, NJ; Job # 00120965]

**COMPUTER** — Iselin — 76921
Computer :Vedicsoft Solutions Inc. has openings for Software Engineers in Iselin, NJ and other unanticipated locations nationwide. Duties: Design, develop, create, modify, customize, test, and validate software applications using Visio, COBOL, CICS, JCL, REXX, VSAM, DB2, IMS DB, TSO/ISPF, File-Aid, CA-7, Endevor, Quality Center, and Expeditor. Req: Master's degree or equivalent in Computer Science or Computer Applications with at least two (2) years of experience in the field. Any suitable combination of education, training, or experience is acceptable. Mail resume with proof of work eligibility to: HR-Vedicsoft Solutions Inc., 100 Wood Avenue S., #200, Iselin, NJ 08830.

**COMPUTER** — Hoboken — 76840
Computer and Information Scientist, Research, Hoboken, NJ Invent, design, implmnt comp algorithms; analyze comp hw & sw pblms by conducting tech & logical analyses; apply theoret expertise & innovation to create new techn; dvlp math models for computation & implmntation of comp models & programs; dvlp hi perform & hi availabil scalable apps; dvlp s/w for transport industry; dvlp apps w/Google Maps API Premier w/advanced geocoding capabil; use JavaScript techn AJAX, JSON, YUI Libr; merge code from diff dvlpt branches using CVS/SVN; object oriented programming w/MVC framework architecture; use document-oriented databases, C, C++, CVS, SVN, SQL, JMS. BS + 5 yr exp in job offrd. Fax resume to HR Mgr Rhxo Tech Group 201-706-7716.

**COMPUTER** — Princeton
COMPUTER PROGRAMMER (MULT. POSITIONS) WANTED BY (NJ) S/W CO. TO DESIGN, DEVELOP AND VALIDATE ERP APPS FOR S/W CO. IN SAP, DOCUMENTUM, VB, SQL SERVER AND ORACLE. MUST HAVE M.S. OR EQUIV. IN COMP. SCI., OR RELATED DISC. W/STRONG RDBMS SKILLS. REPLY W/ RESUME TO: HR (JOB ID #2115), Validation Transcription Services, Inc., 12 Roszel Rd, Suite A202, Princeton, NJ 08540

**COMPUTER** — Iselin — 73006
Datastage Analysts in Iselin, NJ area. Design, dev, document & test s/w code according to biz reqts & integrate/support app s/w using tools such as Datastage, Quality stage, Quality Center, Unix, Linux, SQL, DB2 Visualizer. Modify exist s/w to correct errors, adapt it to new h/w or upgrade interfaces & improve perform. Min reqs: MS/equiv in Comp Engg, Elec Engg, or rel. Travel/reloc as reqd. Send res. to: Vedicsoft Solutions, Inc. 100 Wood Avenue South, Ste. 200, Iselin, NJ 08830.

**COMPUTER** — Iselin — 73016
Polaris Software Lab (India) Ltd is seeking candidates for following positions: 1. SALES ENGR: Mstr or equiv(any field) + 1 yr OR Bach + 5 yrs prog exp in dsgn, devlpmt & implement BFSI appl'ns (Ref # 788) 2. SR. CONSULTANT: Mstr or equiv in CS/CompApp/CIS/ Engg(any field) + 1yr exp OR Bach + 5 yrs prog exp in Appl'ns Devlpmnt. (Ref # 789) 3. SR. CONSULTANT: Mstr or equiv in CS/CompApp/CIS/ Engg(any field) + 1yr exp OR Bach + 5 yrs prog exp in Appl'ns Devlpmnt. (Ref # 790) 4. SYS ANALYST: Mstr or equiv in CS/CIS/CompApp /Engg(any field) +1 yr exp or Bach +5 yrs prog exp in Securities/ Custodial Market domain. (Ref # 791) 5. SYS ANALYST: Mstr or equiv in CS/IS/BusAdmin /Engg +1 yr exp or Bach +5 yrs prog exp in SW Devlpmnt. (Ref # 792) Travel req'd for all positions. Send Resume: HR Dept, refer to Job #---, Polaris Software Lab, (India) Ltd. at 517 Route 1 South, Woodbridge Place, Ste. 2103, Iselin, NJ 08830

