# Exhibit F

SURYA TELUGU

$ 2,910

— INT:

— PROF:

NET: 1

GOVERNMENT EXHIBIT 423

# FLOWERSON HOLDINGS, INC.

PMB# H248, 2nd Floor
244 Fifth Avenue
New York, NY 10001

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/10 | 828-ADP |

**BILL TO**

Automatic Data Processing, Inc.
Elizabeth Sielewonczuk
1 ADP Blvd, Roseland NJ 07068
AVID NUMBER V459521
Re: YELUBOLU, Surya S.

| DESCRIPTION | AMOUNT |
|---|---:|
| Advertising in The Sunday Edition of The Star Ledger in November 2010 | 820.00 |
| Advertising in The Sunday Edition of The Star Ledger in December 2010 | 820.00 |
| Advertising in The Computer World Magazine - PERM Professional Position Recruitment Requirement | 1,020.00 |
| Internet Advertising for 30 Days | 0.00 |
| Resumes Acceptance Service for PERM Recruitment Report | 250.00 |

Please pay to FLOWERSON HOLDINGS - PMB# h248, 244 Fifth Avenue, 2nd Floor, New York, NY 10001

**Total** $2,910.00

# GLOBAL MEDIA NY, INC.

PHONE NUMBER: (631) 584-0000

FACSIMILE NUMBER: (631) 584-0044

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| **CLASSIFIED ADVERTISING** | Ms. Kathy |
| COMPANY: | DATE: |
| **STAR LEDGER** | 04/20/2011 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| (973) 392-4129 | 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| (1-800) 501-2100 | E-mail: Newimmigrant@aol.com |
| RE: | YOUR REFERENCE NUMBER: |
| **CLASSIFIED AD – COMPUTERS** | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Sir or Madam:

Enclosed please find the draft ads which I would like to be run in
The Star Ledger under "Computers" on **Sunday, April 24, 2011.**

Please let me know the price of the ads (billing details) and the availability and if there **is any discount** for running the same ad for **two consecutive Sundays (on April 30, 2011 ).**

Please let me know if you require anything else. Thank you for your kind attention to this matter.

Sincerely,

Kathy

6 LT. JOHN OLSEN LANE
SAINT JAMES, NY 11780, USA

From: New Immigrant <newimmigrant@aol.com>
To: SWILCHER@STARLEDGER.COM
Subject: Re: PROOF & PRICE
Date: Wed, Apr 20, 2011 1:28 pm

This is great, thank you, just please make sure that you advertise the second Sunday, please don't miss it, we are going to have more ads soon. Can we call you with the Credit Card tomorrow?

Sincerely,

Marijan for Kathy
Global Media NY, Inc.
(New York)

*[handwritten: CALL BEFORE 11 AM WITH CARD]*

-----Original Message-----
From: WILCHER, SERGIO <SWILCHER@STARLEDGER.COM>
To: newimmigrant@aol.com
Sent: Wed, Apr 20, 2011 10:43 am
Subject: PROOF & PRICE

664.25 for 2 Sunday's ...You are receiving a discount because you are using your Bronze pkg. This will be the 4th ad
Computers Technologies Consultant (Roseland, NJ) - maintain responsiblity for leading the CRM team. Develop, Customize maintain and manage quality information system. Estimate and plan testing projects. M-F, 9-5:30 PM, salary commensurate with experience. Required bachelors in Computer Science or Electronics & Communication Engineering or Computer Engineering with 5 years or Masters with 1 year work experience as Test Manager, Graduate Engineer, Software Engineer or Programmer Analyst, any suitable combination of education, training or work experience is acceptable. Resumes referencing KC-138 to ADP HR by fax to 212-591-6623 or HiringInfo@aol.com., EOE

Sergio L. Wilcher
Recruitment Advertising Executive
The Star - Ledger
Phone  973-392-5818
Fax    973-392-4129
E-Mail swilcher@starledger.com

CONFIDENTIALITY NOTICE: This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, please notify the sender immediately by return e-mail, purge it and do not disseminate or copy it.

