
# Exhibit G

170 MarkView - Invoice #818BR                                      Page 2 of 2

**FLOWERSON HOLDINGS, INC.**
PMB# H248, 2nd Floor
244 Fifth Avenue
New York, NY 10001

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/7/10 | 818-BR |

**BILL TO**
BROADRIDGE FINANCIAL SOLUTIONS INC
Ms. Patricia Sacristan
PO BOX 6500
Jersey City, NJ 07306
RE: Sharadha DEEKONDA



GOVERNMENT EXHIBIT 179

| DESCRIPTION | AMOUNT |
|---|---|
| Advertising in The Sunday Edition of the Star Ledger in October 2010 | 933.00 |
| Advertising in The Sunday Edition of the Star Ledger in November 2010 | 933.00 |
| Advertising in The Computer World Magazine - PERM Green Card Professional Position Recruitment Requirement | 1,010.00 |
| Internet Advertising for 30 Days | 150.00 |
| Resumes Acceptance Service for PERM Recruitment Report | 250.00 |

ENTRY COMPLETED

ROUTE TO ACCTS PAYABLE

ROUTE TO APPROVER

Ragu K.
ICIOS - 5350 - 660 - 00657
9/13: approved

Please pay to FLOWERSON HOLDINGS - PMB#H248, 244 Fifth Avenue, 2nd Floor, New York, NY 10001

**Total** $3,276.00

http://apdocs.broadridge.com:8881/mvasvue/ultralite/Print?sessionid=1129&parentsession...   9/13/2010