# Exhibit I

# Sunday Star-Ledger

**FINAL EDITION** | NJ.COM | DECEMBER 19, 2010

$2.00

Give bad teachers the boot with tenure reform. In Perspective

## In historic vote, Senate approves repeal of 'don't ask'

**By David Lightman**
MCT NEWS SERVICE

WASHINGTON — The Senate voted 65-31 yesterday to end the Pentagon's "don't ask, don't tell" policy on gays and lesbians in the military, as President Obama declared "it is time to close this chapter in our history."

The vote, which sends the bill to Obama for his signature, not only was a historic triumph for gay rights, but it also sets the stage for gays to serve openly in the military for the first time.

It was lauded as "one of those moments in our history when we stepped up and squared our policies with the values this nation was founded on," said Senate Majority Leader Harry Reid (D-Nev.).

Obama left no doubt he will push to implement the new policy.

"By ending 'don't ask, don't tell,' no longer will our nation be denied the service of thousands of patriotic Americans forced to leave the military, despite years of exemplary performance, because they happen to be gay," he said. "And no longer will many thousands more be asked to live a lie in order to serve the country they love."

Obama's signature will not mean instant repeal, but Defense Secretary Robert Gates pledged yesterday to move quickly.

"Once this legislation is signed into law by the president, the Department of Defense will immediately proceed with the planning necessary to carry out this change carefully and methodically, but purposefully," he said after the vote.

Under the legislation, Gates explained, repeal will take effect once the president, the secretary of Defense and the chairman of the Joint Chiefs of Staff certify that implementation of the new policies and regulations written by the department "is consistent with the standards of military readiness, military effectiveness, unit cohesion, and recruiting and retention of the Armed Forces."

The Pentagon has said it could take up to a year to

SEE SENATE, PAGE 2

**MORE INSIDE**
- As Senate Democrats struck down a Republican amendment to the New START treaty, President Obama assured the GOP the treaty would not cripple the country's missile defense. Page 3
- Supporters of the Dream Act fell five votes short of breaking a filibuster, ending its chances for passage this year. Page 3

---

**CENSUS DATA DUE OUT TUESDAY IS EXPECTED TO COST NEW JERSEY ITS THIRD HOUSE SEAT SINCE 1970**

# IN DANGER OF LOSING MORE CLOUT

In a September report, Election Data Services — a firm that specializes in redistricting — projected New Jersey will lose one House seat, along with Illinois, Iowa, Louisiana, Massachusetts, Michigan, Missouri and Pennsylvania. New York and Ohio would each lose two. Texas would gain four, Florida would gain two, while Arizona, Georgia, Nevada, South Carolina, Utah and Washington would each gain one.



FRANK CECALA, THE STAR-LEDGER

Sources: U.S. Census; Nationalatlas.gov; Encyclopedia Britannica

## Cop unions: We'd back steroid tests if given a say

Leaders seek to play part in shaping policy

**By Mark Mueller and Amy Brittain**
STAR-LEDGER STAFF

The presidents of New Jersey's two largest police unions say they would support adding anabolic steroids to the list of drugs for which tens of thousands of officers are randomly tested each year if union officials are given a role in crafting the policy.

The qualified endorsements by Anthony Wieners and Ed Brannigan, who represent more than 49,000 officers between them, could add momentum to calls for expanded testing following a series of Star-Ledger reports last week showing hundreds of law enforcement officers and firefighters obtained steroids and human growth hormone from a doctor who often prescribed them illegally.

In most cases, the officers and firefighters paid for the drugs with their taxpayer-funded health plans, leaving the public with a bill that runs into the millions of dollars, the newspaper found.

"I personally feel that every officer should be tested for substances — steroids, any type of medication," said Wieners, president of the New Jersey State Policemen's Benevolent Association, with some 33,000 members across the state. "We're not trying to run away from the issue."

Brannigan, who represents more than 16,000 officers as president of the state chapter of the Fraternal Order of Police, said that while he doesn't perceive steroid use as a widespread problem in law enforcement, the union could be persuaded to go along with a testing policy.

For both men, the price of support is a seat at the table.

A task force assembled by Attorney General Paula Dow last week is set to embark on a broad examination of steroid use in law enforcement, including the cost to taxpayers, the role of doctors who readily provide the substances and the viability of randomly testing for them, as departments now do for cocaine, marijuana and other illicit drugs.

Any testing policy likely would not include a screen for human growth hormone, which experts say is much more difficult to detect.

Wieners said his union should be permitted to work closely with the committee to ensure officers' rights are protected. On Thursday, he sent a letter to Dow making the same point.

