# Exhibit J

SINDHUR SATRASALA

$ 3,190

— INT:

— PROF:

NET $ —



# FLOWERSON ADVERTISING

PMB #H248, 2nd Floor
244 Fifth Avenue
New York, NY 10001

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/3/09 | 753-ADP |

**BILL TO**

Ms. Elizabeth Sielewonczuk
Automatic Data Processing, Inc.
1 ADP Blvd, Roseland NJ 07068
RE: Sindhur Satrasala Green Card Ads
AVID# V459521

| DESCRIPTION | AMOUNT |
|---|---:|
| Advertising in The Star Ledger Sunday Edition in August 2009 | 875.00 |
| Advertising in The Star Ledger Sunday Edition in September 2009 | 875.00 |
| Advertising in The Computer World Magazine - PERM Green Card Professional Position Recruitment Requirement | 1,040.00 |
| Internet Advertising For One Month | 150.00 |
| Resume Acceptance Service | 250.00 |

Please pay to
FLOWERSON,
PMB# H248, 244 Fifth Avenue, Second Floor
New York, NY 10001

**Total** $3,190.00

# **FLOWERSON ADVERTISING**

**TO:**

       Ms. Elizabeth Sielewonczuk
       Ms. Yajaira Maya
       Corporate Employment Law Services
       Automatic Data Processing, Inc.
       One ADP Boulevard, MS 246
       Roseland, New Jersey 07068-1728

**FROM:**      Flowerson Advertising
                New York

**RE:**         **PERM ADVERTISING FOR**
             <u>Mr. Sindhur SATRASALA</u>
             (ADP, Roseland, NJ)
             As per Mr. Marijan Cvjeticanin, Paralegal
             Wildes & Weinberg, PC, New York

**BILLING DATE:**    07/07/2009

**FLOWERSON CORPORATE TAX ID NUMBER: 11-3453897**

***PLEASE MAKE CHECKS PAYABLE TO <u>"FLOWERSON"</u>***

# GLOBAL MEDIA NY, INC.
PHONE NUMBER: (631) 584-0000
FACSIMILE NUMBER: (631) 584-0044

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| **CLASSIFIED ADVERTISING** | Ms. Kathy |
| **COMPANY:** | **DATE:** |
| **STAR LEDGER** | 12/07/2010 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (973) 392-4129 | 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| (1-800) 501-2100 | E-mail: Newimmigrant@aol.com |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| **CLASSIFIED AD – COMPUTERS** | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Dear Sir or Madam:

Enclosed please find the draft ads which I would like to be run in
The Star Ledger under "Computers" on **Sunday, December 12, 2010.**

Please let me know the price of the ads (billing details) and the availability and if there **is any discount** for running the same ad for **two consecutive Sundays (on December 19, 2010).**

Please let me know if you require anything else. Thank you for your kind attention to this matter.

Sincerely,

Kathy

6 LT. JOHN OLSEN LANE
SAINT JAMES, NY 11780, USA

STAR LEDGER → *[handwritten: PLEASE DO NOT PLACE THIS WORD IN A SEPARATE LINE, THANKS!]*

Computers- Technology Consultant (Parsippany, NJ) - manage scripting infrastructure by building, deploying and producing maintenance scripts. Coordinate integrated environmental components including Portal, WMB subscriptions, common shared MQ, and network resources. M-F, 9-5:30 PM, salary commensurate with experience. Required: bachelor's degree in Computer Science or Engineering (any) and two years of work experience in the job or two years as a Systems Administrator, Consultant, or Software Architect, any suitable combination of education, training and work experience is OK. Resume referencing KC-75 to ADP HR by e-mail to HiringInfo@aol.com, or fax to 212-591-6623. EOE

## INSTRUCTION & MISC.

**CIALTY** LOCATION WEB ID

**ISTRUCTIONS >>**

**mand Skills!** - Possess the skills and knowledge to start your new er in Dental Assisting! Central Career School, South Plainfield NJ. 1-251-6937.
06909

**STHESIA TECHNOLOGY** Iselin 07092
sthesia Technology! Learn to assist the anesthesiologist and nurse thetist with the preparation of equipment and supplies. At Sanford-Brown ride ourselves on quality training. Call now for information! 866-898-8333. ord-Brown Institute ISELIN, NJ

**TENDING** 01833
TEND 1-800-532-9222 www.barschool.com American Bartenders School

**GNOSTIC MEDICAL SONOGRAPHY** Iselin 07099
! GIRL? Diagnostic Medical Sonography! You could help track the growth health of babies! Train for the most exciting moments of your life. Call for information! 866-898-8333 Or Text NYHEALTH to 78573 Sanford-Brown ute ISELIN, NJ

**LTHCARE** Newark, Clifton 04270
d of NEEDLES??? Still want to be a part of the fast-growing medical ! Insurance & Health Info Technology could be the place for you! You get into a fast-growing healthcare career working behind the scenes! training now! 888-215-0355 Star Career Academy, 550 Broad St. (2nd ) Newark, NJ 07102. Branch Location of Star Career Academy of Long d.

