# Exhibit K

# Sunday Star-Ledger

$2.00    **FINAL EDITION**    NJ.COM    JANUARY 16, 2011

## Massive manhunt in cop killing

### LAKEWOOD SUSPECT WAS ALREADY WANTED ON A WEAPONS CHARGE



A New Jersey state trooper prepares his dog in front of the Lakewood municipal building before continuing the search for the suspect in the killing of Lakewood police officer Christopher Matlosz.

NOAH K. MURRAY/THE STAR-LEDGER

By Bob Considine and Jessica Calefati
STAR-LEDGER STAFF

The teenager accused of brazenly executing a Lakewood police officer in his patrol car Friday has been wanted by authorities since late last month, when he was charged with illegal possession of a rifle and hollow-point bullets, officials said yesterday.

Jahmell Crockam, 19, the subject of a massive, all-hands dragnet involving law enforcement officers from across the state, was named in an arrest warrant on the weapons counts Dec. 29, Ocean County Prosecutor Marlene Lynch Ford said.

It remained unclear yesterday whether Officer Christopher Matlosz knew of the open warrant Friday afternoon. It was just after 4 p.m. when Matlosz pulled alongside Crockam as the teen walked on a residential street and began what witnesses described as a calm, nonconfrontational conversation.

Moments later, authorities said, Crockam whipped out a handgun and shot the 27-year-old officer three times at point-blank range. Matlosz, a Lakewood police officer since 2006, was pronounced dead less than an hour later.

Police continued a fevered manhunt for Crockam yesterday, going door to door and arresting dozens of people on outstanding warrants in an attempt to shake loose information about the teen, who goes by the street name "Sav," short for Savage.

A law enforcement helicopter made continued sweeps over the Golfview Terrace townhouse complex, not far from the scene of the shooting on August Drive. Officers

SEE **LAKEWOOD**, PAGE 9



**LIFELONG DREAM CUT SHORT**
■ Slain officer had wanted to be a policeman since childhood. Page 8

---

## Grandfather helped give Jets' kicker his heart

From his living room in Palos Verdes Estates, Calif., the old man watched the field-goal kicker mark off his steps and then blast it through the posts to turn Lucas Oil Stadium into a tomb a week ago last night.

The thing that struck Quentin Stiles at that time was not that his grandson was an instant, authentic New York sports hero, or the man of the moment in the NFL.

What impressed him most was that the woman seated beside him was "going absolutely crazy," he recalled with a laugh.

So Stiles looked impassively at his wife, Claire, and casually remarked, "What did you expect from the ice man? We knew Nick was going to make that."

Nick Folk agrees with all that, but adds this coda: The



**Dave D'Alessandro**
nj.com/DaveD

**COMPLETE GAME DAY PREVIEWS IN SPORTS.**

field goal that demolished Indianapolis was the culmination of a once-struggling kicker's education — one based largely on the eloquence of his grandfather's example.

The thing is, Quentin Stiles, 81, is no ordinary grandfather, and Folk doesn't come from an ordinary family.

Indeed, this is no ordinary time for Folk, the Jets kicker who went from shaky job status a month ago to a guy who got yuks on Late Night With Jimmy Fallon after drilling the 32-yard game-winner that delivered the Jets to Foxborough, Mass., today.

"You have to embrace that kind of pressure," Folk said. "That's the thing I learned from my grandfather: Nothing is too big, if you really want to do something special — you give yourself over to the opportunity.

"He was that way. He retired when I was young, but I know he loved his work. He enjoyed his own way of performing under the same strain and duress. He said it made him a better person, and I learned that from him."

Stiles was a world-class thoracic surgeon, and a pioneer in heart bypass surgery. He literally wrote the book on the practice in 1976 ("Myocardial

SEE **D'ALESSANDRO**, IN SPORTS, PAGE 7

---

## IT STILL STINKS

**THE PASSAIC VALLEY SEWERAGE COMMISSIONERS,** despite Gov. Christie's promise of reform, remains rife with nepotism and no-bid contracts for insiders, records reveal.

By Ted Sherman
STAR-LEDGER STAFF

Most people have never heard of the Passaic Valley Sewerage Commissioners, an obscure public agency that serves more than 1.5 million people across four counties of northern New Jersey.

