# Exhibit L

ANISH PRABHUDESAI

+ $ _____ ✓

_____ ) $418 ✓

— ___H_____ ✓

— INTR: _____

— PROF: _____

NET: $ _____



ANISH PRABHUDESAI
_____

ANISH PRABUD. FOLDER

SER 160 —

STAR LDG → WHO IS THIS?

1/16
1/23   ADS:
COMP.   READ PRE
         ANALYST

_____

— MAYA SINHA

Anish Prabhudesai

# FLOWERSON ADVERTISING

PMB #H248, 2nd Floor
244 Fifth Avenue
New York, NY 10001

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/19/09 | 758-BR |

**BILL TO**

BROADRIDGE FINANCIAL SOLUTIONS INC
PO Box 6500
Jersey City, NJ 07306
Attn: Patricia Sacristan
RE: Anish Prabhudesai-Green Card Ads

| DESCRIPTION | AMOUNT |
|---|---:|
| Advertising in The Star Ledger Sunday Edition in October 2009 | 890.00 |
| Advertising in The Star Ledger Sunday Edition in November 2009 | 890.00 |
| Advertising in The Computer World Magazine - PERM Green Card Professional Position Recruitment Requirement | 1,030.00 |
| Internet Advertising for 30 Days | 150.00 |
| Resume Acceptance Service | 250.00 |

Please pay to
FLOWERSON,
PMB# H248, 244 Fifth Avenue, Second Floor
New York, NY 10001

**Total** $3,210.00

# **FLOWERSON ADVERTISING**

**TO:**

    Ms. Patricia Sacristan
    Immigration Specialist
    Broadridge Financial Solutions, Inc.
    P.O. Box 6500
    Jersey City, New Jersey 07306

**FROM:**

    Flowerson Advertising
    New York City, New York

**RE:**

    PERM ADVERTISING FOR
    <u>Mr. ANISH PRABHUDESAI</u>
    (Broadridge, Jersey City, NJ)
    As per Mr. Marijan Cvjeticanin, Paralegal
    Wildes & Weinberg, PC, New York

**BILLING DATE:**    09/15/2009

## FLOWERSON CORPORATE TAX ID NUMBER: 11-3453897

*PLEASE MAKE CHECKS PAYABLE TO <u>"FLOWERSON"</u>*

# GLOBAL MEDIA NY, INC.
PHONE NUMBER: (631) 584-0000
FACSIMILE NUMBER: (631) 584-0044

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| **CLASSIFIED ADVERTISING** | Ms. Kathy |
| **COMPANY:** | **DATE:** |
| **STAR LEDGER** | 01/06/2011 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (973) 392-4129 | 2 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| (1-800) 501-2100 | E-mail: Newimmigrant@aol.com |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| **CLASSIFIED AD – COMPUTERS** | |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Sir or Madam:    *SERGIO!    IF POSSIBLE:*

Enclosed please find the draft ads which I would like to be run in
The Star Ledger under "Computers" on **Sunday, January 09, 2011.**

Please let me know the price of the ads (billing details) and the availability and if there **is any discount** for running the same ad for **two consecutive Sundays (on January 16, 2011).**

Please let me know if you require anything else. Thank you for your kind attention to this matter.

Sincerely,

Kathy

*CALL ALSO:
917-318-1123
MY HUSBAND
MARIJAN —
CREDIT CARD*

**6 LT. JOHN OLSEN LANE
SAINT JAMES, NY 11780, USA**

*TO SERGIO*
*973 392 4129*

**Computers Lead Programmer Analyst (Jersey City, NJ)** – apply in-depth knowledge of Oracle Financials 11i, AOL objects, APIs and business intelligence analysis to guide business users. M-F, 9-5:30 PM, salary commensurate with experience. Required: 3 years of work experience in the job or 3 years as Sr Software Engineer or Technical Consultant, any suitable combination of education, training and work experience is acceptable. Resumes to Broadridge HR by e-mail to HiringInfo@aol.com, or fax to 212-591-6623, EOE.

