LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
(LGR LAW, LLC)

| NEW JERSEY OFFICE | NEW YORK OFFICE |
|---|---|
| 130 POMPTON AVENUE | 80 BROAD STREET, 5TH FLOOR |
| VERONA, NJ 07044 | NEW YORK, NY 10004 |
| (973) 239-4300 | (212) 837-7730 |

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

September 29, 2015

*Via Email and ECF*

Honorable Michael A. Shipp
United States District Court Judge
Clarkson S. Fisher Federal Bldg.
 & Fed. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

        RE:    United States v. Marijan Cvjeticanin
                 Crim. No. 14-CR-274 (MAS)

Dear Judge Shipp:

      I am writing to Your Honor to respectfully request a slight adjournment in the sentencing in the above matter.  I am starting trial on September 30, 2015, that is projected to last until the first or second week of November.  I am a solo practitioner and the trial will monopolize the overwhelming majority of my time for the next 5 to 6 weeks.  I would be woefully unprepared to proceed with the sentencing of Mr. Cvjeticanin without amble time to prepare for that sentencing.  Our sentencing date is currently scheduled for November 11, 2015.  A slight adjournment of three weeks would be greatly appreciated.  The government does not consent to this request.

                                                     Respectfully submitted,

                                                       s/

                                                       Lorraine Gauli-Rufo
                                                       Attorney for Marijan Cvjeticanin

Enclosures
cc:     Francisco Navarro, AUSA
        Dennis Carlotta, AUSA