LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
(LGR LAW, LLC)



| | | |
|---|---|---|
| NEW JERSEY OFFICE<br>130 POMPTON AVENUE<br>VERONA, NJ 07044<br>(973) 239-4300 | | NEW YORK OFFICE<br>80 BROAD STREET, 5TH FLOOR<br>NEW YORK, NY 10004<br>(212) 837-7730 |

LGAULIRUFO@GMAIL.COM<br>
WWW.LGAULIRUFO.COM<br>
FAX: (973) 239-4310

September 29, 2015

*Via Email and ECF*

Honorable Michael A. Shipp
United States District Court Judge
Clarkson S. Fisher Federal Bldg.
 & Fed. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

        RE:    United States v. Marijan Cvjeticanin
                 Crim. No. 14-CR-274 (MAS)

Dear Judge Shipp:

      I am writing to Your Honor to respectfully request a slight adjournment in the sentencing in the above matter. I am starting trial on September 30, 2015, that is projected to last until the first or second week of November. I am a solo practitioner and the trial will monopolize the overwhelming majority of my time for the next 5 to 6 weeks. I would be woefully unprepared to proceed with the sentencing of Mr. Cvjeticanin without amble time to prepare for that sentencing. Our sentencing date is currently scheduled for November 11, 2015. A slight adjournment of three weeks would be greatly appreciated. The government does not consent to this request.

                                          Respectfully submitted,

                                          s/

                                          Lorraine Gauli-Rufo
                                          Attorney for Marijan Cvjeticanin

Enclosures
cc:    Francisco Navarro, AUSA
        Dennis Carlotta, AUSA

*Denied* this  30th  day
of  September , 20 15
      /s/ Shipp