LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
(LGR LAW, LLC)

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
80 BROAD STREET, 5TH FLOOR
NEW YORK, NY 10004
(212) 837-7730

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

October 13, 2015

*Via Email and ECF*

Honorable Michael A. Shipp
United States District Court Judge
Clarkson S. Fisher Federal Bldg.
 & Fed. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

RE:   United States v. Marijan Cvjeticanin
      Crim. No. 14-CR-274 (MAS)

Dear Judge Shipp:

      According to the Standing Order filed by Judge Thompson on July 7, 2000, the draft Presentence Report ("PSR") is to be received by the parties no later than 50 days before the sentencing date. We received the draft PSR on October 9, 2015, *via email*, which with the addition of the three additional days provided in the Standing Order (if the PSR is received by other than hand delivery), the received date is October 13th. In addition, because October 13, 2015 was a holiday, the actual date the PSR is deemed received is October 14, 2015. Mr. Cvjeticanin respectfully requests the full time allowed pursuant to the Standing Order to prepare adequately for his sentencing hearing, which entails reviewing the draft PSR, objecting to the draft PSR, receiving the final PSR, and writing and submitting a sentencing memorandum and gathering and providing additional material for the Court's consideration following receipt and review of the final PSR.  Therefore, Mr. Cvjeticanin respectfully requests that Your Honor schedule the sentencing date no earlier than December 1, 2015 which is the earliest date that would comport with the Standing Order.  Your Honor's time and consideration is greatly appreciated.

                                              Respectfully submitted,

                                              s/

                                              Lorraine Gauli-Rufo
                                              Attorney for Marijan Cvjeticanin

cc: Francisco Navarro, AUSA