LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
(LGR LAW, LLC)



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
80 BROAD STREET, 5TH FLOOR
NEW YORK, NY 10004
(212) 837-7730

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

October 30, 2015

*Via Email*

Honorable Michael A. Shipp
United States District Court Judge
Clarkson S. Fisher Federal Bldg.
 & Fed. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

RE:  United States v. Marijan Cvjeticanin
     Crim. No. 14-CR-274 (MAS)

Dear Judge Shipp:

My client, Marijan Cvjeticanin, has requested permission to travel to Chicago to appear with a client of his at a formal interview at the Department of Homeland Security, scheduled for Thursday, November 5, 2015. He has been permitted to travel to such appointments by Pretrial Service in the past during the course of his two years of pretrial supervision. Pretrial Services is now requesting Court approval for this request. He is requesting permission to travel from November 4th to November 6th to Chicago to attend this interview with his client. The details of his travel and stay in Chicago would be given to Pretrial as a condition of his travel. We have not sought the approval of the government, and we note that they would most likely oppose this request.

Respectfully submitted,

s/

Lorraine Gauli-Rufo
Attorney for Marijan Cvjeticanin

cc:  Francisco Navarro, AUSA
     Dennis Carlotta, AUSA
     Daniel Milne, Pretrial Services Officer

**Denied** this 30th day of October, 2015

/s/ Shipp