United States District Court
District of New Jersey


UNITED STATED OF AMERICA              :
                                      :
                    v.                :        CRIM. NO. 14-274
                                      :
Marijan Cvjeticanin


**<u>NOTICE OF APPEAL</u>**


Notice is hereby given that Marijan Cvjeticanin, defendant in the above –named case, appeals to the United States Court of Appeals for the Third Circuit from a Judgment in a Criminal Case filed in this matter on February 24, 2016.


                                        Respectfully submitted,

                                        /s/
                                        Lorraine Gauli-Rufo
                                        Attorney for Marijan Cvjeticanin


Date: February 27, 2016