# Exhibit B

**Insurance payments to Wildes and Weinsberg with no names attached:**

- **$15,064.06**
- **$14,115**
- **$13,686.18**
- **$95,584.66**

**(Taken from Exhibit 2, Attached to the email submission of Steven Weinsberg, (which was submitted to the Court on January 22, 2012, by Dennis Carletta, AUSA.))**