
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Marijan Cvjeticanin**                                   Docket No. **3:14-cr-00274-MAS-1**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW DANIEL MILNE PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Marijan Cvjeticanin**, who was placed under pretrial release supervision by the **HONORABLE MADELINE COX ARLEO,** then a United States Magistrate Judge, sitting in the Court at **NEWARK**, on **May 29, 2013**, under the following conditions: $250,000 surety bond secured by 1619 Broadway Astoria, New York and cosigned by Katica Cvjeticanin; Pretrial Services supervision; Travel restricted to New Jersey and New York; Surrender passport and not to obtain a passport; and not to work in advertising industry.

On June 29, 2015, the defendant was found guilty at trial before Your Honor and his bail was modified as follows: Home Detention with Location Monitoring, employment is permitted; No communication, dealings or business with Flowerson or Global Media; and the defendant shall conduct all business out of his home office only.

On January 14, 2016, the defendant appeared before Your Honor for a Bail Violation Hearing and his bail was increased to Home Incarceration with location monitoring and he was ordered not to obtain any new clients.

On February 18, 2016, the defendant appeared before Your Honor and was sentenced to 57 months of incarceration and 3 years supervised release.  He is scheduled to voluntary surrender on April 5, 2016 to the Federal Correctional Institution in Danbury, Connecticut.

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing be scheduled.**

(12/04)

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 22nd day of March, 2016 and ordered filed and made a part of the records in the above case. | Executed on 3/22/16 |
| *[signature]*<br>Honorable Michael A. Shipp<br>U.S. District Judge | *[signature]*<br>DANIEL MILNE<br>U.S. Pretrial Services Officer |