UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Crim. Number: 14-274 (MAS) |
| v. | : |
| | : ORDER |
| MARIJAN CVJETICANIN | : |

This matter having been brought before the Court on a Petition for Violation of Pretrial Release and a bail review hearing having been held on March 23, 2016;

It is on this 23rd day of March, 2016,

ORDERED that as to defendant MARIJAN CVJETICANIN, bail shall be revoked; and it is further

ORDERED that the defendant shall be remanded to the custody of the U.S. Marshals in Trenton, NJ on March 23, 2016.

*/s/ Michael A. Shipp*

Michael A. Shipp, U.S.D.J.