2013R00225:FJN/DCC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 14-274 |
| MARIJAN CVJETICANIN, | : | |
| Defendant. | : | **ORDER OF RESTITUTION** |

WHEREAS, on June 29, 2015, the jury returned a verdict of guilty against the Defendant on Counts One through Nine of the Superseding Indictment, each of which charged the Defendant with mail fraud, in violation of 18 U.S.C. § 1341;

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Based upon the evidence presented at trial and the submissions of the parties, and for the reasons previously established on the record, the Court finds that the total amount of actual losses caused by, and directly resulting from the defendant's criminal conduct as alleged in the Superseding Indictment, and sustained by the victims of said conduct, is $1,254,163.36.

2. An order of restitution in the amount of $ $1,254,163.36 is hereby entered against the Defendant, pursuant to 18 U.S.C. § 3664(f)(1)(A) (the "Order of Restitution").

3. Upon entry of this Order of Restitution, this Order is final as to the Defendant, shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4. All payments of restitution pursuant to this Order, as detailed below, shall be made by postal money order, bank or certified check, and made payable to the victims of the defendant's criminal conduct, as follows:

a. <u>ADP</u>: A payment in the amount of $482,660, shall be made by the defendant to David Turetsky, Esq., Senior Litigation Counsel, ADP; 1 ADP Boulevard, MS 325, Roseland, NJ 07068;

b. <u>Broadridge Financial Solutions</u>: A payment in the amount of $186,318, shall be made by the defendant to Mark DiGidio, Esq., Senior Vice President/Associate General Counsel, Broadridge Financial Solutions, Inc., 2 Journal Square Plaza, Jersey City, NJ;

c. <u>Liberty International Underwriters</u>: A payment in the amount of $120,185.36, shall be made by the defendant to Charles S. Levine, Assistant Vice President, Professional Liability Claims, Liberty International Underwriters, 55 Water Street, New York, NY 10041; and

d. <u>Wildes & Weinberg P.C.</u>: A payment in the amount of $465,000, shall be made by the defendant to Steven L. Weinberg, Esq., Wildes & Weinberg P.C., 515 Madison Avenue, 6th Floor, New York, NY 10022.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary. *See, e.g.*, Fed. R. Crim. P. 32.2(e).

ORDERED this 23rd day of March, 2016.

_____
HONORABLE MICHAEL A. SHIPP
United States District Judge