UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: **TRENTON**                                    DATE: March 23, 2016

JUDGE: **MICHAEL A. SHIPP**

COURT REPORTER: CATHY FORD

Docket # **14-CR-274**

TITLE OF CASE:
UNITED STATES OF AMERICA
           vs.
MARIJAN CVJETICANIN
           DEFT. PRESENT

**APPEARANCES:**
Dennis Carletta, AUSA for Government
Lorraine Gauli-Rufo, CJA for Defendant
Daniel Carney, U.S. Probation

NATURE OF PROCEEDINGS: **Restitution/Violation of Pretrial Release Hearing**
Restitution hearing held.
Decision read into the record.
Court Ordered Restitution in the amount of $1,254,163.36.
Order to be entered.
Hearing on Violation of Pretrial Release
Ordered bail revoked.
Ordered defendant remanded into U.S. Marshal custody.

Time commenced: 12:30 PM
Time Adjourned: 1:40 PM
Total Time:   1hr 10 min

s/Nativelis Rodriguez
**DEPUTY CLERK**