UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 14-274 |
| MARIJAN CVJETICANIN, | : | |
| Defendant. | : | **AMENDED ORDER OF RESTITUTION** |

WHEREAS, on June 29, 2015, the jury returned a verdict of guilty against the Defendant on Counts One through Nine of the Superseding Indictment, each of which charged the Defendant with mail fraud, in violation of 18 U.S.C. § 1341;

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Based upon the evidence presented at trial and the submissions of the parties, and for the reasons previously established on the record, the Court finds that the total amount of actual losses caused by, and directly resulting from the defendant's criminal conduct as alleged in the Superseding Indictment, and sustained by the victims of said conduct, is $1,254,163.36.

2. Upon entry of this Order of Restitution, this Order is final as to the Defendant, shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. An order of restitution in the amount of $1,254,163.36 is hereby entered against the Defendant, pursuant to 18 U.S.C. § 3664(f)(1)(A) (the "Order of Restitution"). The Court will waive the interest requirement in this

-2-

case.  Payments should be made payable to the U.S. Treasury and forwarded to the Clerk of the Court in Trenton, New Jersey, for proportionate distribution to the following victims in the following amounts:

   a.   <u>ADP</u>:  A payment in the amount of $482,660, shall be made by the defendant to Automatic Data Processing c/o David Turetsky, Esq., Senior Litigation Counsel, ADP; 1 ADP Boulevard, MS 325, Roseland, NJ 07068;

   b.   <u>Broadridge Financial Solutions</u>:   A payment in the amount of $186,317, shall be made by the defendant to Broadridge Financial Solutions c/o Mark DiGidio, Esq., Senior Vice President/Associate General Counsel, Broadridge Financial Solutions, Inc., 2 Journal Square Plaza, Jersey City, NJ;

   c.   <u>Liberty International Underwriters</u>:   A payment in the amount of $120,186.36, shall be made by the defendant to Liberty International Underwriters c/o Charles S. Levine, Assistant Vice President, Professional Liability Claims, Liberty International Underwriters, 55 Water Street, New York, NY 10041; and

   d.   <u>Wildes & Weinberg P.C.</u>:  A payment in the amount of $465,000, shall be made by the defendant to Wildes & Weinberg c/o Steven L. Weinberg, Esq.,Senior Partner, Wildes & Weinberg P.C., 515 Madison Avenue, 6th Floor, New York, NY 10022.

-3-

The restitution is due immediately.  It is recommended that the Defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP).  If Defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months.  In the event the entire restitution is not paid prior to the commencement of supervision, the Defendant shall satisfy the amount due in monthly installments of no less than $1,000, to commence 30 days after release from confinement.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary.  *See, e.g.,* Fed. R. Crim. P. 32.2(e).

ORDERED this 24th day of March, 2016.

_____
HONORABLE MICHAEL A. SHIPP
United States District Judge