UNITED STATES DISTRICT COURT FOR NEW JERSEY

SEPTEMBER 21, 2016

RECEIVED
SEP 2 8 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES

V.                    Case No. 3:14-cr-00274-MAS

MARIJAN CVJETICANIN

MOTION TO EXPEDITE

PREVIOUSLY FILED MOTION FOR BAIL PENDING APPEAL IN THE ABOVE CAPTIONED MATTER

The movant herein, Mr. Marijan Cvjeticanin, filed pro se Motion for Bail Pending Appeal with this court on July 8, 2016. The Government responded and the movant replied. Movant's reply was accepted and properly docketed by the Clerk of the Court on August 1, 2016.

Movant has already filed at least one Motion to expedite this motion in August 2016, but to no avail.

Since the movant is currently incarcerated at the FCI and his personal liberty interests are at stake, the movant is kindly requesting the Honorable Court to expedite a decision in this matter.

Very truly yours,

Marijan Cvjeticanin

#65437050, FCI Danbury

MARIJAN CUJETICANIN
# 65437-050
FEDERAL CORRECTIONAL INSTITUTION
ROUTE 37
DANBURY, CT 06811

26 SEP 2016 PM 3 L



⇔65437-050⇔
Federal District Court Nj
402 E State ST
Trenton, NJ 08608
United States

08608-150705