**COMPUTER** — Plainsboro
PROGRAMMER ANALYSTS JAVA II Plainsboro, NJ area. Analyze, design, devel. & utilize s/w sys. Supervise prog. analysts. Analyze communications, informational & programming reqs. Design, program, & implement s/w apps. & packages. Debug, troubleshoot, modify & repair s/w progs. to ensure tech. accuracy & reliability. Provide tech. support. Integrate test unit & sys. Work w/ Java, J2EE, STRUTS, Oracle11g, Oracle ADF, RAD 7.1, Hibernate, JPA, CVS, WebSphere 6.1, Weblogic 10.3, Test Directory, EJB, JSP, SERVLETS, MQ & Spring. Travel/reloc as req. Send res. to Auro Pro Systems, Inc., 666 Plainsboro Road, Suite 210, Plainsboro, NJ 08536.

**COMPUTER** — Iselin — 77346
Sr. Programmer Analyst I positions in Iselin, NJ area. Oversee bus. & technical goals in consultation w/ client & top mgmnt. Supervise planning, analysis, design & implementation of software solutions for challenging problems. Supervise Programmers, Analysts, Technical Writers & QA Analysts. Travel required/relocation may be required. Send res. to: Prutech Solutions, Inc., Attn: Waldia Jean, 555 US Highway 1 South, Suite 230, Iselin, NJ 08830

**COMPUTER** — Monroe Township — 76142
Sr. Software Engineer-Participate in multiple phases of project life cycle development including requirement, gathering, soft. design, development & testing using: Java, J2EE, EJB, JMS, JDBC, XML, Websphere, CVS, RAD, Log4j, Rational Rose, WebServices, SonicMQ, DB2, Oracle, TOAD, UNIX & Req. supervision of team members. Job locations in Monroe Township, NJ & other unanticipated client sites throughout the US. Mail resume to: Facile Soft Solutions, Inc. 1 Rossmoor Drive , Suite 106 E, Monroe Township, NJ 08831. Attn.HR-01.

**COMPUTER** — Middletown
A Cranford, NJ-based IT firms seeks applicants for assignment in Middletown, NJ: JAVA DEVELOPER w/ exp. in J2EE, TOMCAT, Spring, Hibernate, Web Services, UNIX, & ORACLE DB. MS in any computer related major plus relevant work exp. NETWORK SYSTEMS ADMINISTRATOR w/ exp. in NetApp Filer, Red Hat Enterprise Linux, Dell Intel based servers, HP Blades, Sun StorageTek, Foundry Network, VizGEMS monitoring systems & CISCO. BS in any computer related major plus 2 yr exp. in job offered. And for its Cranford office, SR. SHAREPOINT DEVELOPER/ANALYST w/ exp. in .NET technologies, C#, XML, ASP, VB 6.0, IIS, COM, ADO, & TSQL. BS+5 yr exp. in job offered. Mail resumes w/ salary requirements to HRD, Paragon Solutions, Inc. 25 Commerce Drive, Suite 100, Cranford, NJ 07016

**COMPUTER** — Cranford
Bank of America N.A. has an opportunity for a VP, Database Admin., Capital Mkts Administer, maintain, dev. & implement policies & procedures for ensuring the security & integrity of high availability cluster SQL Server Databases. Reqts: Bach's or for. equiv. in CS, Engg (any), Bus. Admin. or rel. + 5 yrs. of exp. in the job offered or as SQL Server Database Admin., Sys. Database Anly, Sys. Spec., Software Support Eng./SQL Server Database Admin. or rel. Must have exp. w/ installation, configuration & supporting high availability cluster SQL Server; designing backups, restore & disaster recovery solutions; database tuning, monitoring, log shipping, mirroring & replication of databases; supporting all aspects of database implementation throughout life cycle; Storage environments for databases on RAID1/RAID5/ RAID10 under SAN environment; Extract Load & transformation tools incl. Microsoft SSIS, SSRS & SSAS. Job site: Cranford, NJ. Applicants reference #8A8P5T & submit resume to Bank of America N.A. 1500 Merrill Lynch Drive (01) Box HRSC-01, Pennington, NJ 08534-4121. No phone calls. EOE.