*[handwritten signature and $664.25]*

## JOBS

### Solution Architect — Florham Park, NJ

Accenture LLP seeks a Solution Architect in Florham Park, NJ to work with the customer & end-users to define application & technical req's, ensuring that the technical direction is consistent with the client's long-term strategy. Lead application & technical architecture analysis, design, & implementation, & ensure that the product fulfills the req's. Work with the support unit to determine how the application is supported in production, including back-ups, disaster recovery, system performance, & project mgmt. Perform LAN & WAN load analysis & sizing/capacity planning. Position requires a Bachelor's degree, or its foreign equiv., in Info. Tech., Comp. Sci., Mgmt Info. Sys., Comp. Eng'g, or a closely rel'd technical or comp.-related field plus 5 years of progressively-responsible, post-baccalaureate experience in the job offered or in a closely-related technology/solution architecting position. Applicant must also have professional exp.: Providing technical leadership on client engagements, including serving as a resource to the project team & the client by evaluating & proposing technical alternatives for resolving business & technology issues; defining a complete technical infrastructure environment; mapping customer req's to technology capability & identify gaps & omissions in the end-to-end solution; documenting & communicating the status of progress against plans, taking corrective action as necessary; & reviewing project deliverables for completeness, quality, & compliance with established project standards. Apply on line at: www.accenture.com [Select Careers; United States; Florham Park, NJ; Job # 00120965]

### COMPUTER — Iselin — 76921

Computer: Vedicsoft Solutions Inc. has openings for Software Engineers in Iselin, NJ and other unanticipated locations nationwide. Duties: Design, develop, create, modify, customize, test, and validate software applications using Visio, COBOL, CICS, JCL, REXX, VSAM, DB2, IMS DB, TSO/ISPF, File-Aid, CA-7, Endevor, Quality Center, and Expeditor. Req: Master's degree or equivalent in Computer Science or Computer Applications with at least two (2) years of experience in the field. Any suitable combination of education, training, or experience is acceptable. Mail resume with proof of work eligibility to: HR-Vedicsoft Solutions Inc., 100 Wood Avenue S., #200, Iselin, NJ 08830.

### COMPUTER — Hoboken — 76840

Computer and Information Scientist, Research, Hoboken, NJ. Invent, design, implmnt comp algorithms; analyze comp hw & sw pblms by conducting tech & logical analyses; apply theoret expertise & innovation to create new techn; dvlp math models for computation & implmntation of comp models & programs; dvlp hi perform & hi availabil scalable apps; dvlp s/w for transport industry; dvlp apps w/Google Maps API Premier w/advanced geocoding capabil; use JavaScript techn AJAX, JSON, YUI Libr; merge code from diff dvlpt branches using CVS/SVN; object oriented programming w/MVC framework architecture; use document-oriented databases, C, C++, CVS, SVN, SQL, JMS. BS + 5 yr exp in job offrd. Fax resume to HR Mgr Rhxo Tech Group 201-706-7715.

### COMPUTER — Princeton

COMPUTER PROGRAMMER (MULT. POSITIONS) WANTED BY (NJ) S/W CO. TO DESIGN, DEVELOP AND VALIDATE ERP APPS FOR S/W CO. IN SAP, DOCUMENTUM, VB, SQL SERVER AND ORACLE. MUST HAVE M.S. OR EQUIV. IN COMP. SCI., OR RELATED DISC. W/STRONG RDBMS SKILLS. REPLY W/ RESUME TO: HR (JOB ID #2115), Validation Transcription Services, Inc., 12 Roszel Rd, Suite A202, Princeton, NJ 08540.

### COMPUTER — Iselin — 73006

Datastage Analysts in Iselin, NJ area. Design, dev, document & test s/w code according to biz reqts & integrate/support app s/w using tools such as Datastage, Quality stage, Quality Center, Unix, Linux, SQL, DB2 Visualizer. Modify exist s/w to correct errors, adapt it to new h/w or upgrade interfaces & improve perform. Min reqs: MS/equiv in Comp Engg, Elec Engg, or rel. Travel/reloc as reqd. Send res. to: Vedicsoft Solutions, Inc. 100 Wood Avenue South, Ste. 200, Iselin, NJ 08830.