SEE STEROIDS, PAGE 2

**IN OTHER NEWS**

**For the Jets and Giants, now's the time to step up**
The high-stakes games today will tell us just how good the two teams really are, says columnist Steve Politi. In Sports

**Actor Jeff Bridges still relishes a challenge**
Film critic Stephen Whitty talks with the Oscar-winner now starring in "Tron: Legacy" and the remake of "True Grit." In Arts + Escapes

---

## Redistricting almost certain to spark an unusually bitter struggle

**By Matt Friedman**
STATEHOUSE BUREAU

For years, New Jersey residents have been packing up and moving to warmer southern states. One of the state's congressional seats may soon follow.

The U.S. Census Bureau will release state population figures Tuesday that experts predict could cost New Jersey one of its 13 seats in the House of Representatives, which could trigger one of the most contentious congressional redistricting battles in state history.

"If you judge by the overall level of political polarization and interparty hostility, you would certainly predict that," said Rutgers University political science professor Ross K. Baker, who studies Congress.

While New Jersey's population is expected to grow in the 2010 Census figures, population booms in southern and western states are expected to outpace that of the Garden State.

The House of Representatives' membership is set at 435, so even though New Jersey is expected to grow in population, it could still lose a seat to a state that is growing faster.

Having one less seat means one less vote in the House, one less electoral vote in presidential elections, and one less person on committees that help shape legislation. If a member with a lot of political clout loses his seat, it could mean less influence for New Jersey, and the possibility that the state would receive less federal funding.

If New Jersey loses a seat, it would mark the fourth time in state history the congressional delegation has contracted.

New Jersey previously shed congressional representation in 1992, 1982 and 1842. Unlike those redistricting years, however, there is no clear answer as to which of New Jersey's current representatives would be forced to face each other for re-election in 2012 in the 12-district scenario.

"The Democrats will absolutely come up with a plan that puts two Republicans together, and

SEE CENSUS, PAGE 10

---

## Pick for schools czar praises teachers, condemns inequalities

**By Jessica Calefati**
STAR-LEDGER STAFF

They would seem an unlikely pair: Gov. Chris Christie, who has bashed teachers for the past year, and his new education commissioner, Christopher Cerf, who has spent his career supporting them.

But Cerf said his and Christie's goals are the same and he shares the governor's concerns about inequity in public education today.

"New Jersey has one of the best education systems in the country, which can only mean it's being led by a dedicated group of educators," Cerf said yesterday at his Montclair home. "At the same time, there are certain communities in this state where we should all be ashamed of the gap between children who are rich and poor and black and white."

In an exclusive interview with The Star-Ledger, Cerf said he considers teaching a craft for which he has the "highest imaginable respect." It's an opinion he formed in the late 1970s while leading class discussions about the American Revolution and grading papers on women's suffrage as a high school history teacher in Ohio.

"Teachers are some of the most unbelievably hard-working people in the country," Cerf said. "Everyone went to school, so everyone thinks they are an expert, but they don't understand how hard it is to be a good teacher."

Christie will nominate Cerf as the state's next education commissioner at a news conference in Trenton tomorrow, said a person briefed on the

SEE CERF, PAGE 10



JERRY McCREA/THE STAR-LEDGER
Christopher Cerf, at his Montclair home yesterday, is to be nominated by Gov. Chris Christie tomorrow as the next education commissioner.

---

**TODAY** Partly cloudy. High near 37°.
**TONIGHT** Partly cloudy. Low near 21°.
**MORE** Enter your ZIP code at nj.com/weather for hour-by-hour local forecasts.

**News, Sec. One**
2 Lottery
2 Weather
14 Roll call

17 New Jersey
19 Obituaries
25 Counties

**Business, Sec. 3**
2 Business N.J.
4 Market Watch
5 Your Money

**Sunday, Sec. 4**
2 Flash
5 On Stage
5 Movies

6 Museums
7 Style
9 Sudoku



CARDELS 800-783-0399 GOVERNMENT EXHIBIT 274

SUNDAY, DECEMBER 19, 2010    THE STAR-LEDGER CLASSIFIED or call 1-800-501-2100 to place your ad.    SECTION TEN    PAGE 3

## INSTRUCTION & MISC.

**SPECIALTY** — **LOCATION** — **WEB ID**

### INSTRUCTIONS >>

**06909**
In-Demand Skills! - Possess the skills and knowledge to start your new career in Dental Assisting! Central Career School, South Plainfield NJ. 1-800-251-6937.