**LTHCARE** Newark, Clifton 04267
AMAZING career options for you! Cardiology Technician, Surgical nology, Dialysis Technician. Start training now! 888-215-0355. Star emy, Newark, NJ, 550 Broad St (2nd Floor) Newark, NJ 07102. Branch on of Star Career Academy of Long Island. Other campuses in Clifton & , NJ.

**ICAL ASSISTANT** Newark, Clifton 04275
ng people is just one great thing about a career as a Medical Assistant! ing with Doctors, nurses and patients, Medical Assistants perform vital ons! Start training now! 888-215-0355 Star Career Academy 550 Broad nd Floor) Newark, NJ 07102. Branch Location of Star Career Academy of Island

**IA** Essex County 94599
deble SORA class $90 --- SORA Renewal Class $35 w/ security job ral --- Ezzerra Security Agency Inc. 1-888-350-SORA (7672)

**IA CLASSES** 10464
A CLASSES www.njsora.com Become a NJ Certified Security Officer. Value. Company provides solid job referrals. Call 201-760-8818 No rience required.

**IGICAL TECHNOLOGY** Newark, Clifton 04279
ical Technology - Work in a surgical setting! Train to be a part of this rtant, exciting and rewarding Healthcare field. Call now for free mation! Star Career Academy, 550 Broad St. (2nd Floor), Newark, NJ 2 888-215-0355

**STER CARE >>**

ren Grow Best in Families... Foster Homes needed for Children of all : infants, toddlers, medically fragile and school aged children. pensation provided between $725-$1770/mo. Please call Catholic Charities 866-247-HOME
14121

**MESTIC HELP >>**

**ISE KEEPING** 15244
ble Hard Working, Honest House keeping Nanny w/experience and good ences live in or live out please call Dianna 973-477-3589

**DER CARE >>**

ing position as Home Health Aide to care for your loved ones. 4 yrs exp. in or out. Friendly and hardworking. Available anytime. Call (973) 1375
15309

**OBS**

JOB LOCATION WEB ID

outers Technology Consultant (Parsippany, NJ) - manage scripting structure by building, deploying and producing maintenance scripts. ovide integrated environmental components including Portal, WMS criptions, common shared MQ, and network resources. M-F, 9-5:30 PM. ry commensurate with experience. Required, bachelor's degree in outer Science or Engineering (any) and two years of work experience in job or two years as a Systems Administrator, Consultant, or Software tect, any suitable combination of education, training and work rience is OK. Resume referencing KC-75 to ADP HR by e-mail to into@aol.com, or fax to 212-591-6623. EOE

time. Excellent money. Harold's New York Deli, Edison. Ask for Harold 151-9100.
15951

our display ad in today's Education Section. WAYNE TOWNSHIP PUBLIC OLS.

## JOBS

JOB JOB LOCATION WEB ID

### INDEPENDENT CONTRACTORS WANTED

for Newspaper delivery routes.
Early morning hours, 7 days per week, reliable vehicle required

**$100 signing bonus***

| TOWN | Avg. Mo. PROFIT | TOWN | Avg. Mo. PROFIT |
|---|---|---|---|
| Edison | $775 | Somerset | $800 |
| Sayreville | $600 | So. Bound Brook | $500 |
| Spotswood | $525 | **Somerset County** Call 732-764-3640 | |
| **Middlesex County** Call 732-661-4960 | | Elizabeth | $600 |
| | | Union | $700 |
| Kinnelon | $800 | **Union County** Call 908-810-5088 | |
| Long Valley | $1,200 | | |
| Netcong/Landing | $800 | | |
| **Morris County** Call 973-463-2810 | | | |

The Star-Ledger

*$100 after 30 days on route

26400E

**ACCOUNTANT** Union
Staff Accountant - A Union, NJ Material Handling Company has an opportunity for a Staff Accountant in our fast paced sales department. Duties include: processing invoices, journal entries and lease agreements with bank. Must have experience using MS Word and Excel. Candidate should be a recent college graduate or have 2-3 years bookkeeping experience. Company offers Medical, Dental, Life and 401(k). Please email your resume to: corporate@raymond-nj.com or fax 908-624-9197. Specify salary requirements. No phone calls please.