It doesn't sound all that glamorous, and to enter its gates seems like a dark visit to Hades — one that begins with a row of ancient-looking, slow-turning Archimedes screw pumps working endlessly on a turgid river of waste.

For some, though, it is a river of gold.

As government agencies and municipalities tighten their belts, laying off cops, teachers, garbage collectors and firefighters to avoid going broke, Passaic Valley remains an island of job security for the connected, their families and their friends, a new analysis of records and public documents by The Star-Ledger shows.

Its $46.4 million payroll includes spouses and children of commissioners, mayors, friends of mayors and the brother-in-law of a mayor who is also a commissioner, the documents show. The median salary there has jumped by nearly 30 percent over the past five years.

Questions about how Passaic Valley spends public money are not new. Assemblyman Gordon Johnson (D-Bergen) once famously described the PVSC's budget as "an awful lot of money to push poopie through a pipe."

An earlier examination of the agency by The Star-Ledger in 2005 found its payroll swollen with the friends and family of those with political clout, while records showed the funneling of thousands of dollars in no-bid contracts to political insiders.

And last year, Gov. Chris Christie put Passaic Valley on his hit list as incoming governor, calling the agency's hiring practices "completely outrageous."

But new documents released under a series of public records requests paint a picture of an entrenched agency that has changed little, and they explore areas of the operation not previously brought to light.

At least 85 of Passaic Valley's 567 employees make more than $100,000. Three are paid more than $200,000 — among them, a former aide to an influential Democratic congressman who earns $220,443 and was given the keys to a new Ford Expedition to take home.

The documents show the commissioners routinely hire friends and family and those with ties to elected officials. A record of those hires is kept in what is known as the "commissioners' rounds" — a document that officials denied existed until it was specifically requested by name. The rounds are numbered, not unlike NFL draft rounds, keeping score over who gets the next hire. One

SEE **PVSC**, PAGE 11

SHAWN WESTON/THE STAR-LEDGER

### FOR PVSC INSIDERS, BENEFITS




**ANTHONY ARDIS**
Ex-aide to congressman. Appointed commissioner, now top-paid employee.



**ANTHONY J. LUNA**
Chairman. Voted to okay deal that benefited Lodi, where he is manager.



**KENNETH PENGITORE**
Former commissioner, now CFO. Several family members on payroll.

### WHAT IS THE PASSAIC VALLEY SEWERAGE COMMISSIONERS?

Created by a special act of the Legislature in 1902, the Passaic Valley Sewerage Commissioners operates one of the largest treatment plants in the country, handling everything that can be flushed or dumped down the drain within its 48 member municipalities in Passaic, Bergen, Essex, and Hudson counties, including Newark and Jersey City. That's about 330 million gallons per day, or about a fourth of all the wastewater generated in New Jersey; even more when it rains.

Overseen by a nine-member board, it has two representatives from each county it serves and one at-large member, all appointed by the governor.

Unlike with most other public authorities in New Jersey, the governor cannot veto a decision or directly challenge an action by the PVSC, whose costs are picked up by member communities.

---

**TODAY** Sunny, with a high near 30°.    **TONIGHT** Mostly clear, with a low around 8°.    **MORE** Enter your ZIP code at nj.com/weather for hour-by-hour local forecasts.

| News, Sec. One | | Business, Sec. 3 | | Arts • Escapes, Sec. 7 | |
|---|---|---|---|---|---|
| 2 Lottery | 17 Obituaries | 2 Market Watch | | 2 Flash | 6 Sudoku | 7 Advice |
| 2 Weather | 23 Counties | 3 Your Money | | 2 On Stage | 6 Museums | 7 Crossword |
| 15 New Jersey | | | | 4 Movies | 7 Horoscopes | 8 Travel |

8 14186 00150 4


CARDELS 800-783-0399
**GOVERNMENT EXHIBIT 279**

PAGE 8   SECTION TEN       THE STAR-LEDGER CLASSIFIED www.nj.com/realezads       SUNDAY, JANUARY 16, 2011