Case 3:14-cr-00274-MAS   Document 91-12   Filed 07/27/15   Page 8 of 8 PageID: 1542

PAGE 8   SECTION TEN          THE STAR-LEDGER CLASSIFIED www.nj.com/realezads          SUNDAY, JANUARY 16, 2011

## JOBS

**COMPUTER** — Edison
COMPUTER SOFTWARE ENGINEER (MULT POS) WTD TO DEVELOP APPS FOR SOFTWARE CO. IN CLEARCASE, ANT, PERL, WEBSPHERE & MAVEN. MUST HAVE M.S. (OR EQUIV.) IN COMP. SCI., OR RELATED DISC. & STRONG ORACLE RDBMS SKILLS. REPLY W/ RESUME TO: HR (JOB ID#1310), Addteq, LLC, 40 Brunswick Ave., Ste 207, Edison, NJ 08817

**COMPUTER** — Edison   24223
Logic Planet is in need of 10 Computer Information Systems Manager at Edison, NJ commuting area to plan, direct, coordinate activities in such fields as electronics data processing, Information system, Systems analysis & Computer programming. IT PROJECT EXECUTIONS, SYSTEMS DESIGN, DEVELOPMENT AND DEPLOYMENT PROCESS, CHANGE MANAGEEMNT, HARDWARE AND SOFTWARE PLANNING, ISSUE RESOLUTION, SYSTEM FAILURE AND FAULT ISOLATION AND OVERALL TECHNICAL CENTER OVERSIGHT. PROFICIENCY AND EXPERIENCE IN IMPLEMENTING ONE/SOME OR ALL OF SAP, ORACLE APPLICATIONS, PEOPLESOFT, LDAP, SITEMINDER, ORACLE, SQL SERVER, EBUSINESS APPLICATIONS DEVELOPMENT TOOLS SUCH AS JAVA, J2EE, .NET, C++, PL/SQL, UNIX AND BI TOOLS SUCH AS COGNOS, SAS, INFORMATICA, IBM WEBSPHERE DATASTAGE, MICROSTRATEGY, HYPERION, SAP BUSINESS OBJECTS, SAP BW ETC. Must have Masters Degree or Bachelor's degree with 5 yrs of work experience. Education in fields such as Computer Science, Science, Mathematics or any Engineering, Business Admin field. Combination of Education and work experience is acceptable to meet the Master Degree Requirement. Send resume to Mr. Logic Planet, Inc, 45 Brunswick Ave, Suite 130, Edison, NJ 08817

**COMPUTER** — Edison   24225
Logic Planet Inc is in need of 10 Programmer Analysts in Edison, NJ commuting area to develop and write computer programs and/or manage to store, locate and retrieve specific documents, data and information. Must have Bachelor's Degree or Equivalent in Computer Science, Science, Mathematics or any Engineering field. Combination of Education & Experience acceptable to meet the Bachelor degree requirement. Send resume to Mr. Sudhir Varma, Logic Planet, Inc, 45 Brunswick Ave, Suite 130, Edison, NJ 08817

**COMPUTER** — Piscataway
Network Managers in Piscataway, NJ area. Supervise/Mentor Jr. engineers & Implement/troubleshoot Routing, Switching & IP Telephony solutions involving UCM, UCME, UC, UCE, IPCCX, VOIP Gateway/Gatekeepers and SBC for enterprise networks. Administer Linux, Windows NT/00/03 domain w/ exchange. BS/equiv in Comp Sci, Eng or rel. w/5+ yrs rel. exp. CCIE Voice, CNP, & CCVP preferred. Travel/reloc as reqd. Send res. to: Subex Technologies, Inc. 255 Old New Brunswick Rd. Ste S240, Piscataway, NJ 08854

**COMPUTER** — Iselin   24790
Polaris Software Lab (India) Ltd is seeking candidates for following positions: Systems Analyst/Siebel: Mstr or equiv in CS/CIS/Info Sys/ Engg(any field) + 1yr exp OR Bach + 5yrs prog exp in Syst Anlysis (Ref # 780) Bus Anlyst Mstr or equiv in CS/CIS/Bus. Admin/Tech or reltd ++ 1yr exp. in SW Dvlpmnt (Ref # 781) Syst Anlyst Bach or equiv in CS/Comp App/CIS/ Engg(any field) + 2 yrs exp in Apps Devlpmnt (Ref # 782) Prog Anlyst Mstr or equiv in CS/CIS/Com App/Engg + 1 yr exp in SW Dvlpmnt (Ref # 783) Resume: HR Dept, refer to job #---, Polaris Software Lab, (India) Ltd. at 517 Route 1 South, Woodbridge Place, Ste. 2103, Iselin, NJ 08830