**COMPUTER** — East Brunswick — 75309
Multiple openings available for following positions in East Brunswick, NJ, and unanticipated client locations throughout the U.S.: Software Engineers - Gather and analyze user requirements, design and develop new software, modify and test software applications. Evaluate existing and/or emerging software.Provide ongoing support for system modification, maintenance, optimization, and prepare documentation. Programmer Analysts - Assist in gathering data from clients and prepare software requirements and specifications. Develop/write computer programs. Work from detailed specs, provide design, test, debug and implement software applications. Assist in full life cycle development. Travel and Relocation possible.Please mail resume, salary history and position applied for to: Sunray Informatics, Inc., Attn: HR Dept. 77 Milltown Road, Suite C1, East Brunswick, NJ 08816

**COMPUTER** — Edison
Project Manager, Edison, NJ & other client locations: Manage, develop, direct, & coordinate projects & progress of work, resolve problems, & ensure standards for quality of work are met. Exp in Programming Methodologies, SDLC, ABAP/4, SAP Script, SAP R/3, Oracle, Functional, Technical Implementation, & Configuration of SAP modules such as HR, SD, MM & PP, execute cross-functional super scenarios, & manage disaster recovery process for SAP R/3 Appln. BS in CS, MIS, CIS, or Eng (any) W/5yrs exp. Salary DOE. Mail Resume Kaizen Technologies, 1 Lincoln Hghwy, Ste 10, Edison, NJ 08820 or email careers@kaizentek.com & ref BY1024.

**COMPUTER** — Cranbury
Software Development Engineers (2 openings): Responsible for the complete IT project life cycle development from design & development, to implementation and product deployment using various advanced techs.(Job #1 - code# SDE01): Java, SQL, Load Runner, Test Director, Quality Center, Quick Test Professional, Oracle, DB2, SAP, UNIX, UNIX-Jobtrac, Mainframe, COBOL, CICS, Autosys, Visual Basic Scripting & req. supervision of team members. (Job#2-code# SDE02): SAP R/3, BI, BW, ECC, ABAP, Business Objects, PL/SQL, SQL, BEX, Star Schema, Oracle, VB, MS Access & req. supervision of team members. For both openings, Job locations in Cranbury, NJ & other unanticipated client sites throughout the US. Specify Job # and code # SDE__ & mail resume to: Palayekar Companies Inc d/b/a Palnar, 101 Interchange Plaza, Suite#105, Cranbury, NJ 08512. Attn. HR01.

**COMPUTER & SERVER REPAIR SPECI** — Edison — 76796
Seeking person with knowledge of installing and operating Linux with ability to diagnose and repair computer/server, H/W and network. Min 1 yr exp. req. Resume: usajobs@elitecore.com

**COMPUTER SCIENCE** — Piscataway — 76765
BUSINESS ANALYST, IT: QualCare Inc., a successful managed care organization, is currently seeking a Business Analyst to join our IT Team. This position is responsible for documenting and designing all business processes and workflows and making appropriate recommendations that will positively impact Operations. The Business Analyst will examine metrics across the organization to track trends and will troubleshoot and resolve all calls received via the Help Desk regarding claims processing software. Responsibilities also include building effective and efficient workflows in the claims processing systems; analyzing and evaluating business systems user needs and current business processes/workflows as well as reporting needs across the Operations department. Requirements for this role include a Bachelor's Degree in Business Administration, Computer Science or related field; advanced proficiency in MS Word, Excel, and Visio; effective project management and communication skills, and the ability to analyze and document complex business processes. We offer a competitive wage and benefit package. Please apply online at: www.qualcareinc.com/jobs, or mail/fax your resume, which MUST include salary history/requirements to: QualCare, Inc., 30 Knightsbridge Road, Piscataway, NJ 08854, Attn: HR. Fax: 732-562-7780. Equal Opportunity Employer, M/F/D/V. 'Best Places to Work in NJ 2006, 2007, 2008, 2009, & 2010'