### COMPUTER — Iselin — 73016

Polaris Software Lab (India) Ltd is seeking candidates for following positions:
1. SALES ENGR: Mstr or equiv(any field) + 1 yr OR Bach + 5 yrs prog exp in dsgn, devlpmt & implement BFSI appl'ns (Ref # 788)
2. SR. CONSULTANT: Mstr or equiv in CS/CompApp/CIS/ Engg(any field) + 1yr exp OR Bach + 5 yrs prog exp in Appl'ns Devlpmnt. (Ref # 789)
3. SR. CONSULTANT: Mstr or equiv in CS/CompApp/CIS/ Engg(any field) + 1yr exp OR Bach + 5 yrs prog exp in Appl'ns Devlpmnt. (Ref # 790)
4. SYS ANALYST: Mstr or equiv in CS/CIS/CompApp /Engg(any field) +1 yr exp or Bach +5 yrs prog exp in Securities/ Custodial Market domain. (Ref # 791)
5. SYS ANALYST: Mstr or equiv in CS/IS/BusAdmin /Engg +1 yr exp or Bach +5 yrs prog exp in SW Devlpmnt. (Ref # 792) Travel req'd for all positions. Send Resume: HR Dept, refer to Job #---, Polaris Software Lab, (India) Ltd. at 517 Route 1 South, Woodbridge Place, Ste. 2103, Iselin, NJ 08830

### COMPUTER — Plainsboro

PROGRAMMER ANALYSTS JAVA II Plainsboro, NJ area. Analyze, design, devel. & utilize s/w sys. Supervise prog. analysts. Analyze communications, informational & programming reqs. Design, program, & implement s/w apps. & packages. Debug, troubleshoot, modify & repair s/w progs. to ensure tech. accuracy & reliability. Provide tech. support. Integrate test unit & sys. Work w/ Java, J2EE, STRUTS, Oracle11g, Oracle ADF, RAD 7.1, Hibernate, JPA, CVS, WebSphere 6.1, Weblogic 10.3, Test Directory, EJB, JSP, SERVLETS, MQ & Spring. Travel/reloc as req. Send res. to: Auro Pro Systems, Inc., 666 Plainsboro Road, Suite 210, Plainsboro, NJ 08536.

### COMPUTER — Iselin — 77346

Sr. Programmer Analyst I positions in Iselin, NJ area. Oversee bus. & technical goals in consultation w/ client & top mgmnt. Supervise planning, analysis, design & implementation of software solutions for challenging problems. Supervise Programmers, Analysts, Technical Writers & QA Analysts. Travel required/relocation may be required. Send res. to: Prutech Solutions, Inc., Attn: Waldia Jean, 555 US Highway 1 South, Suite 230, Iselin, NJ 08830.

### COMPUTER — Monroe Township — 76142

Sr. Software Engineer-Participate in multiple phases of project life cycle development including requirement gathering, soft. design, development & testing using: Java, J2EE, EJB, JMS, JDBC, XML Websphere, CVS, RAD, Log4j, Rational Rose, WebServices, SonicMQ, DB2, Oracle, TOAD, UNIX & Req. supervision of team members. Job locations in Monroe Township, NJ & other unanticipated client sites throughout the US. Mail resume to: Facile Soft Solutions, Inc. 1 Rossmoor Drive, Suite 106 E, Monroe Township, NJ 08831. Attn.HR-01.

### COMPUTER — Middletown

A Cranford, NJ-based IT firms seeks applicants for assignment in Middletown, NJ: JAVA DEVELOPER w/ exp. in J2EE, TOMCAT, Spring, Hibernate, Web Services, UNIX, & ORACLE DB. MS in any computer related major plus relevant work exp. NETWORK SYSTEMS ADMINISTRATOR w/ exp. in NetApp Filer, Red Hat Enterprise Linux, Dell Intel based servers, HP Blades, Sun StorageTek, Foundry Network, VizGEMS monitoring systems & CISCO. BS in any computer related major plus 2 yr exp. in job offered. And for its Cranford office, SR. SHAREPOINT DEVELOPER/ANALYST w/ exp. in .NET technologies, C#, XML, ASP, VB 6.0, IIS, COM, ADO, & TSQL. BS+5 yr exp. in job offered. Mail resumes w/ salary requirements to HRD, Paragon Solutions, Inc. 25 Commerce Drive, Suite 100, Cranford, NJ 07016