**ANESTHESIA TECHNOLOGY**    Iselin    **07092**
Anesthesia Technology! Learn to assist the anesthesiologist and nurse anesthetist with the preparation of equipment and supplies. At Sanford-Brown we pride ourselves on quality training. Call now for information! 866-898-8333. Sanford-Brown Institute ISELIN, NJ

**BARTENDING**    **01833**
BARTEND 1-800-532-9222 www.barschool.comAmerican Bartenders School

**DIAGNOSTIC MEDICAL SONOGRAPHY**    Iselin    **07099**
BOY? GIRL? Diagnostic Medical Sonography! You could help track the growth and health of babies! Train for the most exciting moments of your life. Call now for information! 866-898-8333 Or Text NYHEALTH to 78573 Sanford-Brown Institute ISELIN, NJ

**HEALTHCARE**    Newark, Clifton    **04270**
Afraid of NEEDLES??? Still want to be a part of the fast-growing medical field? Insurance & Health Info Technology could be the place for you! You can get into a fast-growing healthcare career working behind the scenes! Start training now! 888-215-0355 Star Career Academy, 550 Broad St. (2nd Floor) Newark, NJ 07102. Branch Location of Star Career Academy of Long Island.

**HEALTHCARE**    Newark, Clifton    **04267**
Three AMAZING career options for you! Cardiology Technician, Surgical Technology, Dialysis Technician. Start training now! 888-215-0355. Star Career Academy, Newark, NJ, 550 Broad St (2nd Floor) Newark, NJ 07102. Branch location of Star Career Academy of Long Island. Other campuses in Clifton & Brick, NJ.

**MEDICAL ASSISTANT**    Newark, Clifton    **04275**
Helping people is just one great thing about a career as a Medical Assistant! Working with Doctors, nurses and patients, Medical Assistants perform vital functions! Start training now! 888-215-0355 Star Career Academy 550 Broad St. (2nd Floor) Newark, NJ 07102. Branch Location of Star Career Academy of Long Island

**SORA**    Essex County    **94599**
Affordable SORA class $90 --- SORA Renewal Class $35 w/ security job referral --- Ezzerra Security Agency Inc. 1-888-350-SORA (7672)

**SORA CLASSES**    **10464**
SORA CLASSES www.njsora.com Become a NJ Certified Security Officer. Best Value. Company provides solid job referrals. Call 201-760-8818 No experience required.

**SURGICAL TECHNOLOGY**    Newark, Clifton    **04279**
Surgical Technology - Work in a surgical setting! Train to be a part of this important, exciting and rewarding Healthcare field. Call now for this information! Star Career Academy, 550 Broad St. (2nd Floor), Newark, NJ 07102 888-215-0355

### FOSTER CARE >>

**14121**
Children Grow Best in Families... Foster Homes needed for Children of all ages; infants, toddlers, medically fragile and school aged children. Compensation provided between $725-$1770/mo. Please call Catholic Charities @ 1-866-247-HOME

### DOMESTIC HELP >>

**HOUSE KEEPING**    **15244**
Reliable Hard Working ,Honest House keeping Nanny w/experience and good references live in or live out please call Dianna 973-477-3589

### ELDER CARE >>

**15309**
Seeking position as Home Health Aide to care for your loved ones. 4 yrs exp. FLive in or out. Friendly and hardworking. Available anytime. Call (973) 422-8375

## JOBS

**JOB** — **JOB LOCATION** — **WEB ID**

Computers- Technology Consultant (Parsippany, NJ) - manage scripting infrastructure by building, deploying and producing maintenance scripts. Coordinate integrated environmental components including Portal, WMB subscriptions, common shared MQ, and network resources. M-F, 9-5:30 PM, salary commensurate with experience. Required: bachelor's degree in Computer Science or Engineering (any) and two years of work experience in the job or two years as a Systems Administrator, Consultant, or Software Architect, any suitable combination of education, training and work experience is OK. Resume referencing KC-75 to ADP HR by e-mail to HiringInfo@aol.com, or fax to 212-591-6623. EOE

**15951**
Full time. Excellent money. Harold's New York Deli, Edison. Ask for Harold 732-661-9100.

See our display ad in today's Education Section. WAYNE TOWNSHIP PUBLIC SCHOOLS.