**ACCOUNTING** Piscataway
Director of Accounting sought by Camber for its Piscataway, NJ office to manage fin'l acctg activities; prep MIS reports, annual returns, ad-hoc analysis & manage cash flow; write SQL queries for dvlpg custom reports & use XML publisher & reporting tools like Mgmt Reporter/FRx; ensure GAAP compliance. Associates Deg, 5 yrs exp & CPA cert (any state) reqd. 2 yrs of reqd 5 yrs exp must be in managing Ross ERP applics. Mail resume to HR Mgr, Camber Pharmaceuticals, Inc., 1031 Centennial Ave, Piscataway, NJ 08854.

**ACCOUNTING: TAX PREPARATION** Newark 15928
Newark CPA looking for individual w/accounting & tax prep background for coming tax season. Computer and e-filing a plus. Exp in write-up & payroll taxes also a plus. Email resume to: garrisinc@verizon.net

**ACTING**
ACTING- Casting for a feature film. Movie Extras Needed Immediately. Call 973-686-0100.

**ACTIVITIES COORDINATORS** Essex, Hunterdon, Mercer, Middlesex Co 15240
US Sports Institute, Inc. seeks 20 Activities Coordinators, temporary, 4/1/11 to 11/1/11. Organize & lead sports activities for youth participants, incl explaining principles & techniques of various sports. HS Dip, 1 yr relevant exp & background clearance req'd. Will work in Essex, Hunterdon, Mercer, Middlesex, Monmouth, Morris, Ocean, Salem, Somerset, Sussex, Union & Warren Cntys, NJ. Transportation to fields & facilities will be provided from a central loc. 35 hrs/wk incl days, evenings, & wknds. $16.42/hr. Resume to Andrew Egginton, 12 Maiden Lane, Bound Brook, NJ 08805, aegginton@unitedsocceracademy.com

**ADMINISTRATIVE ASSISTANT** Annandale, NJ 15943
F/T, PACT program. Resp for data entry, filing, database mgmt, routing mail, scheduling appts/ staff schedules, maintaining program's supply inventory and assisting in collection of program data outcome measure systems. Req's strong knwlg of MS Office app's and database software. HS Diploma/ GED req'd, Associate's pref'd, & a min of 3 years secretarial exp req'd. Must have valid driver's lic with no moving violations in the last two years. Send resume to: Human.Resources@Bridgewayinc.com or fax to (908) 355-6668. EOE

## JOBS

JOB JOB LOCATION WEB ID

**ADMINISTRATIVE ASSISTANT** Fairfield 13973
General Office Clerk. Consumer Product Testing Company is a contract testing laboratory in Fairfield NJ, and is seeking an individual for a FT entry level position in our general office. This position entails general office procedures, including typing, filing, PDF mngmt, & answering phones. The hrs are Monday - Friday 9:00AM to 5:30PM. Applicants must have good phone skills & have some computer exp. with Microsoft Word & Excel, and be attentive to accuracy & detail. Must be willing to be trained in the adherence to company procedures, regulations, & protocol specifications. This position entails a fair amount of repetitive movements w/keyboard and mouse. Please send resume to: Human Resources POS #GOF100 Consumer Product Testing Company, Inc. 70 New Dutch Lane Fairfield, NJ 07004 Fax: 973-244-7506.

**ANALYTICAL STRATEGIST** Somerset 13883
Analytical Strategist w/Bachelor's degree & 5 yrs. Exp; Collaborate with others in the organization to ensure successful implementation of chosen problem solutions; prepare management reports defining and evaluating problems and recommending solutions; break systems into their component parts, assign numerical values to each component, and examine the mathematical relationships between them; specify manipulative or computational methods to be applied to models; analyze information obtained from management to conceptualize and define operational models; perform validation and testing of models to ensure adequacy and reformulate models as necessary; collaborate with senior managers and decision makers to identify and solve a variety of problems and to clarify management objectives; define data requirements and gather and validate information, applying judgment and statistical tests; build requirements specifications for Electronic Data Capturing (EDC) system, Clinical Trials Management System (CTMS); create business case, market research and functional specifications for Clinical Trials Source Data Capture System; analyze Clinical data using SAS, Informatica and Business Objects; skills: SAS, HTML/XML, Oracle, SQL Server, QTP, Crystal Reports, Oracle, Informatica. Send res. to Alpha Clinical Systems, Inc., 2 Riverview Drive, #205, Somerset, NJ 08873