## JOBS

### COMPUTER — Edison
COMPUTER SOFTWARE ENGINEER (MULT POS) WTD TO DEVELOP APPS FOR (NJ) SOFTWARE CO. IN CLEARCASE, ANT, PERL, WEBSPHERE & MAVEN. MUST HAVE M.S. (OR EQUIV.) IN COMP. SCI., OR RELATED DISC. & STRONG ORACLE RDBMS SKILLS. REPLY W/ RESUME TO: HR (JOB ID#1310), Addteq, LLC, 40 Brunswick Ave., Ste 207, Edison, NJ 08817

### COMPUTER — Edison — 24223
Logic Planet is in need of 10 Computer Information Systems Manager at Edison, NJ commuting area to plan, direct, coordinate activities in such fields as electronics data processing, Information system, Systems analysis & Computer programming. IT PROJECT EXECUTIONS, SYSTEMS DESIGN, DEVELOPMENT AND DEPLOYMENT PROCESS, CHANGE MANAGEEMNT, HARDWARE AND SOFTWARE PLANNING, ISSUE RESOLUTION, SYSTEM FAILURE AND FAULT ISOLATION AND OVERALL TECHNICAL CENTER OVERSIGHT. PROFICIENCY AND EXPERIENCE IN IMPLEMENTING ONE/SOME OR ALL OF SAP, ORACLE APPLICATIONS, PEOPLESOFT, LDAP, SITEMINDER, ORACLE, SQL SERVER, EBUSINNESS APPLICATIONS DEVELOPMENT TOOLS SUCH AS JAVA, J2EE, .NET, C++, PL/SQL, UNIX AND BI TOOLS SUCH AS COGNOS, SAS, INFORMATICA, IBM WEBSPHERE DATASTAGE, MICROSTRATEGY, HYPERION, SAP BUSINESS OBJECTS, SAP BW ETC. Must have Masters Degree or Bachelor's degree with 5 yrs of work experience. Education in fields such as Computer Science, Science, Mathematics or any Engineering, Business Admin field. Combination of Education and work experience is acceptable to meet the Master Degree Requirement. Send resume to Mr. Logic Planet, Inc, 45 Brunswick Ave, Suite 130, Edison, NJ 08817

### COMPUTER — Edison — 24225
Logic Planet Inc is in need of 10 Programmer Analysts in Edison, NJ commuting area to develop and write computer programs and/or manage to store, locate and retrieve specific documents, data and information. Must have Bachelor's Degree or Equivalent in Computer Science, Science, Mathematics or any Engineering field. Combination of Education & Experience acceptable to meet the Bachelor degree requirement. Send resume to Mr. Sudhir Varma, Logic Planet, Inc, 45 Brunswick Ave, Suite 130, Edison, NJ 08817

### COMPUTER — Piscataway
Network Managers in Piscataway, NJ area. Supervise/Mentor Jr. engineers to Implement/troubleshoot Routing, Switching & IP Telephony solutions involving UCM, UCME, UC, UCE, IPCCX, VOIP Gateway/Gatekeepers and SBC for enterprise networks. Administer Linux, Windows NT/00/03 domain w/ Exchange. BS/equiv in Comp Sci, Eng or rel. w/5+ yrs rel. exp. CCIE Voice, CCNP, & CCVP preferred. Travel/reloc as reqd. Send res. to: Subex Technologies, Inc. 255 Old New Brunswick Rd. Ste S240, Piscataway, NJ 08854

### COMPUTER — Iselin — 24790
Polaris Software Lab (India) Ltd is seeking candidates for following positions: Syms Anlyst/Siebel: Mstr or equiv in CS/CIS/Info Sys/ Engg(any field) + 1yr exp OR Bach + 5yrs prog exp in Syst Anlyss (Ref # 780) Bus Anlyst: Mstr or equiv in CS/CIS/Bus. Admin/Tech or reltd ++ 1yr exp in SW Dvlpmnt (Ref # 781) Syst Anlyst: Bach or equiv in CS/Comp App/CIS/ Engg(any field) + 2 yrs exp in Apps Devlpmnt (Ref # 782) Prog Anlyst: Mstr or equiv in CS/CIS/Com App/Engg + 1 yr exp in SW Dvlpmnt (Ref # 783) Resume: HR Dept, refer to Job #----, Polaris Software Lab, (India) Ltd. at 517 Route 1 South, Woodbridge Place, Ste. 2103, Iselin, NJ 08830