**COMPUTER** — North Brunswick   22215
X & R Systems DBA X-PERTIZE requires Senior Programmer Analyst Position requires Master's in Computer Science or Equivalent with two years of experience in related field. Design, develop and analyze Web Applications using .Net ASP/ASP.Net, VB.Net, .Net Framework, JavaScript, C#, PL/SQL, Cold Fusion, Enterprise Architect, SQL Server, Oracle, Windows NT/2000. Job location: North Brunswick, NJ 08902. Resumes: careers@x-pertize.com

**COMPUTER** — Bridgewater
Technical Architect. Exp'd indiv in Pharmaceutical Commercial ops to work w/ Life Science clients & internal domain experts utilizing adv'd tech. skills to determine needs, provide solution functionality & make recommendations. Provide expertise on integration of data. Use PMBOK methodology & concepts, provide visual representations. Qual applic must possess BS in CS/Eng or related field & 5 yrs consulting exp. (Emp. will accept an MS+3) Skilled in I-Many Contract Sphere, Model-N, CARS, Rebates, Chargebacks. Travel reqd. Submit res & refs to Human Resources at Alliance Life Science Consulting Group, 750 Route 202 South, Ste 230, Bridgewater NJ 08807.

**COMPUTER** — Hightstown
TM1 Developer/Analyst (Hightstown) - Responsible for developing TM1 performance scripts utilizing VBA & TM1 app performance interfaces. Develop TM1 cubes, dimensions, rules, Turbo Integrator Processes and reports. Provide technical support for Financial Planning & Budgeting TM1 apps. Develop scheduler jobs util Maestro scheduler. Integrate TM1 apps w/ external apps using TI processes for data loading activities. Utilize PL SQL & Load Runner performance testing tool to manage & control TM1 app upgrades & system maintenance processes. Document all TM1 component designs & architecture in accordance w/ Software Development Life Cycle standards. Utilize expertise in IBM Cognos 8 BI tools incl Report Studio, Framework Manager & Query Studio in developing & testing TM1 systems. Req's: Bachelor's in Computer or Electrical Eng'g, CS, or IT & 5 yrs exp in position offered or as Programmer Analyst or Technical Architect utilizing all technologies listed in job description. Send resumes to: Theresa Halasz, HR, The McGraw-Hill Companies, Inc., 148 Princeton Hightstown Road, Hightstown, NJ 08520 or apply online at www.mcgraw-hill.com/careers, referencing job #11-09-2010. We are an equal opportunity employer.

**COMPUTER - SENIOR DEVELOPER** — Edison   24630
Computer - Senior Developer, Edison, NJ - Design, architect & build complex distributed scalable solutions for Web & WinForms using C#.Net 3.5 & higher, .Net, C#, Web Services, WCF, WinForms, ASP.NET, SQL Server 2005 +, Oracle 10g, 11g, custom controls, multi-threading, design pattern, Active Directory, MSTO 2008, XML Create generic frameworks for reuse in different environmts. Masters degree in Computer Science w/1 yr exp. Fax resume: 516-739-2893. Computer Technical Services, Inc.

**COMPUTER / IT** — Iselin
Database Administrator - Synerzy Software Solutions Inc (Iselin, NJ) seeks Database Administrators to develop, modify, test, & maintain database management systems utilizing specialized knowledge in SSO Management tools, Sun Directory Server, Sun Application Server, IIS, Apache, WebSphere, WebLogic, HTML, Shell, Perl, C, C++, Red Hat Linux, Windows. Plan, schedule, install and test new databases and programs. Kindly forward the resume to dsp@synerzy.com; naveed@synerzy.com (HRD) Synerzy Software Solutions, Inc., 1 Austin Ave., Iselin, NJ 08830. Contact - 732-414-2021

**COMPUTER PROFESSIONALS** — South Plainfield   27478
Computer Professionals: To undertake design, enhance, develop, test software modules, components; QA; utilize specific project based technologies; willing to relocate nationwide as needed; resume by mail only: The Principal Consulting, 50 Cragwood Rd, # 301, South Plainfield, NJ 07080 Attn: N. Gupta