**COMPUTER SYSTEMS ARCHITECT.** — Edison
Oracle Financial Services Software, Inc. currently has an opening in our Edison, New Jersey location for Computer Systems Architect. Travel to various unanticipated locations in the U.S. may be required. Analyze requirements and design, develop, test, and implement computer software applications for clients within the banking/financial industry utilizing Java/ J2EE, JSP, XML Beans, Struts, Servlets, EJB, Perl, Sybase, MQ API, and IBM MQ Series. Mail resume to: Attn: Job Code 6181.283, Oracle Financial Services Software, Inc., 399 Thornall Street, 6th Floor, Edison, New Jersey 08837

**COMPUTER/IT** — Secaucus
Applications Analyst - Senior for Scholastic Book Fairs, Inc. in Secaucus, NJ. Must have a bachelor's degree, foreign equivalent or bachelor's equivalent based on a combination of education/experience, in Computer Science, Electronics Engineering or Electronics and Communications Engineering. Plus two years related work experience. Must have two years experience in software design & development. Please send cover letter and resume to: Jennifer Ramirez, 1080 Greenwood Blvd., Lake Mary, FL, 32746.

**COMPUTER/IT** — Flemington — 74754
Project Leads in Flemington, NJ area. Develop, test & maintain integrity & reliability of Java, J2EE and .NET based apps, on-site coord., bug fixing, unit testing, performance monitoring & tuning. Work w/ Java, J2EE, JSP, Servlets, Oracle, Struts, Spring, SQL Server, Websphere, etc. Travel/reloc. as reqd. Send resume to: Miracle Software, Inc., 4 Walter E. Foran Blvd., Suite 206, Flemington, NJ 08822.

**COMPUTER/IT** — Fairlawn — 77151
Senior IT Systems Engineer Wanted for Specialty tooling company in Fair Lawn, NJ. Will develop, plan and design the full life cycle of proprietary software products and data center using skills such as C#, C, C++ VB 6.0 , COM, DCOM, Java, SQL, SSIS, DTS, ITIL etc. Require BS in Comp. Science, Info. Tech. or related field plus 2+ years of related exp or 4 years of practical experience as a IT Manager, Systems Manager or Consultant. Mail resumes to Sandvik, Inc., Mr. John Casciano, VP HR, 1702 Nevins Rd., Fairlawn, NJ 07410

**COMPUTERS** — Parsippany — 76540
Acxiom Corp. - Parsippany, NJ Database Administrator (2) Job code #26022, #26395 Apply online w/ job code above www.acxiom.com EOE/AA

**COMPUTERS** — Jersey City — 75098
AVP/Systems Specialist II sought by The Bank of Tokyo-Mitsubishi UFJ, Ltd. in Jersey City, NJ to maintain Storage Area Network envrmt for open systems, mainframe, Sun & AS/400 systems. Advise & lead on SAN projects, SAN storage migration & SAN switch migration. Set-up & maintain Backup & Recovery infrastructure & Virtual Tape Library envrmt. Provide SAN support for disaster recovery planning & testing. Req Bachelor's in IT, Comp Sci, MIS, Engg, Comp Engg, or Electronics Engg or foreign equiv deg + 5 yrs rltd exp in Storage Area Networks, switch envrmts & replication s/ware, TSM backup & Restore using VTL. Fax resume to HR (201) 413-8790. EOE.

**COMPUTERS** — Roseland
Computers Technologies Consultant (Roseland, NJ) - maintain responsiblity for leading the CRM team. Develop, Customize maintain and manage quality information system. Estimate and plan testing projects. M-F, 9-5:30 PM, salary commensurate with experience. Required bachelors in Computer Science or Electronics & Communication Engineering or Computer Engineering with 5 years or Masters with 1 year work experience as Test Manager, Graduate Engineer, Software Engineer or Programmer Analyst, any suitable combination of education, training or work experience is acceptable. Resumes referencing KC -138 to ADP HR by fax 212-591-6623 or HiringInfo@aol.com. EOE