### COMPUTER — Cranford

Bank of America N.A. has an opportunity for a VP, Database Admin., Capital Mkts Administer, maintain, dev. & implement policies & procedures for ensuring the security & integrity of high availability cluster SQL Server Databases. Reqts: Bach's or for. equiv. in CS, Engg (any), Bus. Admin. or rel. + 5 yrs. of exp. in the job offered or as SQL Server Database Admin., Sys. Database Anly, Sys. Spec., Software Support Eng/SQL Server Database Admin. or rel. Must have exp. w/ installation, configuration & supporting high availability cluster SQL Server; designing backups, restore & disaster recovery solutions; database tuning, monitoring, log shipping, mirroring & replication of databases; supporting all aspects of database implementation throughout life cycle; Storage environments for databases on RAID1/RAID5/RAID10 under SAN environment; Extract Load & transformation tools incl. Microsoft SSIS, SSRS & SSAS. Job site: Cranford, NJ. Applicants reference #8A8P5T & submit resume to Bank of America N.A. 1500 Merrill Lynch Drive (01) Box HRSC-01, Pennington, NJ 08534-4121. No phone calls. EOE.

### COMPUTER — East Brunswick — 75309

Multiple openings available for following positions in East Brunswick, NJ, and unanticipated client locations throughout the U.S.: Software Engineers - Gather and analyze user requirements, design and develop new software, modify and test software applications. Evaluate existing and/or emerging software. Provide ongoing support for system modification, maintenance, optimization, and prepare documentation. Programmer Analysts - Assist in gathering data from clients and prepare software requirements and specifications. Develop/write computer programs. Work from detailed specs, provide design, test, debug and implement software applications. Assist in full life cycle development. Travel and Relocation possible. Please mail resume, salary history and position applied for to: Sunray Informatics, Inc., Attn: HR Dept. 77 Milltown Road, Suite C1, East Brunswick, NJ 08816

### COMPUTER — Edison

Project Manager, Edison, NJ & other client locations: Manage, develop, direct, & coordinate projects & progress of work, resolve problems, & ensure standards for quality of work are met. Exp in Programming Methodologies, SDLC, ABAP/4, SAP Script, SAP R/3, Oracle, Functional, Technical Implementation, & Configuration of SAP modules such as HR, SD, MM & PP, execute cross-functional power scenarios, & manage disaster recovery process for SAP R/3 Appln. BS in CS, MIS, CIS, or Eng (any) W/5yrs exp. Salary DOE. Mail Kaizen Technologies, 1 Lincoln Hghw, Ste 10, Edison, NJ 08820 or email careers@kaizentek.com & ref BY1024.

### COMPUTER — Cranbury

Software Development Engineers (2 openings): Responsible for the complete IT project life cycle development from design & development, to implementation and product deployment using various advanced techs.(Job #1 - code # SDE01): Java, SQL, Load Runner, Test Director, Quality Center, Quick Test Professional, Oracle, DB2, SAP, UNIX, UNIX-Jobtrac, Mainframe, COBOL, CICS, Autosys, Visual Basic Scripting & req. supervision of team members. (Job#2-code# SDE02): SAP R/3, BI, BW, ECC, ABAP, Business Objects, PL/SQL, SQL, BEX, Star Schema, Oracle, VB, MS Access & req. supervision of team members. For both openings, Job locations in Cranbury, NJ & other unanticipated client sites throughout the U.S. Specify Job # and code # SDE__ & mail resume to: Palayekar Companies Inc d/b/a Palnar, 101 Interchange Plaza, Suite#105, Cranbury, NJ 08512. Attn. HR01.

### COMPUTER & SERVER REPAIR SPECI — Edison — 76796

Seeking person with knowledge of installing and operating Linux with ability to diagnose and repair computer/server, H/W and network. Min 1 yr exp. req. Resume: usajobs@elitecore.com

### COMPUTER SCIENCE — Piscataway — 76765

BUSINESS ANALYST, IT: QualCare Inc., a successful managed care organization, is currently seeking a Business Analyst to join our IT Team. This position is responsible for documenting and designing all business processes and workflows and making appropriate recommendations that will positively impact Operations. The Business Analyst will examine metrics across the organization to track trends and will troubleshoot and resolve all calls received via the Help Desk regarding claims processing software. Responsibilities also include building effective and efficient workflows in the claims processing systems; analyzing and evaluating business systems user needs and current business processes/workflows as well as reporting needs across the Operations department. Requirements for this role include a Bachelor's Degree in Business Administration, Computer Science or related field; advanced proficiency in MS Word, Excel, and Visio; effective project management and communication skills, and the ability to analyze and document complex business processes. We offer a competitive wage and benefit package. Please apply online at: www.qualcareinc.com/jobs, or mail/fax your resume, which MUST include salary history/requirements to: QualCare, Inc., 30 Knightsbridge Road, Piscataway, NJ 08854, Attn: HR. Fax: 732-562-7780. Equal Opportunity Employer, M/F/D/V. 'Best Places to Work in NJ 2006, 2007, 2008, 2009, & 2010'