### INDEPENDENT CONTRACTORS WANTED
for Newspaper delivery routes.
Early morning hours, 7 days per week, reliable vehicle required

**$100 signing bonus***

| TOWN | Avg. Mo. PROFIT | TOWN | Avg. Mo. PROFIT |
|---|---|---|---|
| Edison | $775 | Somerset | $800 |
| Sayreville | $600 | So. Bound Brook | $500 |
| Spotswood | $525 | **Somerset County Call 732-764-3640** | |
| **Middlesex County Call 732-661-4960** | | Elizabeth | $600 |
| | | Union | $700 |
| Kinnelon | $800 | **Union County Call 908-810-5088** | |
| Long Valley | $1,200 | | |
| Netcong/Landing | $800 | | |
| **Morris County Call 973-463-2810** | | | |

The Star-Ledger

26400E    * $100 after 30 days on route

**ACCOUNTANT**    Union
Staff Accountant - A Union, NJ Material Handling Company has an opportunity for a Staff Accountant in our fast paced sales department. Duties include: processing invoices, journal entries and lease agreements with bank. Must have experience using MS Word and Excel. Candidate should be a recent college graduate or have 2-3 years bookkeeping experience. Company offers Medical, Dental, Life and 401(k). Please email your resume to: corporate@raymond-nj.com or fax 908-624-9197. Specify salary requirements. No phone calls please.

**ACCOUNTING**    Piscataway
Director of Accounting sought by Camber for its Piscataway, NJ office to manage fin'l acctg activities; prep MIS reports, annual returns, ad-hoc analysis & manage cash flow; write SQL queries for dvlpg custom reports & use XML publisher & reporting tools like Mgmt Reporter/FRx; ensure GAAP compliance. Associates Deg, 5 yrs exp & CPA cert (any state) reqd. 2 yrs of reqd 5 yrs exp must be in managing Ross ERP applics. Mail resume to HR Mgr, Camber Pharmaceuticals, Inc., 1031 Centennial Ave, Piscataway, NJ 08854.

**ACCOUNTING: TAX PREPARATION**    Newark    **15928**
Newark CPA looking for individual w/accounting & tax prep background for coming tax season. Computer and e-filing a plus. Exp in write-up & payroll taxes also a plus. Email resume to: garrisinc@verizon.net

**ACTING**
ACTING- Casting for a feature film. Movie Extras Needed Immediately. Call 973-686-0100.

**ACTIVITIES COORDINATORS**    Essex, Hunterdon, Mercer, Middlesex Co    **15240**
US Sports Institute, Inc. seeks 20 Activities Coordinators, temporary, 4/1/11 to 11/1/11. Organize & lead sports activities for youth participants, incl explaining principles & techniques of various sports. HS Dip, 1 yr relevant exp & background clearance req'd. Will work in Essex, Hunterdon, Mercer, Middlesex, Monmouth, Morris, Ocean, Salem, Somerset, Sussex, Union & Warren Cntys, NJ. Transportation to fields & facilities will be provided from a central loc. 35 hrs/wk incl days, evenings, & wknds. $16.42/hr. Resume to Andrew Egginton, 12 Maiden Lane, Bound Brook, NJ 08805, aegginton@unitedsocceracademy.com

**ADMINISTRATIVE ASSISTANT**    Annandale, Nj    **15943**
F/T, PACT program. Resp for data entry, filling, database mgmt, routing mail, scheduling appts/ staff schedules, maintaining program's supply inventory and assisting in collection of program data outcome measure systems. Req's strong knwlg of MS Office app's and database software. HS Diploma/ GED req'd, Associate's pref'd, & a min of 3 years secretarial exp req'd. Must have valid driver's lic with no moving violations in the last two years. Send resume to: Human.Resources@Bridgewayinc.com or fax to (908) 355-6668. EOE

## JOBS

**JOB** — **JOB LOCATION** — **WEB ID**

**ADMINISTRATIVE ASSISTANT**    Fairfield    **13973**
General Office Clerk. Consumer Product Testing Company is a contract testing laboratory in Fairfield NJ, and is seeking an individual for a FT entry level position in our general office. This position entails general office procedures, including typing, filing, PDF mngmt, & answering phones. The hrs are Monday - Friday 9:00AM to 5:30PM. Applicants must have good phone skills & have some computer exp. with Microsoft Word & Excel, and be attentive to accuracy & detail. Must be willing to be trained in the adherence to company procedures, regulations, & protocol specifications This position entails a fair amount of repetitive movements w/keyboard and mouse. Please send resume to: Human Resources POS #GOF100 Consumer Product Testing Company, Inc. 70 New Dutch Lane Fairfield, NJ 07004 Fax: 973-244-7506.