**ASSISTANT MGRS/MANAGERS** 11704
Asst Mngrs/Mngrs: Expanding sales company needs 18-25 people ASAP. Sales to Management positions available. No Exp Nec. Commission based compensation. 732-764-6868

**ASSOCIATE ATTORNEY** Palisades Park 12143
Associate Attorney (Palisades Park, NJ): Represent clients in court or before government agencies; Prepare legal briefs and opinions, and file appeals in state and federal courts of appeal; Analyze the probable outcomes of cases and develop strategies & arguments; Competency in immigration law and proceeding. NJ Bar req'd. Send resume and sample legal brief to Choi & Associates, 460 Bergen Blvd, #110, Palisades Park, NJ 07650.

**AUDIT SENIORS OR SUPERVISORS** Livingston 15804
Sobel & Co., LLC, an accounting and consulting firm located in Livingston, New Jersey, is looking for Audit and Tax Seniors. Must have 4+ yrs of recent public accounting experience. Must have excellent interpersonal and leadership skills and strong technical background. Interested candidates should e-mail their resumes with salary to molly.lockwood@sobel-cpa.com or visit our website at www.sobel-cpa.com

**AUTO** Springfield 14694
ACE Service Management & Sales Achievers Performance Driven Pay Plan With Unlimited Income! Great Benefits; Loc., Inventories, & Facilities Ensures Your Success. Apply online at Careers SpringfieldAcura.com 877-387-9540

**AUTO** Little Falls 15857
Assistant Service Manager, 100K +++. Salary plus commission, 401K, top location, health benefits. Send resume to mgraham@bcautogroup.com or fax 973.785.1652. Toyota Universe, 1485 Rte. 46 East, Little Falls, NJ 07424.

**AUTO** Little Falls 15866
Lexus Salespeople - Up to $1000 Sal. + Up to 20% comm, 4 Day Work Wk 401K, Best Pay Plan in area, Unit Bonuses, Top Loca. Email: jwu@tricountylexus.com Fax: 973-812-4736. Tri-County Lexus, 700 Route 46 W., Little Falls, NJ.

**AUTO BODY** 15916
3 AUTO BODY POSITIONS AVAILABLE Collision Repair Specialist - Metal Shop Paint Prep Person, Detailer. High Volume of work! Call John Gimler 973-366-3800 or email jgimler@greccoab.com GRECCO AUTO BODY, 268 Rt. 46, DOVER, NJ

**AUTO PARTS COUNTER PERSON** Bridgewater 14924
FT EXP. PREF'D. MUST HAVE AUTOMOTIVE KNOWLEDGE. PLEASE APPLY IN PERSON TO JOHN AT NATIONAL PARTS SUPPLY, 27 E. KEARNEY ST., BRIDGEWATER 732-356-0216 EOE

**AUTO: SALES PERSON** Lyndhurst 15970
High volume fast paced Volkswagen dealer seeking motivated sales person. Experience preferred. Salary + Commission, excellent benefits, 401K & demo allowance. Call Don Schaffer for immediate interview. 201-933-8383. Three County VW 701 Riverside Ave. Lyndhurst, NJ

**AUTOBODY** Morris County 15278
Experienced F/T auto collision tech needed for high volume Morris Cnty body shop. 973-386-1300. License # 01117A

**AUTOMOTIVE ASSISTANT MANAGER** Linden 16059
Assistant Manager Motorhome rental co. in Linden, NJ has immd. opening. Will report to GM & be resp. for assisting w/mgmt of rental op's & will perform CSA duties. 1+ years of customer serv. supv exp. req'd. Automotive or RV service exp. pref'd. Valid DL w/ good MVR & basic computer skills req'd. With salary + bonuses, earn $34k+. Benefits: H&D Ins., 401K, Vac. Fax resume to corporate office: (562)404-4846 or e-mail resume: apply@elmonterv.com

Case 3:14-cr-00274-MAS   Document 91-10   Filed 07/27/15   Page 7 of 7 PageID: 1531