### COMPUTER — North Brunswick — 22215
R & R Systems DBA X-PERTIZE requires Senior Programmer Analyst: Position requires Master's in Computer Science or Equivalent with two years of experience in related field. Design, develop and analyze Web Applications using .Net ASP/ASP.Net, VB.Net, .Net Framework, JavaScript, C#, PL/SQL, Cold Fusion, Enterprise Architect, SQL Server, Oracle, Windows NT/2000. Job Location: North Brunswick, NJ 08902. Resumes: careers@x-pertize.com

### COMPUTER — Bridgewater
Technical Architect. Exp'd indiv in Pharmaceutical Commercial ops to work w/ Life Science clients & internal domain experts utilizing adv'd tech. skills to determine needs, provide solution functionality & make recommendations. Provide expertise on integration of data. Use PMBOK methodology & concepts, provide visual representations. Qual applic must possess BS in CS/Eng or related field & 5 yrs consulting exp. (Emp. will accept an MS+3) Skilled in 1-Many Contract Sphere, Model-N, CARS, Rebates, Chargebacks. Travel reqd. Submit res & refs to Human Resources at Alliance Life Science Consulting Group, 750 Route 202 South, Ste 230, Bridgewater NJ 08807.

### COMPUTER — Hightstown
TM1 Developer/Analyst (Hightstown) - Responsible for developing TM1 performance scripts utilizing VBA & TM1 app performance interfaces. Develop TM1 cubes, dimensions, rules, Turbo Integrator Processes and Reports. Provide technical support for Financial Planning & Budgeting TM1 apps. Develop scheduler jobs util Maestro scheduler. Integrate TM1 apps w/ external apps using TI processes for data loading activities. Utilize PL SQL & Load Runner performance testing tool to manage & control TM1 app upgrades & system maintenance processes. Document all TM1 component design & architecture in accordance w/ Software Development Life Cycle standards. Utilize expertise in IBM Cognos 8 BI tools incl Report Studio, Framework Manager & Query Studio in developing & testing TM1 reports. Req's: Bachelor's in Computer or Electrical Eng'g, CS, or IT & 5 yrs exp in position offered or as Programmer Analyst or Technical Architect utilizing all technologies listed in job description. Send resumes to: Theresa Halasz, HR, The McGraw-Hill Companies, Inc., 148 Princeton Hightstown Road, Hightstown, NJ 08520 or apply online at www.mcgraw-hill.com/careers, referencing job #11-09-2010. We are an equal opportunity employer.

### COMPUTER - SENIOR DEVELOPER — Edison — 24630
Computer - Senior Developer, Edison, NJ - Design, architect & build complex distributed scalable solutions for Web & WinForms using C#.Net 3.5 & higher, .Net, C#, Web Services, WCF, WinForms, ASP.Net, SQL Server 2005 +, Oracle 10g, 11g, custom controls, multi-threading, design pattern, Active Directory, VSTO 2008, XML. Create generic frameworks for reuse in different environmtls. Masters degree in Computer Science w/1 yr equi. Fax resume: 516-739-2893. Computer Technical Services, Inc.

### COMPUTER / IT — Iselin
Database Administrator - Synergy Software Solutions Inc (Iselin, NJ) seeks Database Administrators to develop, modify, test, & maintain database management systems utilizing specialized knowledge in SSO Management tools, Sun Directory Server, Sun Application Server, IIS, Apache, WebSphere, WebLogic, HTML, Shell, Perl, C, C++, Red Hat Linux, Windows. Plan, schedule, install and test new databases and programs. Kindly forward the resume to dsp@synerzy.com; naveed@synerzy.com (HRD) Synerzy Software Solutions, Inc., 1 Austin Ave.., Iselin, NJ 08830. Contact - 732-414-2021

### COMPUTER PROFESSIONALS — South Plainfield — 27478
Computer Professionals: To undertake design, enhance, develop, test software modules, components; QA; utilize specific project based technologies; willing to relocate nationwide as needed; resume by mail only: The Principal Consulting, 50 Cragwood Rd, # 301, South Plainfield, NJ 07080 Attn: N. Gupta

### COMPUTER PROFESSIONALS — Jersey City
Seek experienced IT consultants with specific project based technologies to enhance, modify, test software modules. Willing to relocate nationwide as needed. Resume by mail only: Exzac Inc, Harborside Financial Center, Plaza 5, Suite 2720, Jersey City, NJ 07311