**COMPUTER PROFESSIONALS** — Jersey City
Seek experienced IT consultants with specific project based technologies to enhance, modify, test software modules. Willing to relocate nationwide as needed. Resume by mail only: Exzac Inc, Harborside Financial Center, Plaza 5, Suite 2720, Jersey City, NJ 07311

**COMPUTER PROGRAMMER** — Piscataway
Computer Programmer: To Design, Implement, Analyze, Test & Maintain datawarehouse applications using Ab Initio GDE, EME, Plan IT, shell script, Perl script, JCL, SQL, PL/SQL Visio, Toad. Should also have Good knowledge/ Experience of Java, C, C++ Linux, Unix, Oracle, DB2, CA7 and Mainframe Send resumes to : International Systems Technologies,15 Corporate Plaza , Suite #135 Piscataway NJ 08854

**COMPUTER PROGRAMMER** — Lyndhurst
Computer Programmer needed in Lyndhurst, New Jersey to: analyze, design, test & develop web-based software applics; create technical designs; develop & unit test code for web & J2EE applics; test & de-bug new software. Min. req: MS in Comp. Sci., Info. Tech. or rel. field or for. equiv. plus 6 mths. rel. exp. Java & Oracle Certified Programmer req'd. Send resume & cover ltr to: HR, Business Object Solutions, Inc., 6629 Weatheford Ct., McLean, VA 22101. No calls or emails pls. EOE.

**COMPUTER SOFTWARE ENGINEER** — Piscataway   25457
COMPUTER SOFTWARE ENGINEER, APPLICATIONS- LEVEL 1 & LEVEL 2: Pramisoft Inc has multiple positions available in Piscataway, NJ, and various project sites throughout the U.S. Must be willing to travel across U.S. as per project assignments. COMPUTER SOFTWARE ENGINEER, APPLICATIONS LEVEL 1- Job duties include Configure, analyze, design, implement, manage, and customize software applications using at least 5 skills c#.net,vb.net, Ajax, Share Point Designer, InfoPath, Moss 2007, XML web services, Access, VBA programming, Oracle,PL/SQL, SQL Server, SSIS, SSRS, SSAS, DB2, BizTalk, Java, J2ee, Websphere portal, Weblogic portal, Log4J, MQ Series, OBIEE, Cognos Qualifications: Bachelors or equiv in Computers, Math, Engineering or related with 1 year of exp. COMPUTER SOFTWARE ENGINEER APPLICATIONS- Level 2 Job duties include Configure, analyze, design, implement, manage, and customize software applications using at least 5 skills c#.net,vb.net, Ajax, Share Point Designer, InfoPath, Moss 2007, XML web services, Access, VBA programming, Oracle,PL/SQL, SQL Server, SSIS, SSRS, SSAS, DB2, BizTalk, Java, J2ee, Websphere portal, Weblogic portal, Log4J, MQ Series, OBIEE, Cognos Qualifications: Masters or equiv in Computers, Math, Engineering or related Send res. to Pramisoft Inc.15 Corporate Plc South #315A, Piscataway, NJ 08854

**COMPUTER SR. SOFTWARE ENGINEER** — Edison   22199
(1) Having knowledge in .Net, C#, WCF, WPF, Com Applications, MVC, MVP, Java, J2EE, JSF, Hibernate, Struts, Redhat, Oracle, SQL, Siebel & Salesforce. SR. BUSINESS ANALYSTS (2) To write business requirements, familiar with UAT, BRD, FRD, SDM Template, AML Operations, SQL, OLTP, UI, Middle Tier, Use Cases, and Clear Cases. Holding Master's in CS/ IT/Finance/Math's/Busi. Admin/any Engineering. or related field. Will also accept Bachelor's with 5 years of experience. For JUNIOR position of PROGRAMMER/BUSINESS ANALYSTS holding Bachelor's in CS/IT/Finance/ Math's/Busi. Admin/any Engineering. or related field. Will also accept Associates with 2 years of experience. Travel and Relocation is possible. Mail resumes to: Apex Technology Group, Inc at 2 Kilmer Rd. Suite# C, Edison NJ 08817. EOE