### COMPUTER SYSTEMS ARCHITECT. — Edison

Oracle Financial Services Software, Inc. currently has an opening in our Edison, New Jersey location for Computer Systems Architect. Travel to various unanticipated locations in the U.S. may be required. Analyze requirements and design, develop, test, and implement computer software applications for clients within the banking/financial industry utilizing Java/ J2EE, JSP, XML Beans, Struts, Servlets, EJB, Perl, Sybase, MQ API, and IBM MQ Series. Mail resume to: Attn: Job Code 6181.283, Oracle Financial Services Software, Inc., 399 Thornall Street, 6th Floor, Edison, New Jersey 08837

### COMPUTER/IT — Secaucus

Applications Analyst - Senior for Scholastic Book Fairs, Inc. in Secaucus, NJ. Must have a bachelor's degree, foreign equivalent or bachelor's equivalent based on a combination of education/experience, in Computer Science, Electronics Engineering or Electronics and Communications Engineering. Plus two years related work experience. Must have two years experience in software design & development. Please send cover letter and resume to: Jennifer Ramirez, 1080 Greenwood Blvd., Lake Mary, FL, 32746.

### COMPUTER/IT — Flemington — 74754

Project Leads in Flemington, NJ area. Develop, test & maintain integrity & reliability of Java, J2EE and .NET based apps, on-site coord., bug fixing, unit testing, performance monitoring & tuning. Work w/ Java, J2EE, JSP, Servlets, Oracle, Struts, Spring, SQL Server, Websphere, etc. Travel/reloc. as reqd. Send resume to: Miracle Software, Inc., 4 Walter E. Foran Blvd., Suite 206, Flemington, NJ 08822.

### COMPUTER/IT — Fairlawn — 77151

Senior IT Systems Engineer Wanted for Specialty tooling company in Fair Lawn, NJ. Will develop, plan and design the full life cycle of proprietary software products and data center using skills such as C#, C, C++ VB 6.0 , COM, DCOM, Java, SQL, SSIS, DTS, ITIL etc. Require BS in Comp. Science, Info. Tech. or related field plus 2+ years of related exp or 4 years of practical experience as a IT Manager, Systems Manager or Consultant. Mail resumes to Sandvik, Inc., Mr. John Casciano, VP HR, 1702 Nevins Rd., Fairlawn, NJ 07410

### COMPUTERS — Parsippany — 76540

Axciom Corp. - Parsippany, NJ Database Administrator (2) Job code #26022, #26395 Apply online w/ job code above www.acxiom.com EOE/AA

### COMPUTERS — Jersey City — 75098

AVP/Systems Specialist II sought by The Bank of Tokyo-Mitsubishi UFJ, Ltd. in Jersey City, NJ to maintain Storage Area Network envrmt for open systems, mainframe, Sun & AS/400 systems. Advise & lead on SAN projects, SAN storage migration & SAN switch migration. Set-up & maintain Backup & Recovery infrastructure & Virtual Tape Library envrmt. Provide SAN support for disaster recovery planning & testing. Req Bachelor's in IT, Comp Sci, MIS, Engg, Comp Engg, or Electronics Engg or foreign equiv deg + 5 yrs rltd exp in Storage Area Networks, switch envrmts & replication s/ware, TSM backup & Restore using VTL. Fax resume to HR (201) 413-8790. EOE.

### COMPUTERS — Roseland

Computers Technologies Consultant (Roseland, NJ) - maintain responsiblity for leading the CRM team. Develop, Customize maintain and manage quality information system. Estimate and plan testing projects: M-F, 9-5:30 PM, salary commensurate with experience. Required bachelors in Computer Science or Electronics & Communication Engineering or Computer Engineering with 5 years or Masters with 1 year work experience as Test Manager, Graduate Engineer, Software Engineer or Programmer Analyst, any suitable combination of education, training or work experience is acceptable. Resumes referencing KC-138 to ADP HR by fax to 212-591-6623 or HiringInfo@aol.com, EOE