**ANALYTICAL STRATEGIST**    Somerset    **13883**
Analytical Strategist w/Bachelor's degree & 5 yrs. Exp; Collaborate with others in the organization to ensure successful implementation of chosen problem solutions; prepare management reports defining and evaluating problems and recommending solutions; break systems into their component parts, assign numerical values to each component, and examine the mathematical relationships between them; specify manipulative or computational methods to be applied to models; analyze information obtained from management to conceptualize and define operational models; perform validation and testing of models to ensure adequacy and reformulate models as necessary; collaborate with senior managers and decision makers to identify and solve a variety of problems and to clarify management objectives; define data requirements and gather and validate information, applying judgment and statistical tests; build requirements specifications for Electronic Data Capturing (EDC) system, Clinical Trials Management System (CTMS); create business case, market research and functional specifications for Clinical Trials Source Data Capture System; analyze Clinical data using SAS, Informatica and Business Objects; skills: SAS, HTML/XML, Oracle, SQL Server, QTP, Crystal Reports, Oracle, Informatica. Send res. to Alpha Clinical Systems, Inc., 2 Riverview Drive, #205, Somerset, NJ 08873

**ASSISTANT MGRS/MANAGERS**    **11704**
Asst Mngrs/Mngrs: Expanding sales company needs 18-25 people ASAP. Sales to Management positions available. No Exp Nec. Commission based compensation. 732-764-6868

**ASSOCIATE ATTORNEY**    Palisades Park    **12149**
Associate Attorney (Palisades Park, NJ): Represent clients in court or before government agencies; Prepare legal briefs and opinions, and file appeals in state and federal courts of appeal; Analyze the probable outcomes of cases and develop strategies & arguments; Competency in immigration law and proceeding. NJ Bar req'd. Send resume and sample legal brief to Choi & Associates, 460 Bergen Blvd, #110, Palisades Park, NJ 07650.

**AUDIT SENIORS OR SUPERVISORS**    Livingston    **15804**
Sobel & Co., LLC, an accounting and consulting firm located in Livingston, New Jersey, is looking for Audit and Tax Seniors. Must have 4+ yrs of recent public accounting experience. Must have excellent interpersonal and leadership skills and strong technical background. Interested candidates should e-mail their resumes with salary to molly.lockwood@sobel-cpa.com or visit our website at www.sobel-cpa.com

**AUTO**    Springfield    **14694**
ACE Service Management & Sales Achievers Performance Driven Pay Plan With Unlimited Income!Great Benefits, Loc., Inventories, & Facilities Ensures Your Success.Apply online at Careers SpringfieldAcura.com 877-387-9540

**AUTO**    Little Falls    **15857**
Assistant Service Manager, 100K +++. Salary plus commission, 401K, top location, health benefits. Send resume to mgraham@bcautogroup.com or fax 973.785.1652. Toyota Universe, 1485 Rte. 46 East, Little Falls, NJ 07424.

**AUTO**    Little Falls    **15866**
Lexus Salespeople - Up to $1000 Sal. + Up to 20% comm, 4 Day Work Wk 401K, Best Pay Plan in area, Unit Bonuses, Top Loca . Email: jwu@tricountylexus.com Fax: 973-812-4736. Tri-County Lexus, 700 Route 46 W., Little Falls, NJ.

**AUTO BODY**    **15916**
3 AUTO BODY POSITIONS AVAILIABLE Collision Repair Specialist - Metal Shop Paint Prep Person, Detailer. High Volume of work! Call John Gimler 973-366-3800 or email jgimler@greccoab.com GRECCO AUTO BODY, 268 Rt. 46, DOVER, NJ

**AUTO PARTS COUNTER PERSON**    Bridgewater    **14924**
FT EXP. PREF'D. MUST HAVE AUTOMOTIVE KNOWLEDGE. PLEASE APPLY IN PERSON TO JOHN AT NATIONAL PARTS SUPPLY, 27 E. KEARNEY ST. ,BRIDGEWATER 732-356-0216 EOE

**AUTO: SALES PERSON**    Lyndhurst    **15870**
High volume fast paced Volkswagen dealer seeking motivated sales person. Experience preferred. Salary + Commission, excellent benefits, 401K & demo allowance. Call Don Schaffer for immediate interview. 201-933-8383. Three County VW 701 Riverside Ave. Lyndhurst, NJ

**AUTOBODY**    Morris County    **15278**
Experienced F/T auto collision tech needed for high volume Morris Cnty body shop. 973-386-1300. License # 01117A

**AUTOMOTIVE ASSISTANT MANAGER**    Linden    **16059**
Assistant Manager Motorhome rental co. in Linden, NJ has immd. opening. Will report to GM & be resp. for assisting w/mgmt of rental op's & will perform CSA duties. 1+ years of customer serv. supv exp. req'd. Automotive or RV service exp. pref'd. Valid DL w/ good MVR & basic computer skills req'd. With salary + bonuses, earn $34k+. Benefits: H&D Ins., 401k, Vac. Fax resume to corporate office: (562)404-4846 or e-mail resume: apply@elmonterv.com

SUNDAY, DECEMBER 19, 2010 — THE STAR-LEDGER CLASSIFIED or call 1-800-501-2100 to place your ad. — SECTION TEN   PAGE 7

## JOBS

### 20 REGIONAL TANKER POSITIONS AVAILABLE NOW

Schneider National is hiring experienced drivers or recent driving school graduates for its Tanker division.