### COMPUTER PROGRAMMER — Piscataway
Computer Programmer: To Design, Implement, Analyze, Test & Maintain datawarehouse applications using Ab Initio GDE, EME, Plan IT, shell script, Perl script, JCL, SQL, PL/SQL, Visio, Toad. Should also have Good knowledge/ Experience of Java, C, C++ Linux, UNIX, Oracle, DB2, CA7 and Mainframe Send resumes to : International Systems Technologies,15 Corporate Plaza , Suite #135 Piscataway NJ 08854

### COMPUTER PROGRAMMER — Lyndhurst
Computer Programmer needed in Lyndhurst, New Jersey to: analyze, design, test & develop web-based software applics; create technical designs; develop & unit test code for web & J2EE applics; test & de-bug new software. Min. req: MS in Comp. Sci., Info. Tech. or rel. field or for. equiv. plus 6 mths. rel. exp. Java & Oracle Certified Programmer req'd. Send resume & cover ltr to: HR, Business Object Solutions, Inc., 6629 Weatheford Ct., McLean, VA 22101. No calls or emails pls. EOE.

### COMPUTER SOFTWARE ENGINEER — Piscataway — 25457
COMPUTER SOFTWARE ENGINEER, APPLICATIONS- LEVEL 1 & LEVEL 2: Pramisoft Inc has multiple positions available in Piscataway, NJ, and various project sites throughout the U.S. Must be willing to travel across U.S. as per project assignments. COMPUTER SOFTWARE ENGINEER, APPLICATIONS LEVEL 1- Job duties include Configure, analyze, design, implement, manage, and customize software applications using at least 5 skills c#.net,vb.net, Ajax, Share Point Designer, InfoPath, Moss 2007, XML, web services, Access, VBA programming, Oracle,PL/SQL, SQL Server, SSIS, SSRS, SSAS, DB2, BizTalk, Java, J2ee, Websphere portal, Weblogic portal, Log4J, MQ Series, OBIEE, Cognos Qualifications: Bachelors or equiv in Computers, Math, Engineering or related with 1 year of exp. COMPUTER SOFTWARE ENGINEER APPLICATIONS- Level 2 Job duties include Configure, analyze, design, implement, manage, and customize software applications using at least 5 skills c#.net,vb.net, Ajax, Share Point Designer, InfoPath, Moss 2007, XML, web services, Access, VBA programming, Oracle,PL/SQL, SQL Server, SSIS, SSRS, SSAS, DB2, BizTalk, Java, J2ee, Websphere portal, Weblogic portal, Log4J, MQ Series, OBIEE, Cognos Qualifications: Masters or equiv in Computers, Math, Engineering or related Send res. to Pramisoft Inc.15 Corporate Plc South #315A, Piscataway, NJ 08854

### COMPUTER SR. SOFTWARE ENGINEER — Edison — 22199
(1) Having knowledge in .Net, C#, WCF, WPF, Com Applications, MVC, MVP, Java, J2EE, JSF, Hibernate, Struts, Redhat, Oracle, SQL, Siebel & Salesforce. SR. BUSINESS ANALYSTS (2) To write business requirements, familiar with UAT, BRD, FRD, SDM Template, AML Operations, SQL, OLTP, UI, Middle Tier, Use Cases, and Clear Cases. Holding Master's in CS/ IT/Finance/Math's/Busi. Admin/any Engineering. or related field. Will also accept Bachelor's with 5 years of experience. For JUNIOR position of PROGRAMMER/BUSINESS ANALYSTS holding Bachelor's in CS/IT/Finance/ Math's/Busi. Admin/any Engineering. or related field. Will also accept Associates with 2 years of experience. Travel and Relocation is possible. Mail resumes to: Apex Technology Group, Inc at 2 Kilmer Rd. Suite# C, Edison NJ 08817. EOE