**COMPUTER-DATABASE ADMINISTRTRS** — Bound Brook   23844
Computer - Database Administrators in Bound Brook, NJ commuting areas & other locns nationwide. Plan, test, implement, install, coordinate, change computer database & security using MS SQL Server, DB2, DTS, SSIS,SSRS,SSAS, Unix scripting, Litespeed, Performance Analyzer, Idera, Perforce, VSS, DBArtisan, .Net, ASP, ERwin, Crystal Reports, and UNIX. Exp in migrating DB2 to SQL Server, multi node clustering, data encryption, mirroring, replication, SAN, RAID reqd. Min 4 yrs exp in job offered or related occupation such as an Analyst. Reloc may be reqd. Send resume: Geomatrix Software Services, Inc, HR Dept 210 E. High St, Bound Brook, NJ 08805

**COMPUTER-DATABASE ADMINISTRTRS** — Iselin   23594
Computer - Vedicsoft Solutions Inc. has openings for Database Administrators in Iselin, NJ and other unanticipated locations nationwide. Duties: Plan, coordinate, test, integrate, implement, and maintain databases using Oracle, Affinium Unica, ETL (Informatica), Cognos, TOAD, Java, J2EE, JAD sessions, SAP testing, Agile methodology, Visio, DB2, TTCN, AXD switches and SQL Navigator. Req.: Master's degree or equivalent in Computer Science/Engineering with at least three (3) years of experience in the field. A baccalaureate degree with 5 years of post-baccalaureate, progressive experience is acceptable for Master's equivalency. Relocation may be required. Any suitable combination of education, training, or experience is acceptable. Mail resume with proof of work eligibility to: HR-Vedicsoft Solutions Inc., 100 Wood Avenue S., #200, Iselin, NJ 08830.

**COMPUTER-SOFTWARE ENGINEERS** — Iselin   23593
Computer - Vedicsoft Solutions Inc. has openings for Software Engineers in Iselin, NJ & other unanticipated locations nationwide. Duties: Design, develop, customize, test & validate software applications using Oracle SQL, PL/SQL, ERWIN, Visio, TOAD, Oracle SQL Developer, Oracle Weblogic Application Server, Rational Rose, UML Autosys, CVS, Informatica, Business Objects, Java, JDBC, XML, SQL Server and DB2 UDB. Req.: Master's degree or equivalent in Computer Science/Engineering with at least three (3) years of experience in the field. Bachelor's degree with 5 years of post-baccalaureate, progressive exp is acceptable for Master's equivalency. Any suitable combination of education, training,or experience is acceptable.Mail resume with proof of work eligibility to: HR-Vedicsoft Solutions Inc,100 Wood Ave S, #200, Iselin, NJ 08830

**COMPUTERS** — Jersey City
Analyst 1/Banking Officer sought by The Bank of Tokyo-Mitsubishi UFJ, Ltd. in Jersey City, NJ to dsgn & dvlp enterprise web applics using latest web technologies inc. MS, Java, HTTP, TCP/IP, SMTP, FTP & adhere to project lifecycle guidelines. Support & maintain existing enterprise web applics & administer intranet & vendor hosted web hosting envrmt. Apply knowl of applic dsgn & utilize UML & dsgn tools. Req. Bachelor's in IT, Comp Sci, MIS, Engg, Comp Engg or Electronics Engg or foreign equiv deg + 5 yrs rltd exp in enterprise-level applic dsgn & dvlpmt & object oriented analysis & UML doc dsgn. Fax resume to HR (201) 413-8790. EOE.

**COMPUTERS** — Jersey City
Associate, Programmer Analyst (Knight Equity Markets, LP - Jersey City, NJ) - Dsgn, dvlp, implmt & support reporting portal for high level mgmt to track performance of firm's business lines, product lines & clients. Reqts: Bachelor's deg or foreign equiv in Info Tech, Comp Sci, Comp Engg, or rel. + 5 yrs exp in job offd or as Java Developer or rel. Must have exp w/: architecture, dsgn, dvlpmt, & reqmts gathering; dvlpg core fin'l applics using Core Java, multithreading, object oriented dsgn, & dvlpmt methodologies; relational d/base mgmt system concepts as applied in fin'l services; J2EE technologies, JSP, Servlets, Spring, Struts, Ajax, XML Javascript & JDBC; Web Servers/ Application Servers Apache Tomcat & Weblogic; messaging framework TIBCO; Oracle 9i/ 10g, Sybase ASE 12.5, & PL/SQL programming; version control system CVS; shell scripting, process schedulers, & deploying applics on UNIX; analyzing data & debugging data issues. Resume to Knight HR Dept., Attn: MC, 545 Washington Blvd., Jersey City, NJ 07310. Must specify ad code: MM. EOE.