**FLEXIBLE HOME TIME**
**AVERAGE 1600-2000 MILES PER WEEK**

**SCHNEIDER NATIONAL**

Apply online at schneiderjobs.com or call 1-800-44-PRIDE

EOE M/F/D/V

---



### CDL-A DRIVERS
Immediate Openings Available!

**Chester, NY Location**

At **Webster Trucking**, we're doing our part to keep the economy rolling! As we continue to expand and grow our business, we have fantastic opportunities available for CDL-A Drivers with 1+ years experience and a clean driving record to join our team.

Receive .10 cents/mile additional for loads delivered on Sat/Sun!

Safety is a Condition of Employment

**1-800-780-9462**
webstertruck3@earthlink.net

**Our Benefits Include:**
- Late Model/Clean Trucks
- Top Salaries
- New Routes
- Competitive Mile/Stop Pay
- 401(k) Retirement Plan
- Health/Dental & Life Insurance
- Paid Vacations/Holidays
- Paperless Logs
- And Much More!!!

A Family Owned Business Since 1925

An EOE for over 80 years!

**WEBSTER TRUCKING CORP.**

---

**DRIVERS** — 15042
Attn Drivers: We're miles ahead of the rest. Come drive for the best!!! WEEKLY PAY 100% No-Touch-Freight Late-Model Equipment Paid Vacation Health Insurance/401K Class A CDL-1yr OTR req'd 7-243 Food Grade Tank Carrier CALL 800-877-2430 www.indianrivertransport.com

**DRIVERS** — Cliffside Park 15731
CLIFFSIDE PARK SCHOOL DISTRICT P/T - F/T Bus Drivers Must have PS Driver's License Endorsement. Applicants Must Apply In Person BY 12/22/2010 Cliffside Park Board of Ed. 525 Palisade Ave. Apply 8:30AM-1:00pm ; 2:30pm-3:45pm

**DRIVERS** — 15746
DRIVERS Part Time -Full Time Valet Attendants. Good pay. Flex hours. Must have valid Drivers License. Inquire at (877) 727-5648 Extension 0

---

## JOBS

**DRIVERS** — State Wide Nj — 15950
Excellent pay ($.41 per running mile - includes 4 cents per diem non taxable expense) -401(k) retirement plan -Health, dental & life insurance -Prescription, vision, short term disability -Paid vacations, holidays and sick days -Must have Class A CDL (with hazmat/tanker) -Must have 2 yrs. Commercial Motor Vehicle driving exp. -Clean MVR and must be at least 25 yrs. old and must pass drug test Call Pat Joyner at (803) 775-1002, ext. 130 Or, visit our website to download a job application &nd fax to (803) 778-0118. ww. sumtertransport.com 170 S. Lafayette Drive Sumter, SC 29150 EOE
**Sumter Transport**

**DRIVERS** — Na — 14639
Listen up Class A Owner Operators... because 'THIS IS NOT' your typical recruitment ad. We're talking 'SERIOUS' money here. Linden Bulk Transportation, one of the largest liquid bulk carriers in the Northeast, seeks Class A Owner Operators who want steady year round work 'AND' who want to finally 'GET PAID' for their efforts. With Linden, yearly gross earnings can exceed 150 grand per year. Also a $5000 'SIGN-ON BONUS', paid orientation & training program, complete medical bnfts avail, weekly settlements with direct deposit. Diesel fuel is just $1.35 PER GALLON. We offer free secure tractor parking and a lease / purchase program to put you into your own business as an Owner Operator. Like I said... 'THIS IS NOT' your typical recruitment ad. Ready to get serious about your job 'AND' your earnings potential ? Then call Linden Bulk Transportation now at 800-333-BULK x307, ask for Rich.