### COMPUTER-DATABASE ADMINISTRTRS — Bound Brook — 23844
Computer - Database Administrators in Bound Brook, NJ commuting areas & other locns nationwide. Plan, test, implement, install, coordinate, change computer database & security using MS SQL Server, DB2, DTS, SSIS,SSRS,SSAS, Unix scripting, Litespeed, Performance Analyzer, Idera, Perforce, VSS, DBArtisan, .Net, ASP, ERwin, Crystal Reports, and UNIX. Exp in migrating DB2 to SQL Server, multi node clustering, data encryption, mirroring, replication, SAN, RAID reqd. Min 4 yrs exp in job offered or related occupation such as an Analyst. Reloc may be reqd. Send resume: Geomatrix Software Services, Inc, HR Dept, 210 E. High St, Bound Brook, NJ 08805

### COMPUTER-DATABASE ADMINISTRTRS — Iselin — 23594
Computer - Vedicsoft Solutions Inc. has openings for Database Administrators in Iselin, NJ and other unanticipated locations nationwide. Duties: Plan, coordinate, test, integrate, implement, and maintain databases using Oracle, Affinium Unica, ETL (Informatica), Cognos, TOAD, Java, J2EE, JAD sessions, SAP testing, Agile methodology, Visio, DB2, TTCN, AXD switches and SQL Navigator. Req.: Master's degree or equivalent in Computer Science/Engineering with at least three (3) years of experience in the field. A baccalaureate degree with 5 years of post-baccalaureate, progressive experience is acceptable for Master's equivalency. Relocation may be required. Any suitable combination of education, training, or experience is acceptable. Mail resume with proof of work eligibility to: HR-Vedicsoft Solutions Inc., 100 Wood Avenue S., #200, Iselin, NJ 08830.

### COMPUTER-SOFTWARE ENGINEERS — Iselin — 23593
Computer - Vedicsoft Solutions Inc. has openings for Software Engineers in Iselin, NJ & other unanticipated locations nationwide. Duties: Design, develop, customize, test, & validate software applications using Oracle SQL, PL/SQL, ERWIN, Visio, TOAD, Oracle SQL Developer, Oracle Weblogic Application Server, Rational Rose, UML, Autosys, CVS, Informatica, Business Objects, Java, JDBC, XML, SQL Server and DB2 UDB. Req.: Master's degree or equivalent in Computer Science/Engineering with at least three (3) years of experience in the field. Bachelor's degree with 5 years of post-baccalaureate, progressive exp is acceptable for Master's equivalency. Any suitable combination of education, training,or experience is acceptable.Mail resume with proof of work eligibility to: HR-Vedicsoft Solutions Inc,100 Wood Ave S, #200, Iselin, NJ 08830

### COMPUTERS — Jersey City
Analyst 1/Banking Officer sought by The Bank of Tokyo-Mitsubishi UFJ, Ltd. in Jersey City, NJ to dsgn & dvlp enterprise web applics using latest web technologies inc. MS, Java, HTTP, TCP/IP, SMTP, FTP & adhere to project lifecycle guidelines. Support & maintain existing enterprise web applics & administer intranet & vendor hosted web hosting envrmt. Apply knowl of applic dsgn & utilize UML & dsgn tools. Req. Bachelor's in IT, Comp Sci, MIS, Engg, Comp Engg, or Electronics Engg or foreign equiv deg + 5 yrs rltd exp in enterprise-level applic dsgn & dvlpmt & object oriented analysis & UML doc dsgn. Fax resume to HR (201) 413-8790. EOE.

### COMPUTERS — Jersey City
Associate, Programmer Analyst (Knight Equity Markets, L.P. - Jersey City, NJ) - Dsgn, dvlp, implmt & support reporting portal for high level mgmt to track performance of firm's business lines, product lines & clients. Reqts: Bachelor's deg or foreign equiv in Info Tech, Comp Sci, Comp Engg, or rel. + 5 yrs exp in job offd or as Java Developer or rel. Must have exp w/: architecture, dsgn, dvlpmt, & reqmts gathering; dvlpg core fin'l applics using Core Java, multithreading, object oriented dsgn, & dvlpmt methodologies; relational d/base mgmt system concepts as applied in fin'l services; J2EE technologies, JSP, Servlets, Spring, Struts, Ajax, XML, Javascript & JDBC; Web Servers/ Application Servers Apache Tomcat & Weblogic; messaging framework TIBCO; Oracle 9i/ 10g, Sybase ASE 12.5, & PL/SQL programming; version control system CVS; shell scripting, process schedulers, & deploying applics on UNIX; analyzing data & debugging data issues. Resume to Knight, HR Dept, Attn: MC, 545 Washington Blvd., Jersey City, NJ 07310. Must specify ad code: MM. EOE.