**COMPUTERS** — Piscataway   25594
Business Systems Analyst sought by Vaptech, Inc. in Piscataway, NJ to analyze business procedures, GAP, ROI, SWOT and cost benefits, write BRDs, SRDs and FRDs and apply to databases using Mercury, Oracle, Sybase, SQL, SharePoint, MS Visio, Snag it, SDLC, Agile, Waterfall and Rational Unified Process, includ. Rose, Clear Quest, Pro and Clear Case. Master's or equiv in Business Admin or CS & 1 year pre-Master's work exp. is req. Relocation may be req. Send resume and cover letter to Vaptech, Inc., Attn: HR, 15 Corporate Place S, #201, Piscataway, NJ 08854

**COMPUTERS** — Jersey City
Computers Lead Programmer Analyst (Jersey City, NJ) apply in-depth knowledge of Oracle Financials 11i, AOL objects, APIs and business intelligence analysis to guide business users. M-F, 9-5:30 PM, salary commensurate with experience. Required: 3 years of work experience in the job or 3 years as Sr Software Engineer or Technical Consultant, any suitable combination of education, training and work experience is acceptable. Resumes to Broadridge HR by e-mail to HiringInfo@aol.com, or fax to 212-591-6623, EOE.

**COMPUTERS** — Woodbridge
E*Pro, Inc., has multiple positions for Software Engineers: Dsgn, dvlp, create, modify, customize, test & validate s/ware applics, using Java, Java Swing, J2EE, JDK, Servlets, JavaScript, JSTL, AJAX, Richfaces, HTML, XHTML, DHTML, CSS, EJB, JBPM, JAXP, SOAP, WSDL, SAAJ, JAXRPC, XQuery, XPATH, XSLT, Weblogic, Websphere, JBoss, JRun, IBM RAD, IBM WSAD, IntelliJ IDEA, Eclipse, JBuilder, TOAD, Oracle, Castor, Sybase, My SQL, PVSC & CVS. Master's or equiv in Sci or Engg reqd, w/at least 6 mths exp in job offd or as a Software Engineer, Associate or Programmer/Systems Analyst Send Resume to E* Pro, Inc., HR Dept, 1000 U.S Highway 9 North, Ste. 303, Woodbridge, NJ 07095

**COMPUTERS** — Edison   25597
Network Engineer: Sumas Corp (Edison, NJ) Dsgn, testing & implmtn of n/works incl Installing & Configuring Cisco Routers & Switches, LAN & WAN, DNS & DHCP Server, Red Hat Linux 3, 4x, 5x & 6x, IBM AIX 4.3.3, 5.1.5.2, 5.3, Solaris 8, 9, 10, VMware ESX 3.x, Sun Sparc Enterprise T5140, T2000, VERITAS Netbackup, SAN, NFS, Apache Server, FTP Server, Proxy Server, Mail Server & Windows 9X/NT/2K/XP. Reqs BS/MS in Sci, Comp Sci or rel w/5/1 yr exp. Freq travel. Fx (732) 572-7205

**COMPUTERS** — Edison   25596
Programmer Analyst (Edison, NJ) analysis, dsgn, coding, testing, implmtn & integration of s/ware systems using Informatica Power Center 7.1, informatica PowerConnect for (SAP R/3, Mainframe, AS/400), Oracle 10g, SQL Server 2000, Teradata V2R4, PL/SQL, Shell scripting, Windows 2000/Unix/AIX. Req MS Sci, Comp Sci, or for equiv w/2 yrs exp. Freq travel. Fax: Sumas Corp. 732-572-7205

**COMPUTERS** — South Plainfield   26085
Programmer Analyst Dsgn, dvlp, test, implmt & support s/ware applics using Java/J2EE, EJB, JSP/Servlets, JDBC, JSTL, JMS, JNDI, XMLSOAP, WSDL, Hibernate, Springs, Teradata, SQL SERVER, PERL Unix. Req BS Comp Sci, Eng or rel w/2 yrs exp. Mail resumes to Mindwave Solutions Inc., 295 Durham Ave, Ste 215, South Plainfield, NJ 07080.