**DRIVERS** — 13944
Trans broker seeks owner/operators to perform weekday, overnight and weekend on-demand routes. Reqs: valid DL/insur, late model vehicle, clean bckgrnd, drug screen, MVR. 877-335-3278

**DRIVERS** — North Jersey — 07084
Year round local & regional work; TRACTOR/STRAIGHT TRUCK. CDL A or B license, 3 yrs exper & good driving record. Must handle freight & be documented. Excellent wage pkg/vacation/bnfts. Call 9:30-4:30; 201-434-6338x227

**DRIVERS - CDL A** — Edison — 14743
CDL A Drivers Lily Transportation is now taking applications for a full time CDL A driver. Requires a minimum of 2 years CDL A driving experience with clean driving record and pass all DOT requirements, must have detailed knowledge of the truck route in the 5 boroughs of NYC. Great benefit package including paid vacation, holidays, health, dental, life, as well as short and long term disability plans. Apply at 49 Distribution Blvd., Edison, NJ 08817 or call Nancy at 888-261-8308. EOE

**DRIVERS CDL-A** — Edison — 12126
Drivers CDL-A - Logistics One Transport is seeking CDL-A drivers domiciled near Edison, NJ area for regional assignments throughout the northeast. We have a competitive pay package, electronic logs, late model equipment, medical / dental insurance and 401(k) with company match. Candidates must be at least 23-years of age with a minimum of 2-years experience driving tractor trailer. If you are a professional and safe driver, give us a call or go to our website to download an application, Logistics One Transport, Inc. Telephone #888-GO FOR L1 or 1-888-463-6751 Website: www.logisticsone.com E-Mail: recruiting@logisticsone.com

**ELECTRONIC TECHNICIAN** — Montville — 14617
Electronic Technician - The Star-Ledger Production Department has a position available for an Electronic Technician to work either 2nd or 3rd shift including weekends and holidays at our Montville printing facilities. Previous experience in a production environment is required. Candidates must have 3 years experience and/or technical degree, the ability to troubleshoot AC/DC motors, PLC's and associated equipment. A strong mechanical aptitude is required. We offer a competitive starting salary, benefits (medical, dental, vision), paid vacation and a 401(k) plan. For immediate consideration, please send your resume with daytime phone number to: The Star-Ledger Human Resources Department Job Code: ET One Star-Ledger Plaza, Newark, NJ 07102-1200 Fax (973) 643-4641 Email: starledgerjobs@starledger.com The Star-Ledger is an Equal Opportunity Employer A/A
**Star-Ledger nj.com Everything Jersey**

**ENGINEERING** — Fairfield — 15034
Technical Recruiters: Amirit Technologies is a Telecom/IT Engg co. dedicated to providing the finest in Engg & IT consulting services. We currently have an opening in Fairfield, NJ for Technical Recruiters. The Recruiter is accountable for the mgmt of various parts of the recruiting process & will be expected to manage multiple requisitions to meet defined performance expectations for delivery to the customer. The Recruiter will be responsible for managing all parts of the recruiting life cycle process & recruiting for Engg majority & some IT positions. Reqs BS Mgmt & 5 yrs exp. Resumes: Attn HR, 271 Route 46 West, C103, Fairfield, NJ 07004.

**ENVIRONMENTAL** — Rahway — 14850
ENVIRONMENTAL. SAFETY COORDINATOR. Successful industrial/environmental services co seeks exp'd individual to perform field safety audits, conduct training classes for confined space entry, 40 HR HAZWOPER etc. Ensure OSHA regs and corporate safety policies and procedures are followed on job sites. Requires 1-3 yrs field exp/strong documentation follow-up skills. Emergency spill response, vactor truck or refinery exp a +. Reports out of Rahway, NJ loc. E-mail resume: Lattridge@aspvac.com or fax 732-815-9660 . EEO.

---

## JOBS

**ENVIRONMENTAL** — Rahway — 14851
ENVIRONMENTAL. Project Manager/Field Supervisor. This position oversees and schedules personnel & equipment for vacuum truck work, tank cleaning, centrifuge work including spill cleanup of waterways, tanks, sumps, pipes, emergency spill response work. The ideal candidate has a strong health, safety and operational background and ensures our personnel follow safe work procedures. Position requires strong communication with customer's management and safety personnel, and the ability to deal effectively with our operators on a daily basis. Refinery exp a +. Submit resume with salary history to: HR Manager, 928 E. Hazelwood Ave, Rahway or fax 732-815-9660. EEO.

**ENVIRONMENTAL**, Senior (Somerset) — Somerset — 15594
Environmental Consultant, Senior (Somerset, NJ): Using fundamental technical skills, analytical abilities, & up-to-date regulatory knowl, provide complete customer oriented, air quality permitting, modeling, & compliance solutions, assist clients in areas of permitting & regulatory compliance. MS in Engg fld or rltd Atmospheric/Envrmt'l Sci. Mail resumes to Karen Rocha, Trinity Consultants, Inc., 12770 Merit Dr., Ste. 900, Dallas, TX 75251.