### COMPUTERS — Piscataway — 25594
Business Systems Analyst sought by Vaptech, Inc. in Piscataway, NJ to analyze business procedures, GAP, ROI, SWOT and cost benefits, write BRDs, SRDs and FRDs and apply to databases using Mercury, Oracle, Sybase, SQL, SharePoint, MS Visio, Snag it, SDLC, Agile, Waterfall and Rational Unified Process, includ. Rose, Clear Quest, Pro and Clear Case. Master's or equiv. in Business Admin or CS & 1 year pre-Master's work exp. is req. Relocation may be req. Send resume and cover letter to Vaptech, Inc., Attn: HR, 15 Corporate Place S, #201, Piscataway, NJ 08854

### COMPUTERS — Jersey City
**Computers Lead Programmer Analyst (Jersey City, NJ) apply in- depth knowledge of Oracle Financials 11i, AOL objects, APIs and business intelligence analysis to guide business users. M-F, 9-5:30 PM, salary commensurate with experience. Required: 3 years of work experience in the job or 3 years as Sr Software Engineer or Technical Consultant, any suitable combination of education, training and work experience is acceptable. Resumes to Broadridge HR by e-mail to HiringInfo@aol.com, or fax to 212-591-6623, EOE.**

### COMPUTERS — Woodbridge
E*Pro, Inc., has multiple positions for: Software Engineers: Dsgn, dvlp, create, modify, customize, test, & validate s/ware applics, using Java, Java Swing, J2EE, JDK, Servlets, JavaScript, EJB, AJAX, Richfaces, HTML, XHTML, DHTML, CSS, EJB, jBPM, JAXP, SOAP, WSDL, SAAJ, JAXRPC, XQuery, XPATH, XSLT, Weblogic, Websphere, JBoss, JRun, IBM RAD, IBM WSAD, IntelliJ IDEA, Eclipse, JBuilder, TOAD, Oracle, Castor, Sybase, My SQL, PVSC & CVS. Master's or equiv in Sci or Engg reqd, w/at least 6 mths exp in job offd or as a Software Engineer, Associate or Programmer/Systems Analyst. Send Resume to E* Pro, Inc., HR Dept., 1000 U.S Highway 9 North, Ste. 303, Woodbridge, NJ 07095

### COMPUTERS — Edison — 25597
Network Engineer: Sumas Corp (Edison, NJ) Dsgn, testing & implmnt of n/works incl Installing & Configuring Cisco Routers & Switches, LAN & WAN, DNS & DHCP Server, Red Hat Linux 3, 4x, 5x & 6x, IBM AIX 4.3.3, 5.1.5.2, 5.3, Solaris 8, 9, 10, VMware ESX 3.x, Sun Sparc Enterprise T5140, T2000, VERITAS Netbackup, SAN, NFS, Apache Server, FTP Server, Proxy Server, Mail Server & Windows 9X/NT/2K/XP. Reqs BS/MS in Sci, Comp Sci or rel w/5/1 yr exp. Freq travel. Fx: (732) 572-7205

### COMPUTERS — Edison — 25596
Programmer Analyst (Edison, NJ) analysis, dsgn, coding, testing, implmnt & integration of s/ware systems using Informatica Power Center 7.1, informatica PowerConnect for (SAP R/3, Mainframe, AS/400), Oracle 10g, SQL Server 2000, Teradata V2R4, PL/SQL, Shell scripting, Windows 2000/Unix/AIX. Req MS Sci, Comp Sci, or for equiv w/2 yrs exp. Freq travel. Fax: Sumas Corp, 732-572-7205

### COMPUTERS — South Plainfield — 26085
Programmer Analyst: Dsgn, dvlp, test, implmt & support s/ware applics using Java/J2EE, EJB, JSP/Servlets, JDBC, JSTL, JMS, JNDI, XML,SOAP, WSDL, Hibernate, Springs, Teradata, SQL SERVER, PERL, Unix. Req BS Comp Sci, Eng or rel w/2 yrs exp. Mail resumes to Mindwave Solutions Inc., 295 Durham Ave, Ste 215, South Plainfield, NJ 07080.