**EVENT MARKETING** — Nj — 07441
Event Marketing Part-Time or Full-Time Work with our promotion team for New Jersey's Largest Newspaper.If you enjoy talking with people and want to earn above average income, event marketing is for you. Reliable vehicle is a must!Please call 732-688-2709 for an interview.

**EVENT MARKETING** — Nj — 07441
Event Marketing Part-Time or Full-Time Work with our promotion team for New Jersey's Largest Newspaper.If you enjoy talking with people and want to earn above average income, event marketing is for you. Reliable vehicle is a must!Please call 732-688-2709 for an interview.

**FIELD SERVICE TECH** — Fairfield — 15974
Small, growing co in Fairfield needs a tech saavy field support person to provide customer support. Must be able to work w/computer hardware & software & be customer oriented. Own car. Entry level position. Training, sal & bnfts. Fax resume to George at 973-882-0071

**FINANCIAL** — Basking Ridge — 15849
Senior Consultant - Investment Management needed by Verizon in Basking Ridge, NJ, to oversee risk management for the assets in the pension plan, savings plan, health & welfare trusts, philanthropic entity, and captive insurance. Requires Bachelors or foreign equivalent in Finance followed by 5 years progressive experience measuring and monitoring a risk management system and retrieving, organizing, and analyzing risk metrics using MS Excel and Access, to include therein 1 year of experience performing database query through Access using Visual Basic for Applications codes and performing portfolio stress testing. To apply, mail resume to Christine Chwe, Director - Investment Management, One Verizon Way, Mail Code VC71S229, Basking Ridge, NJ 07920. Refer to Job #648-N.

**FINANCIAL CONTROLLER** — Jersey City
Financial Controller, Jersey City, NJ. Manage & oversee flow of cash & fin'l instruments. Monitor transactions & determine costs of business activities. Analyze past & present fin'l operations, trends & costs. Bachelor or foreign equiv & rltd exp. Res: Newport Centre Dental PC, 30-71 A Mall Drive West Jersey City, NJ 07310

**FINANCIAL REPORTING MANAGER** — Jersey City
Financial Reporting Manager (Jersey City, NJ) -SEC reporting - assist with filing forms 10-K and 10-Q to the SEC as well as earning release. Manage stock compensation issues in accordance with FAS 123R and FAS 128. Assist with goodwill valuation and other valuation issues in the M&A process, etc. M-F, 9-5:30 PM, salary commensurate with experience. Required 3 years of work experience in the job or 3 years as Associate, Sr. Auditor or SEC Compliance Manager, any suitable combination of education, training and work experience. Resumes referencing code KC-73 to Broadridge Financial HR by e-mail to Hiringinfo@aol.com, or fax to 212-591-6623, EOE.

**FOOD SERVICE** — Morristown — 13908
Deli Person/Cashier: Corporate dining in Morristown area. No weekends, English a must. Needed to work deli station and back-up cashier. Call between 1&4pm Monday-Friday. Utility person needed also. 973-355-4110

**FORK LIFT MECHANIC** — Clifton/westampton Nj — 13906
Fork lift mechanic in Clifton/Westampton NJ, 5 years exp. Ability to troubleshoot, repair & maintain electric & IC equip. Travel req'd. EOE. Email resume to Gary.Reichert@tbgintl.com

**FOUNDRY MAINTENANCE WORKER** — Harrison — 15498
Foundry Maintenance Worker - Harrison, NJ - F/T w/ 2 yrs. exp. to perform daily maintenance of foundry equip. Send resume to Campbell Foundry Co., 800 Bergen St., Harrison, NJ 07029. Attn: Mr. Burguillos. MAIL ONLY

**GENERAL**
SALES POSITIONS needing to be filled immediately for Sales position with Verizon vendor. No Exp. required. Willing to train the right people. Make $700-$900 weekly. Call Barbara 1-877-726-8536

**GLAZIER** — South Plainfield — 15584
Well established glass/storefront co looking for quilified fabricator/ installer. Must have 5 years exp,good drivers licence and references. call 908 482 5648

**GRAPHIC ARTIST - PT** — Newark — 97755
Newark based company has several part-time openings for a Graphic Artist at $14 an hour. Projects will include building ads, composite ad feature pages, sales promotion material and online ads. Successful candidates should be able work quickly and accurately in a fast paced advertising department. Ability to follow instructions closely and multi-task is a must. Candidates will work in a Mac-based environment and will be well-versed in Adobe InDesign, Adobe Photoshop and Adobe Flash. Knowledge of Quark Express, Adobe Illustrator and Adobe Dreamweaver is a plus but not essential. Submit resume to: S.L. Dept. 15732 The Star-Ledger One Star-Ledger Plaza Newark, NJ 07102-1200

